# Exhibit 3

Case 5:24-cv-03729   Document 1-3   Filed 03/20/24   Page 2 of 41



US011640340B2

(12) **United States Patent**
Sontakke et al.

(10) Patent No.: **US 11,640,340 B2**
(45) **Date of Patent:** **May 2, 2023**

(54) **SYSTEM AND METHOD FOR BACKING UP HIGHLY AVAILABLE SOURCE DATABASES IN A HYPERCONVERGED SYSTEM**

(71) Applicant: **Nutanix, Inc.**, San Jose, CA (US)

(72) Inventors: **Sagar Sontakke**, Bangalore (IN); **Kamaldeep Khanuja**, Dublin, CA (US); **Bakul Banthia**, San Ramon, CA (US)

(73) Assignee: **Nutanix, Inc.**, San Jose, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 41 days.

(21) Appl. No.: **17/182,511**

(22) Filed: **Feb. 23, 2021**

(65) **Prior Publication Data**

US 2022/0121534 A1      Apr. 21, 2022

**Related U.S. Application Data**

(60) Provisional application No. 63/094,245, filed on Oct. 20, 2020.

(51) **Int. Cl.**
*G06F 11/14* (2006.01)
*G06F 11/20* (2006.01)

(52) **U.S. Cl.**
CPC ...... *G06F 11/1464* (2013.01); *G06F 11/1451* (2013.01); *G06F 11/1461* (2013.01);
(Continued)

(58) **Field of Classification Search**
CPC ............. G06F 11/1464; G06F 11/1451; G06F 11/1461; G06F 11/1471; G06F 11/2025; G06F 2201/84; G06F 2201/80
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,594,859 A | 1/1997 | Palmer et al. | |
| 6,064,975 A | 5/2000 | Moon et al. | |
| | (Continued) | | |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 104408071 | 3/2015 |
| CN | 105446828 | 3/2016 |
| | (Continued) | |

OTHER PUBLICATIONS

Amazon, "Amazon Aurora User Guide for Aurora: Overview of multi-master clusters" Amazon Aurora User Guide from https://docs.aws.amazon.com/AmazonRDS/latest/AuroraUserGuide/aurora-ug.pdf#aurora-multi-master (accessed Jun. 28, 2021).

(Continued)

*Primary Examiner* — Bryce P Bonzo
*Assistant Examiner* — Michael Xu
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP

(57) **ABSTRACT**

A system and method includes a plurality of nodes distributed between a first cluster and a second cluster, each of the plurality of nodes storing a copy of a source database and a processor executing computer-readable instructions stored on a memory to designate a first node of the plurality of nodes as a primary node, designate remaining ones of the plurality of nodes as secondary nodes to take over from the primary node upon failure of the primary node, designate a second node of the plurality of nodes as an initial active node, backup the source database from the initial active node, automatically designate, based on a switch over policy, a third node of the plurality of nodes as a next active node upon the initial active node becoming unavailable, and continue backups of the source database from the next active node upon the initial active node becoming unavailable.

**30 Claims, 8 Drawing Sheets**



# US 11,640,340 B2

Page 2

(52) **U.S. Cl.**
CPC ...... **G06F 11/1471** (2013.01); **G06F 11/2025**
(2013.01); G06F 2201/84 (2013.01)

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 6,243,715 | B1 | 6/2001 | Bogantz et al. |
| D508,248 | S | 8/2005 | Ording |
| D521,521 | S | 5/2006 | Jewitt et al. |
| 7,225,189 | B1 | 5/2007 | McCormack et al. |
| 7,389,300 | B1 * | 6/2008 | Shah ..................... G06F 11/203 |
| | | | 707/999.102 |
| 7,725,671 | B2 | 5/2010 | Prahlad et al. |
| D625,315 | S | 10/2010 | Jewitt et al. |
| 7,814,057 | B2 | 10/2010 | Kathuria et al. |
| 7,840,533 | B2 | 11/2010 | Prahlad et al. |
| 7,953,764 | B2 | 5/2011 | Baflier et al. |
| 8,117,165 | B1 | 2/2012 | Winckelmann et al. |
| D656,948 | S | 4/2012 | Kundsen et al. |
| 8,150,808 | B2 | 4/2012 | Zha et al. |
| 8,250,033 | B1 | 8/2012 | De Souter et al. |
| 8,291,409 | B2 | 10/2012 | Winner et al. |
| 8,364,648 | B1 | 1/2013 | Sim-Tang |
| 8,429,630 | B2 | 4/2013 | Nickolov et al. |
| 8,447,728 | B2 | 5/2013 | Prahlad et al. |
| 8,448,170 | B2 | 5/2013 | Wipfel et al. |
| D684,160 | S | 6/2013 | Truelove et al. |
| D684,161 | S | 6/2013 | Truelove et al. |
| 8,468,174 | B1 | 6/2013 | Yueh et al. |
| 8,549,518 | B1 | 10/2013 | Aron et al. |
| 8,601,473 | B1 | 12/2013 | Aron et al. |
| 8,612,396 | B1 | 12/2013 | McAlister et al. |
| 8,635,421 | B2 | 1/2014 | Gupta et al. |
| 8,677,085 | B2 | 3/2014 | Vaghani et al. |
| 8,762,335 | B2 | 6/2014 | Prahlad et al. |
| 8,769,537 | B1 | 7/2014 | Ruggiero et al. |
| 8,832,028 | B2 | 9/2014 | Susairaj et al. |
| 8,849,850 | B2 | 9/2014 | Baflier et al. |
| 8,850,130 | B1 | 9/2014 | Aron et al. |
| 8,863,124 | B1 | 10/2014 | Aron |
| 8,874,749 | B1 | 10/2014 | Vittal et al. |
| 8,914,567 | B2 | 12/2014 | Miroshnichenko et al. |
| 8,924,974 | B1 | 12/2014 | Ruggiero et al. |
| 8,972,347 | B1 | 3/2015 | Sim-Tang |
| 9,009,106 | B1 | 4/2015 | Aron et al. |
| 9,069,708 | B2 | 6/2015 | Gill et al. |
| D733,745 | S | 7/2015 | Huang |
| 9,116,737 | B2 | 8/2015 | Aswathanarayana et al. |
| 9,213,727 | B1 | 12/2015 | Esposito |
| 9,244,717 | B2 | 1/2016 | Pissay et al. |
| D749,117 | S | 2/2016 | Huang |
| 9,256,383 | B2 | 2/2016 | De Spiegeleer et al. |
| D753,135 | S | 4/2016 | Vazquez |
| D753,140 | S | 4/2016 | Kouvas et al. |
| 9,336,060 | B2 | 5/2016 | Nori et al. |
| 9,336,132 | B1 | 5/2016 | Aron et al. |
| 9,372,758 | B2 | 6/2016 | Ashutosh et al. |
| D761,288 | S | 7/2016 | Cianflone et al. |
| 9,389,962 | B1 | 7/2016 | Yueh et al. |
| D763,890 | S | 8/2016 | Pan |
| 9,413,810 | B2 | 8/2016 | Rezvani et al. |
| 9,436,556 | B2 | 9/2016 | Siden et al. |
| D771,102 | S | 11/2016 | Protzman et al. |
| 9,495,435 | B2 | 11/2016 | Zhang et al. |
| 9,507,579 | B2 | 11/2016 | Gambardella et al. |
| 9,529,551 | B2 | 12/2016 | Kesavan et al. |
| D777,747 | S | 1/2017 | Derby et al. |
| D778,296 | S | 2/2017 | Belkin et al. |
| D779,514 | S | 2/2017 | Baris et al. |
| D781,887 | S | 3/2017 | Dziuba et al. |
| 9,600,193 | B2 | 3/2017 | Ahrens et al. |
| 9,639,429 | B2 | 5/2017 | Stewart et al. |
| 9,652,265 | B1 | 5/2017 | Narayanasamy et al. |
| D794,666 | S | 8/2017 | Havaldar et al. |
| D794,667 | S | 8/2017 | Havaldar et al. |
| 9,740,723 | B2 | 8/2017 | Prahlad et al. |
| 9,747,287 | B1 | 8/2017 | Bhardwaj et al. |
| D797,116 | S | 9/2017 | Chapman et al. |
| 9,753,713 | B2 | 9/2017 | Mani et al. |
| 9,760,396 | B2 | 9/2017 | Apte et al. |
| 9,772,866 | B1 | 9/2017 | Aron et al. |
| 9,778,992 | B1 | 10/2017 | Yueh et al. |
| D802,608 | S | 11/2017 | Hicks et al. |
| D803,231 | S | 11/2017 | Guinness et al. |
| D807,902 | S | 1/2018 | Cong et al. |
| 9,858,155 | B2 | 1/2018 | Ashutosh et al. |
| 9,881,168 | B2 | 1/2018 | Chari et al. |
| D809,530 | S | 2/2018 | Matheson et al. |
| D815,652 | S | 4/2018 | Protzman et al. |
| D817,976 | S | 5/2018 | Shilwant et al. |
| 9,960,963 | B2 | 5/2018 | Selvaraj et al. |
| 10,013,313 | B2 | 7/2018 | Zhang et al. |
| 10,033,833 | B2 | 7/2018 | Fu et al. |
| 10,055,300 | B2 | 8/2018 | Zhang et al. |
| 10,108,685 | B2 | 10/2018 | Amdur et al. |
| 10,146,848 | B2 | 12/2018 | Narayanan et al. |
| D838,288 | S | 1/2019 | Sunshine et al. |
| 10,185,627 | B2 | 1/2019 | Wong et al. |
| D839,913 | S | 2/2019 | Chen et al. |
| 10,210,048 | B2 | 2/2019 | Sancheti |
| 10,212,195 | B2 | 2/2019 | Maskalik et al. |
| D843,388 | S | 3/2019 | Protzman et al. |
| 10,248,657 | B2 | 4/2019 | Prahlad et al. |
| 10,282,201 | B2 | 5/2019 | Tekade et al. |
| 10,339,110 | B2 | 7/2019 | Marinov et al. |
| 10,346,431 | B1 | 7/2019 | Broda et al. |
| 10,372,329 | B1 | 8/2019 | Ahrens et al. |
| 10,379,963 | B2 | 8/2019 | Bhargava et al. |
| D862,512 | S | 10/2019 | Schubart |
| 10,445,298 | B2 | 10/2019 | Ramu et al. |
| 10,447,806 | B1 | 10/2019 | Sahay et al. |
| 10,476,955 | B2 | 11/2019 | Mutalik et al. |
| D870,762 | S | 12/2019 | Mendoza Corominas et al. |
| 10,503,612 | B1 * | 12/2019 | Wang ............ G06F 11/2041 |
| 10,509,798 | B2 | 12/2019 | Chow et al. |
| D875,108 | S | 2/2020 | Chitalia et al. |
| D877,753 | S | 3/2020 | Chitalia et al. |
| 10,599,423 | B2 | 3/2020 | Coleman et al. |
| 10,606,578 | B2 | 3/2020 | Kruglikov et al. |
| 10,613,938 | B2 | 4/2020 | Blumenau et al. |
| 10,637,914 | B2 | 4/2020 | Basavaiah et al. |
| 10,700,991 | B2 | 6/2020 | Khinvasara et al. |
| 10,719,407 | B1 * | 7/2020 | Chockalingam .... G06F 11/1461 |
| 10,725,866 | B1 * | 7/2020 | Palaiah ............. G06F 9/45558 |
| 10,728,255 | B2 | 7/2020 | Jindal et al. |
| 10,757,036 | B2 | 8/2020 | Tung et al. |
| 10,776,329 | B2 | 9/2020 | Ramohalli Gopala Rao et al. |
| 10,778,750 | B2 | 9/2020 | Ringdahl |
| 10,785,029 | B2 | 9/2020 | Gupta et al. |
| 10,812,582 | B2 | 10/2020 | Spillane et al. |
| 10,817,157 | B2 | 10/2020 | Kuchibhotla et al. |
| D911,356 | S | 2/2021 | Varghese et al. |
| 10,938,924 | B1 | 3/2021 | Jensen et al. |
| 10,951,496 | B2 | 3/2021 | Baker et al. |
| 10,959,098 | B2 | 3/2021 | Cidon et al. |
| 10,999,165 | B2 | 5/2021 | Cidon et al. |
| 11,010,336 | B2 | 5/2021 | Kuchibhotla et al. |
| 11,010,487 | B2 | 5/2021 | Noe et al. |
| D926,200 | S | 7/2021 | Murphy et al. |
| D927,507 | S | 8/2021 | Norman |
| 11,126,426 | B2 | 9/2021 | Zhu et al. |
| 11,243,971 | B2 | 2/2022 | Geigel |
| D947,216 | S | 3/2022 | Leininger |
| D947,239 | S | 3/2022 | Rubin et al. |
| D947,240 | S | 3/2022 | Rubin et al. |
| 11,308,114 | B1 | 4/2022 | Moghe |
| 11,386,058 | B2 | 7/2022 | Hung et al. |
| 2001/0014867 | A1 | 8/2001 | Conmy |
| 2002/0073089 | A1 | 6/2002 | Schwartz et al. |
| 2002/0104376 | A1 | 8/2002 | Danyluk et al. |
| 2002/0174098 | A1 | 11/2002 | Wu et al. |
| 2003/0147309 | A1 | 8/2003 | Weisberg |
| 2005/0149757 | A1 | 7/2005 | Corbett et al. |
| 2006/0143412 | A1 | 6/2006 | Armangau |
| 2007/0100793 | A1 | 5/2007 | Brown et al. |

(56)                **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2007/0183224 A1 | 8/2007 | Erofeev |
| 2007/0185852 A1 | 8/2007 | Erofeev |
| 2007/0185937 A1 | 8/2007 | Prahlad et al. |
| 2007/0234115 A1* | 10/2007 | Saika ................. G06F 11/2028 |
| | | 714/13 |
| 2008/0126945 A1 | 5/2008 | Munkvold et al. |
| 2008/0256311 A1 | 10/2008 | Lee |
| 2009/0022285 A1 | 1/2009 | Swanburg et al. |
| 2009/0028082 A1 | 1/2009 | Wynn et al. |
| 2009/0037914 A1 | 2/2009 | Chagoly et al. |
| 2009/0125858 A1 | 5/2009 | Vishweshwara et al. |
| 2009/0132543 A1 | 5/2009 | Chatley et al. |
| 2010/0023564 A1 | 1/2010 | Yerneni et al. |
| 2011/0004586 A1 | 1/2011 | Cherryholmes et al. |
| 2011/0022882 A1* | 1/2011 | Jaehde ............... G06F 11/2035 |
| | | 714/E11.073 |
| 2011/0071981 A1 | 3/2011 | Ghosh et al. |
| 2011/0093435 A1 | 4/2011 | Zha et al. |
| 2011/0252420 A1 | 10/2011 | Tung et al. |
| 2012/0011378 A1 | 1/2012 | Dalton et al. |
| 2012/0123999 A1 | 5/2012 | Ashutosh et al. |
| 2012/0271797 A1 | 10/2012 | Patil |
| 2013/0091285 A1 | 4/2013 | Devarakonda et al. |
| 2013/0117441 A1 | 5/2013 | Kuchibhotla et al. |
| 2013/0263119 A1 | 10/2013 | Pissay et al. |
| 2013/0290180 A1 | 10/2013 | Baffier et al. |
| 2014/0189685 A1 | 7/2014 | Kripalani |
| 2014/0201171 A1* | 7/2014 | Vijayan ............... G06F 16/1748 |
| | | 707/692 |
| 2014/0229698 A1 | 8/2014 | Sivasubramanian et al. |
| 2014/0282256 A1 | 9/2014 | Fish et al. |
| 2015/0019495 A1 | 1/2015 | Siden et al. |
| 2015/0052108 A1 | 2/2015 | Volk et al. |
| 2015/0074054 A1 | 3/2015 | Antony |
| 2015/0121453 A1 | 4/2015 | Gupta |
| 2015/0142610 A1 | 5/2015 | Manoharan et al. |
| 2015/0143064 A1 | 5/2015 | Bhargava et al. |
| 2015/0195347 A1 | 7/2015 | Luft |
| 2015/0227435 A1 | 8/2015 | Ashutosh et al. |
| 2015/0227602 A1 | 8/2015 | Ramu et al. |
| 2015/0301814 A1 | 10/2015 | Chen et al. |
| 2015/0331923 A1 | 11/2015 | Kim |
| 2015/0347987 A1 | 12/2015 | Ali |
| 2015/0358417 A1 | 12/2015 | Patil et al. |
| 2016/0041997 A1 | 2/2016 | Gokhale et al. |
| 2016/0048408 A1* | 2/2016 | Madhu ................. H04L 47/783 |
| | | 718/1 |
| 2016/0077923 A1 | 3/2016 | Zhang et al. |
| 2016/0078104 A1 | 3/2016 | Clifford et al. |
| 2016/0092535 A1 | 3/2016 | Kuchibhotla et al. |
| 2016/0125059 A1 | 5/2016 | Jain et al. |
| 2016/0162845 A1 | 6/2016 | Carroll et al. |
| 2016/0197835 A1 | 7/2016 | Luft |
| 2016/0267105 A1 | 9/2016 | Sun et al. |
| 2016/0274981 A1 | 9/2016 | Wilkinson |
| 2016/0292358 A1 | 10/2016 | Heger |
| 2016/0321339 A1 | 11/2016 | Tekade et al. |
| 2016/0335369 A1 | 11/2016 | Picard et al. |
| 2016/0337473 A1 | 11/2016 | Rao |
| 2016/0380809 A1 | 12/2016 | Hou et al. |
| 2017/0060699 A1 | 3/2017 | Hohl et al. |
| 2017/0115978 A1 | 4/2017 | Modi et al. |
| 2017/0220777 A1 | 8/2017 | Wang et al. |
| 2017/0235758 A1 | 8/2017 | Gopalapura Venkatesh ............... |
| | | G06F 11/1451 |
| | | 707/625 |
| 2017/0235950 A1* | 8/2017 | Gopalapura Venkatesh ............... |
| | | G06F 21/56 |
| | | 726/2 |
| 2017/0264684 A1 | 9/2017 | Spillane et al. |
| 2017/0286518 A1 | 10/2017 | Horowitz et al. |
| 2017/0351584 A1 | 12/2017 | Griffith et al. |
| 2017/0351716 A1 | 12/2017 | Higginson et al. |
| 2017/0374136 A1 | 12/2017 | Ringdahl |

| | | |
|---|---|---|
| 2018/0025007 A1 | 1/2018 | Dai |
| 2018/0121494 A1 | 5/2018 | Antonopoulos et al. |
| 2018/0157561 A1* | 6/2018 | Venkatesh ............ G06F 3/0665 |
| 2018/0181469 A1 | 6/2018 | Yueh et al. |
| 2018/0253676 A1 | 9/2018 | Sheth et al. |
| 2018/0285201 A1 | 10/2018 | Bangalore et al. |
| 2018/0307728 A1 | 10/2018 | Crupi et al. |
| 2019/0018738 A1 | 1/2019 | Chen |
| 2019/0065322 A1 | 2/2019 | Chakankar et al. |
| 2019/0075031 A1 | 3/2019 | Skelton et al. |
| 2019/0089597 A1 | 3/2019 | Pathak et al. |
| 2019/0102257 A1 | 4/2019 | Zhou et al. |
| 2019/0102411 A1 | 4/2019 | Hung et al. |
| 2019/0125828 A1 | 5/2019 | Bortz |
| 2019/0129799 A1 | 5/2019 | Kumarasamy |
| 2019/0138631 A1 | 5/2019 | Crane |
| 2019/0155699 A1* | 5/2019 | Luo ..................... G06F 11/1451 |
| 2019/0155936 A1 | 5/2019 | Du et al. |
| 2019/0158605 A1 | 5/2019 | Markuze et al. |
| 2019/0230156 A1 | 7/2019 | McLarty et al. |
| 2019/0235904 A1 | 8/2019 | Epping et al. |
| 2019/0310926 A1* | 10/2019 | Hashimoto ......... G06F 11/2097 |
| 2019/0324865 A1* | 10/2019 | Weissman ........... G06F 11/1461 |
| 2019/0339870 A1* | 11/2019 | Meiri ................. G06F 11/1464 |
| 2019/0340091 A1 | 11/2019 | Chandrasekaran et al. |
| 2019/0384496 A1* | 12/2019 | Abdul Rasheed ...... H04L 63/10 |
| 2019/0391880 A1 | 12/2019 | Wang et al. |
| 2020/0034178 A1 | 1/2020 | Gupta et al. |
| 2020/0034245 A1 | 1/2020 | Kohler |
| 2020/0050522 A1* | 2/2020 | Coleman ............. G06F 11/2041 |
| 2020/0099692 A1 | 3/2020 | Jindal et al. |
| 2020/0104375 A1 | 4/2020 | Earnesty et al. |
| 2020/0104376 A1* | 4/2020 | Earnesty, Jr. ......... G06F 16/285 |
| 2020/0104377 A1* | 4/2020 | Earnesty, Jr. ......... G06F 9/4843 |
| 2020/0106737 A1 | 4/2020 | Beedu et al. |
| 2020/0106575 A1* | 4/2020 | Wang .................... G06F 11/2028 |
| 2020/0137157 A1 | 4/2020 | Joseph et al. |
| 2020/0193388 A1 | 6/2020 | Tran-Kiem et al. |
| 2020/0201526 A1 | 6/2020 | Kuchibhotla et al. |
| 2020/0210378 A1 | 7/2020 | Kuchibhotla et al. |
| 2020/0210379 A1 | 7/2020 | Kuchibhotla et al. |
| 2020/0250046 A1 | 8/2020 | Wong et al. |
| 2020/0285608 A1 | 9/2020 | Chakankar et al. |
| 2020/0285652 A1 | 9/2020 | Wang et al. |
| 2020/0349018 A1* | 11/2020 | Meadowcroft ......... G06F 11/20 |
| 2020/0379793 A1 | 12/2020 | Parihar et al. |
| 2021/0064512 A1 | 3/2021 | Sirov et al. |
| 2021/0117293 A1 | 4/2021 | Luo et al. |
| 2021/0133031 A1 | 5/2021 | Moldvai et al. |
| 2021/0144060 A1 | 5/2021 | Cencini et al. |
| 2021/0200643 A1 | 7/2021 | Luo et al. |
| 2021/0406717 A1 | 12/2021 | Tauheed et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 108664660 | 10/2018 |
| CN | 113010599 | 6/2021 |
| EP | 1 654 683 | 5/2006 |
| LU | 102236 B1 | 11/2020 |
| TW | 201600970 A1 | 1/2016 |
| WO | WO-2016/069029 | 5/2016 |
| WO | WO-2020/072338 | 4/2020 |

OTHER PUBLICATIONS

Anjum, Maaz, "Database Provisioning in EM12c: Provision me a Database Now!" Slideshare, (Dec. 12, 2013) from https://www.slideshare.net/MaazAnjum/maaz-anjum-gouser-database-provisioning-in-em12c-provision-me-a-database-now (accessed Jun. 28, 2021).
ApexSQL, "Automated database provisioning using ApexSQL DevOps toolkit" ApexSQL Knowledgebase (2020) from https://knowledgebase.apexsql.com/automated-database-provisioning-using-apexsql-devops-toolkit/ (accessed Jun. 28, 2021).
Balasubramanian, Sudhir, "Virtual Volumes for Database Backup and Recovery" VMware Virtualize Applications (Nov. 5, 2015) from https://blogs.vmware.com/apps/2015/11/virtual-volumes-for-database-backup-and-recovery-2.html (accessed Jun. 2, 2021).

# US 11,640,340 B2

Page 4

(56)          **References Cited**

OTHER PUBLICATIONS

Bolton, Dean et al. "Database-as-a-Service (DBaaS) Reference Architecture with VMware and Tintri" VMware Tintri VLSS (2015) from https://blogs.vmware.com/apps/files/2015/10/vRA_DBAAS_VLSS_Tintri.pdf (Jun. 2, 2021).

Brummitt, Karis et al., "Database provisioning just got a lot easier—and a lot smarter" RealWire (Feb. 27, 2017) from https://www.realwire.com/releases/Database-provisioning-just-got-a-lot-easier-and-a-lot-smarter (accessed Jun. 28, 2021).

Cormac, "Virtual Volumes (VVols) and Replication/DR" cormachogan.com (Apr. 13, 2015) from https://cormachogan.com/2015/04/13/virtual-volumes-vvols-and-replicationdr/ (accessed Jun. 28, 2021).

Delphix, "Provisioning and Managing Virtual Databases" Delphix Engine 6.0.8.0 Documentation (2020) from https://docs.delphix.com/docs/datasets/getting-started/provisioning-and-managing-virtual-databases (accessed Jun. 28, 2021).

Fenton, Tom, "How To Create VMware Virtual Volumes" Virtualization & Cloud Review (Feb. 26, 2015) from https://virtualizationreview.com/articles/2015/02/26/how-to-create-vmware-virtual-volumes.aspx (accessed Jun. 2, 2021).

Flecha, Pete, "Whats New in Virtual Volumes (vVols) 2.0" VMware vSAN Virtual Blocks Blog (Oct. 18, 2016) from https://blogs.vmware.com/virtualblocks/2016/10/18/whats-new-in-virtual-volumes-2-0/ (accessed Jun. 2, 2021).

Fritchey, Grant, "SQL Server Database Provisioning" Redgate, (Nov. 4, 2016) from https://www.red-gate.com/simple-talk/devops/database-devops/sql-server-database-provisioning/ (accessed Jun. 28, 2021).

Grace, Cato, "What's New in SRM and vSphere Replication 8.3" VMware vSAN Virtual Blocks Blog (Mar. 10, 2020) from https://blogs.vmware.com/virtualblocks/2020/03/10/whats-new-srm-vr-83/ (accessed Jun. 2, 2021).

Hosterman, Cody, "Introducing vSphere Virtual Volumes on the FlashArray" Pure Storage (Jun. 13, 2017) from https://blog.purestorage.com/purely-technical/introducing-vsphere-virtual-volumes-on-the-flasharray/ (accessed Jun. 2, 2021).

Hosterman, Cody, "Introducing vSphere Virtual Volumes on the FlashArray" PureStorage, (Jun. 13, 2017) from https://blog.purestorage.com/purely-technical/introducing-vsphere-virtual-volumes-on-the-flasharray/ (accessed Jun. 28, 2021).

Hosterman, Cody, "Virtual Volumes and Array Snapshots Part I: Managed Snapshots" codyhosterman.com (Jul. 30, 2018) from https://www.codyhosterman.com/2018/07/virtual-volumes-and-array-snapshots-part-i-managed-snapshots/ (accessed Jun. 2, 2021).

Hosterman, Cody, "What's New in vSphere 7.0 Storage Part I: vVols are all over the place!" codyhosterman.com (Mar. 10, 2021) from https://www.codyhosterman.com/2020/03/whats-new-in-vsphere-7-0-storage-part-i-vvols-are-all-over-the-place/ (accessed Jun. 2, 2021).

IBM, "Creating a database deployment on the cluster" IBM Cloud Paks 2.1.0 (2021) from https://www.ibm.com/docs/en/cloud-paks/cp-data/2.1.0?topic=database-creating-deployment (accessed Jun. 28, 2021).

Lee, Brandon, "VMware vSphere 7 vVols New Features" VirtualiztaionHowto (Jun. 3, 2020) from https://www.virtualizationhowto.com/2020/06/vmware-vsphere-7-vvols-new-features/ (accessed Jun. 2, 2021).

Meadowcroft, Ben, "Virtual Volumes: First Year In Review" VMware vSAN Virtual Blocks Blog (Mar. 14, 2016) from https://blogs.vmware.com/virtualblocks/2016/03/14/virtual-volumes-first-year-in-review/ (accessed Jun. 28, 2021).

Oracle, "Part III: Database Provisioning" Enterprise Manager Lifecycle Management Administrator's Guide (2012) from https://docs.oracle.com/cd/E24628_01/em.121/e27046/part_db_prov.htm#CHDBHBCE (accessed Jun. 28, 2021).

Oracle, "Webinar: Automate your database provisioning to increase efficiency and standardization" (published Jul. 14, 2020) Oracle Youtube, from https://www.youtube.com/watch?v=nUMdekXyqr4 (accessed Jun. 28, 2021).

Principled Technologies, "VMware vCloud Automation Center DBaaS: Provision databases in minutes" A Principled Technologies Test Report (Aug. 2014) from https://www.principledtechnologies.com/vmware/vCAC_DBaaS_0914.pdf (accessed Jun. 2, 2021).

Storti, Brian "A Primer on Database Replication" Brianstorti.com (May 23, 2017) from https://www.brianstorti.com/replication/ (accessed Jun. 28, 2021).

Virtualization Works, "VMware vFabric Data Director" Virtualization Works: VMware Authorized Online Reseller, (Jun. 2021) from https://www.virtualizationworks.com/vFabric-Data-Director.asp#:~:text=VMware%C2%AE%20vFabric%E2%84%A2%20Data,agility%20and%20reducing%20database%20TCO (accessed Jun. 28, 2021).

Vmware, "Create a Workload Cluster Template" (published Apr. 6, 2021) from https://docs.vmware.com/en/VMware-Telco-Cloud-Automation/1.9/com.vmware.tca.userguide/GUIDE33A228F-4FB6-41BB-BC8E-AB0D3642B788.html (accessed Sep. 10, 2021).

Vmware, "Deploy a Virtual Machine from a Template in the vSphere Web Client" (published Apr. 8, 2021) from https://docs.vmware.com/en/VMware-vSphere/6.7/com.vmware.vsphere.vm_admin.doc/GUID-8254CD05-CC06-491D-BA56-A773A32A8130.html (accessed Sep. 10, 2021).

VMware, "Getting Started with Database-as-a-Service" VMware vFabric Data Director 2.0 (2012) from https://www.vmware.com/pdf/vfabric-data-director-20-database-as-a-service-guide.pdf (accessed Jun. 2, 2021).

VMware, "Managing Virtual Machines in VMware Cloud on AWS" (published Feb. 11, 2021) from https://docs.vmware.com/en/VMware-Cloud-on-AWS/services/com.vmware.vsphere.vmc-aws-manage-data-center-vms.doc/GUID-5ED3C460-9E84-4E12-90CF-48EB9EDDCDD6.html (accessed Sep. 10, 2021).

VMware, "Virtual Volumes and Replication" VMware Docs (May 31, 2019) from https://docs.vmware.com/en/VMware-vSphere/6.5/com.vmware.vsphere.storage.doc/GUID-6346A936-5084-4F38-ACB5-B5EC70AB8269.html (accessed Jun. 2, 2021).

VMware, "What's New: vSphere Virtual Volumes" VMware Storage Business Unit Documentation (Aug. 2015) from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/products/virtualvolumes/vmware-whats-new-vsphere-virtual-volumes.pdf (accessed Jun. 2, 2021).

VMware, "What's New in vSphere 7 Core Storage" VMware The Cloud Platform Tech Zone (May 17, 2021) from https://core.vmware.com/resource/whats-new-vsphere-7-core-storage#sec2-sub5 (accessed Jun. 2, 2021).

Wickstrom, Frank, "Keeping personal data personal with database sanitization" Anders. (Jun. 26, 2019) from https://www.anders.com/en/blog/keeping-personal-data-personal-with-database-sanitization/ (accessed Jun. 28, 2021).

Brooks, Aaron, "19 Best A/B Testing Tools in 2021" (published Aug. 12, 2020) Venture Harbour, from https://www.ventureharbour.com/best-a-b-testing-tools/ (accessed Sep. 14, 2021).

Extended European Search Report re EP21192308.1 dated Jan. 24, 2022.

Extended European Search Report re EP21192379.2 dated Jan. 26, 2022.

Final Office Action on U.S. Appl. No. 17/006,595 dated Oct. 14, 2021.

Google Cloud, "Architectures for high availability of PostgreSQL clusters on Compute Engine" Google Cloud Architecture Center, (Jan. 21, 2021) from https://cloud.google.com/architecture/architectures-high-availability-postgresql-clusters-compute-engine (accessed Dec. 14, 2021).

Gui, Huan et al. "Network A/B Testing: From Sampling to Estimation" Proceedings of the 24th International Conference on World Wide Web (WWW 15), pp. 399-409, May 18, 2015. DOI: 10.1145/2736277.2741081 (Year: 2015).

Kohavi, Ron et al., "Online Controlled Experiments and A/B Testing" Encyclopedia of Machine Learning and Data Mining, vol. 7, No. 8, pp. 922-929. Jan. 2017. DOI: 10.1007/978-1-4899-7502-7891-1 (Year: 2017).

Microsoft SQL, "Upgrading Always On Availability Group Replica Instances" Microsoft SQL Docs, Jan. 10, 2018, retrieved from https://docs.microsoft.com/en-us/sql/database-engine/availability-groups/windows/upgrading-always-on-availability-group-replica-instances?view=sql-server-ver15 (retrieved Feb. 15, 2021).

(56)        **References Cited**

OTHER PUBLICATIONS

Microsoft, "Database Engine Instances (SQL Server)" Oct. 2, 2020, from https://docs.microsoft.com/en-us/sql/database-engine/configure-windows/database-engine-instances-sql-server?view=sql-server-ver15 (retrieved Jan. 25, 2022).

Nyffenegger et al., "SQL Server Instance" 2017, from https://renenyffenegger.ch/notes/development/databases/SQL-Server/architecture/instance (retrieved Jan. 25, 2022).

Tarvo, Alexander et al., "CanaryAdvisor: a statistical-based tool for canary testing (demo)" Proceedings of the 2015 International Symposium on Software Testing and Analysis (ISSTA 2015), pp. 418-422, Jul. 13, 2015, DOI: 10.1145/2771783.2784770 (Year: 2015).

Warner, Alex et al., "Chapter 16—Canarying Releases" (published 2018) Google Workbook published by O'Reilly Media, Inc., from https://sre.google/workbook/canarying-releases/ (accessed Sep. 14, 2021).

Aluciani. "Provisioning PostgreSQL to be Highly Available and Resilient on Nutanix" Nutanix Community Blog. 2019. Retrieved from https://next.nutanix.com/community-blog-154/provisioning-postgresql-to-be-highly-available-and-resilient-on-nutanix-33726 (Year: 2019).

AWS, "Working with Aurora multi-master clusters" User Guide for Aurora. 2020.

Ay, Neslisah. "How to Set Up a High Available PostgreSQL Cluster Using Patroni" Neslisah Ay Medium Page. Mar. 18, 2019. Retrieved from https://medium.com/@neslisah.demirci/how-to-set-up-a-high-available-postgresql-cluster-using-patroni-d7044a754d2f (Year: 2019).

Brull, Jim, "Oracle Cloud Database vs On-Premises—Understanding the Differences" Centroid—OCI, Oracle Cloud. 2020.

Cano, Ignacio, et al. "Curator: Self-Managing Storage for Enterprise Clusters" (Mar. 27, 2017), from https://www.usenix.org/conference/nsdi17/.

Cisco Public "Hyperconvergence for Databases" (2019) from https://www.cisco.com/c/dam/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/le-60303-hxsql-aag.pdf (accessed Dec. 18, 2019).

Cisco Public, "Cisco HyperFlex All-Flash Systems for Oracle Database Deployments" (Jun. 2017) from https://www.cisco.com/c/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/whitepaper_c11-739237.pdf (accessed Dec. 18, 2019).

Cisco Public, "Cisco HyperFlex All-NVMe Systems for Oracle Database: Reference Architecture" (2019) from https://www.cisco.com/c/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/hx-oracle-wp.html (accessed Dec. 18, 2019).

Cisco Public, "Cisco HyperFlex HX Data Platform" (2018) from https://www.cisco.com/c/dam/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/white-paper-c11-736814.pdf (accessed Dec. 18, 2019).

Delphix "Backup and Recovery Strategies for the Delphix Engine" (published 2017) Delphix Corp., from https://docs.delphix.com/docs/data-backup-and-recovery-solutions/backup-and-recovery-strategies-for-the-delphix-engine (accessed Dec. 19, 2019).

Delphix "Database Provisioning Overview" (published 2017) Delphix Corp., from https://docs.delphix.com/docs/introduction/database-virtualization-with-delphix/database-provisioning-overview (accessed Dec. 19, 2019).

Delphix "Quick Start Guides" (published 2017) Delphix Corp., from https://docs.delphix.com/docs52/quick-start-guides (accessed Dec. 19, 2019).

Delphix "Replication" (Published 2017) Delphix Corp., from https://docs.delphix.com/docs52/data-backup-and-recovery-solutions/replication (accessed Dec. 19, 2019).

Delphix, "Understanding SnapSync and LogSync for Oracle" (May 5, 2013) from https://www.delphix.com/blog/data-virtualization/understanding-snapsync-and-logsync-oracle (accessed Jan. 7, 2020).

Drake, Sam et al. "Architecture of Highly Available Databases" International Service Availability Symposium, pp. 1-16. Springer, Berlin, Heidelberg, 2004. (Year: 2004).

Dremio, "Multiple AWS Clusters" Dremio. 2020.

Friedman, Vitaly, "Designing the Perfect Date and Time Picker." Smashing Magazine, published Jul. 2017 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <https://www.smashingmagazine.com/2017/07/designing-perfect-date-time-picker/> (Year: 2017).

Geier, Eric, "Using Static IP Addresses on Your Network" Cisco Press. Sep. 14, 2009. (Year: 2009).

Hammerspace, "Simplify Database Deployment Across Kubernetes Clusters" Hammerspace Solution Brief. 2020.

Hu et al. "Architecture of Highly Available Databases" Lecture Notes in Computer Science vol. 3335, pp. 1-16. May 2004. DOI: 10.1007/978-3-540-30225-4_1. (Year: 2004).

Katz, Jonathan S. "Multi-Kubernetes Cluster PostgreSQL Deployments" Crunchy Data. May 7, 2020.

Kolasa, Konrad, "Date Picker." Dribbble, published Feb. 28, 2017 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <https://dribbble.com/shots/3326020-Date-Picker> (Year: 2017).

Kubernetes "Configure Access to Multiple Clusters" Kubernetes Documentation. Oct. 22, 2020. Retrieved from https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/ (Year: 2020).

Kubernetes, "Configure Access to Multiple Clusters" Kubernetes Documentation. Oct. 22, 2020.

Kumar, Madan. "Managing High Availability in PostgreSQL—Part III: Patroni" ScaleGrid. Aug. 22, 2019. Retrieved from https://scalegrid.io/blog/managing-high-availability-in-postgresql-part-3/ (Year: 2019).

M. A. Metawai et al. "Load balancing in distributed multi-agent computing systems" Ain Shams Engineering Journal. ASEJ. May 23, 2012. p. 237-249. (Year: 2012).

Mellor, Chris "Beam, Flow and Era: Not a yoga class, silly, Nutanix's move into copy data management" (published May 10, 2019) The Register, from https://www.theregister.co.uk/2018/05/10/nutanix_beam_flow_era/ (accessed Dec. 18, 2019).

Mellor, Chris "Delphix sends database virtualization sailing up the Amazon" (published Dec. 1, 2017) The Register, from https://www.theregister.co.uk/2017/12/01/delphix_database_virtualization_comes_to_aws/ (accessed Dec. 18, 2019).

Microsoft Docs, "Always On availability groups: a high-availability and disaster-recovery solution" Microsoft SQL Docs, Apr. 23, 2019 (2019), https://docs.microsoft.com/en-us/sql/database-engine/availability-groups/windows/always-on-availability-groups-sql-server?view=sql-server-ver15.

Microsoft Docs, "What is an Always On availability group?" Microsoft SQL Docs, Apr. 29, 2020 (2020) https://docs.microsoft.com/en-us/sql/database-engine/availability-groups/windows/overview-of-always-on-availability-groups-sql-server?view=sql-server-ver15.

Net App Support, "Data replication from one destination to another in a series (cascading)" Net App. 2015.

Netapp Support, "Cloning databases using SnapManager" (Aug. 2013) from, https://library.netapp.com/ecmdocs/ECMP1217281/html/GUID-EA4950A-C186-423D-9574-6EA12A92E53D.html (accessed Dec. 17, 2019).

Netapp Support, "Types of SnapManager restore operations" (Aug. 2013) from, https://library.netapp.com/ecmdocs/ECMP1217281/html/GUID-599DF5AE-C49F-4BF0-A96C-E6E71FAFF102.html (accessed Dec. 17, 2019).

Nizhegolenko, Alexey. "High-Availability MySQL cluster with load balancing using HAProxy and Heartbeat." Towards Data Science. Dec. 3, 2018. Retrieved from https://towardsdatascience.com/high-availability-mysql-cluster-with-load-balancing-using-haproxy-and-heartbeat-40a16e134691 (Year: 2018).

Nutanix "Nutanix announces Flow, Era and Beam and .NEXT 2018" (published May 9, 2018) Nutanix Youtube, from https://www.youtube.com/watch?v=w40asaGtrkU (accessed Dec. 19, 2019).

Nutanix, "Nutanix Hybrid Cloud Infrastructure Now Available on Amazon Web Services" Nutanix Press Release. Aug. 11, 2020.

Opster, "High Availability in Elasticsearch—Cross Cluster Replication and Alternatives" Opster. 2020.

Opster, "Multi-Cluster Load Balancer—An Alternative to Cross Cluster Replication" Opster. 2020.

Oracle Communications, "Provisioning Database Interface User's Guide, Release 16.0" (Sep. 2014) Oracle, p. 1-174.

# US 11,640,340 B2
Page 6

(56)          **References Cited**

OTHER PUBLICATIONS

Oracle Help Center, "Enterprise Manager Lifecycle Management Administrator's Guide, 4. Overview of Database Provisioning" (2019) from, https://docs.oracle.com/cd/E24628_01/em.121/e27046/prov_db_overview.htm#EMLCM12206, (accessed Dec. 17, 2019).
Palmer, Brent, "Date Range." Dribbble, published Oct. 21, 2015 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <https://dribbble.com/shots/2306949-Date-Range> (Year: 2015).
Patil, Manoj E. et al. "Design and Implementation of Graphical User Interface for Relational Database Management System" (2012), International Journal of Computer Science and Information Technologies (IJCSIT), vol. 3 (3), p. 3871-3874.
Poitras, Steven. "The Nutanix Bible" (Jan. 11, 2014), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).
Poitras, Steven. "The Nutanix Bible" (Oct. 15, 2013), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).
Poitras, Steven. "The Nutanix Bible" (Sep. 17, 2019), from https://nutanixbible.com/.
Poitras, Steven. "The Nutanix Bible" (Jun. 20, 2014), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).
Poitras, Steven. "The Nutanix Bible" (Jan. 7, 2015), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).
Poitras, Steven. "The Nutanix Bible" (Jun. 9, 2015), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).
Red Hat "Chapter 4. Configuring The Haproxy Load Balancer" Red Hat Customer Portal. 2020. Retrieved on Dec. 22, 2020 from https://access.redhat.com/documentation/en-us/red_hat_cloudforms/4.6/html/high_availability_guide/configuring_haproxy (Year: 2020).
Reed, Kate "Nutanix Introduces Database Services with Era" (published May 9, 2018) Business Wire, from https://www.businesswire.com/news/home/20180509005397/en/ (accessed Dec. 18, 2019).
Reed, Kate "Nutanix Introduces Database Services with Era" (published May 9, 2018) Nutanix Press Releases, from https://ir.nutanix.com/company/press-releases/press-release-details/2018/Nutanix-Introdu/ (accessed Dec. 18, 2019).
Rocheleau, Jake, "30 Best Free Calendar & Datepicker jQuery Plugins." Vandelay Design, published Aug. 29, 2018 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <https://www.vandelaydesign.com/30-best-free-jquery-plugins/> (Year: 2018).
Sanglaji, Maryam et al. "Nutanix Era: Databases Made Simple" (published 2018) Nutanix, from https://www.nutanix.com/blog/nutanix-era-databases-made-simple (accessed Dec. 18, 2019).
Sanglaji, Maryam et al. "Nutanix Era: One-click Database Management (London)" (published 2018) .NEXT Conference 2018, from https://next.nutanix.com/next-conference-2018-54/nutanix-era-one-click-database-manag (accessed Dec. 18, 2019).
Sanglaji, Maryam et al. "Nutanix Era: One-click Database Management" (published 2018) .NEXT Conference 2018, from https://www.dropbox.com/s/tfhw1nb0tcvexg3/NEXTEURO2018%20-%20Nutanix%20Era-One%20click%20Database%20Management.pdf?dl=0 (accessed Dec. 18, 2019).
Sharif, Ashraf. "Making Your Database Components Highly Available (HA) via Load Balancers". Several Nines. Mar. 20, 2018. Retrieved from https://severalnines.com/blog/become-clustercontrol-dba-making-your-db-components-ha-load-balancers (Year: 2018).
Stack Exchange Users. "PostgreSQL High Availability/Scalability using HAProxy and PGBouncer" Stack Exchange. Nov. 2020. Retrieved from https://dba.stackexchange.com/questions/56559/postgresql-high-availability-scalability-using-haproxy-and-pgbouncer (Year: 2020).
Stepan, "How to Set Up Multi-Cluster Load Balancing with GKE", DoiT International. Aug. 17, 2020.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jan. 12, 2016.

The Nutanix Bible; from https://nutanixbible.com/; accessed on Jun. 25, 2018.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jan. 3, 2017.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jan. 3, 2018.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Sep. 4, 2015.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jan. 8, 2019.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jun. 8, 2017.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jun. 9, 2016.
VMware "VMware vFabric Data Director Administrator and User Guide: Clone a Database" (2012) from https://pubs.vmware.com/datadirector/index.jsp?topic=%2Fcom.vmware.datadirector.admin.doc%2FGUID-426EEA1E-BF44-462F-B400-E2421F53144D.html (accessed Dec. 17, 2019).
VMware, "VMware vFabric Data Director 2.0: Getting Started with Database Provisioning" (2012) from https://www.vmware.com/pdf/vfabric-data-director-20-database-provision-guide.pdf (accessed Dec. 18, 2019).
Warren, "Internet Archive Wayback Machine Introduces New Beta Version With Calendar View." warren's blog, published Jan. 23, 2011 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <warrenduecker.blogspot.com/2011/01/internet-archive-wayback-machine.html> (Year: 2011).
YouTube Video screenshots for "Bala Kuchibhotla, Nutanix | Nutanix .NEXT EU 2019", YouTube, Oct. 10, 2019, https://www.youtube.com/watch?v=_0Ma-2o92Y0 [youtube.com].
YouTube Video screenshots for "Nutanix Era .NEXT 2019 Demo," YouTube, May 10, 2019, https://www.youtube.com/watch?v=PAWHIdCEArc&t=267s [youtube.com].
Asanka, Dinesh, "Point in Time Recovery with SQL Server" SQL Shack, published Dec. 19, 2016, retrieved Feb. 11, 2022 from <https://www.sqlshack.com/point-in-time-recovery-with-sql-server/> (Year: 2016).
Matijaca, Ante, "Dashboard" Dribble, published Dec. 21, 2015, retrieved Feb. 11, 2022 from <https://dribbble.com/shots/2417233-Dashboard> (Year: 2015).
Mehta, Siddharth, "Analytics with Bower BI Desktop Dynamic Line References" MSSQL Tips, published Oct. 2, 2017, retrieved Feb. 11, 2022 from <https://www.mssqltips.com/sqlservertip/5084/analytics-with-power-bi-desktop-dynamic-line-references/?(Year: 2017).
Or, Andrew, "Understanding your Apache Spark Application Through Visualization" Data Bricks, published Jun. 22, 2015, retrieved Feb. 11, 2022 from <https://databricks.com/blog/2015/06/22/understanding-your-spark-application-through-visualization.html> (Year: 2015).
WebDeveloper Juice, "7 Beatiful Web Based Timeline Using Javascript and CSS," WebDeveloper Juice, published Sep. 28, 2011, retrieved Feb. 11, 2022 from <https://www.webdeveloperjuice.com/2011/09/28/7-beautiful-web-based-timeline-using-javascript-and-css/>(Year: 2011).
Geek University, "VM snapshot files," VMware ESXi course, retrieved Sep. 11, 2022 from https://geek-university.com/vm-snapshot-files/.
Lctree, "Lctree," Linked Clone Tree Visualizer for vCloud Director, published Nov. 28, 2012, retrieved Sep. 11, 2022 from https://urldefense.com/v3/__https:/nam12.safelinks.protection.outlook.com/?url=https*3A*2F*2Fdownload3.vmware.com*2Fsoftware*2Fvmw-tools*2Flctree*2FREADME.pdf&data=05*7C01*7CSubhasri.Das*40unitedlex.com*7C58a08da4913146691ca308da8f2e769b*7Ccdad814b1a7e459be0d55f3fd1a2c1d*7C0*7C0*7C637979726958112264*7CUnknown*7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwi.
Microsoft, "Use a template to create an Access desktop database," Microsoft Office Support, retrieved Sep. 29, 2022 from https://support.microsoft.com/en-us/office/use-a-template-to-create-an-access-desktop-database-d9354d47-e4ce-4efb-878b-c48f3650fb73.
Mulford, Juan, "vSphere 7—Describe Instant Clone Architecture And Use Cases," Mulcas Cloudy Infrastructures, published Dec. 28,

(56)        **References Cited**

OTHER PUBLICATIONS

2021, retrieved Sep. 11, 2022 from https://mulcas.com/vsphere-7-describe-instant-clone-architecture-and-use-cases/.

Notion, "Database templates," Notion Help Center, retrieved Sep. 29, 2022 from https://www.notion.so/help/database-templates.

Nutanix, "Blueprints Usage," Nutanix Support and Insights, retrieved Sep. 29, 2022 from https://portal.nutanix.com/page/documents/details?targetId=Nutanix-Calm-Admin-Operations-Guide-v3_2_7:nuc-nucalm-blueprints-intro-c.html.

Nutanix, "Creating a Playbook," Nutanix Support and Insights, retrieved Sep. 29, 2022 from https://portal.nutanix.com/page/documents/details?targetId=Nutanix-Beam-User-Guide:bea-playbook-create-t.html.

Nutanix, "Creating a ServiceNow Template in Beam," Nutanix Support and Insights, retrieved Sep. 29, 2022 from https://portal.nutanix.com/page/documents/details?targetId=Nutanix-Beam-User-Guide:bea-servicenow-template-create-cg-t.html.

Oracle, "Creating Databases Using Database Template," Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/en/enterprise-manager/cloud-control/enterprise-manager-cloud-control/13.4/emclo/creating-databases-using-database-template.html#GUID-BB3923BE-192D-40A2-9C5D-AAC5BA3326C0.

Oracle, "Creating Databases Using Database Template," Enterprise Manager Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/cd/E91266_01/EMCLO/GUID-BB3923BE-192D-40A2-9C5D-AAC5BA3326C0.htm#EMCLO2097.

Oracle, "Introduction to Blueprints," Enterprise Manager Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/cd/E63000_01/EMCLO/blueprint.htm#EMCLO1910.

Oracle, "Using the DBaaS Self Service Portal," Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/en/enterprise-manager/cloud-control/enterprise-manager-cloud-control/13.4/emclo/using-dbaas-self-service-portal.html#GUID-2FDAFF57-E1D2-4049-8E78-2704BB12D2FD.

Raffic, Mohammed, "Creating Linked Clone Desktop Pools in VMware Horizon View 6.X," VMware Arena, published Mar. 15, 2017, retrieved Sep. 11, 2022 from http://www.vmwarearena.com/creating-linked-clone-desktop-pools-in-vmware-horizon-view-6-x/.

Savjani, Parikshit, "Automate your Azure Database for MySQL deployments using ARM templates," Microsoft Azure, published Nov. 1, 2018, retrieved Sep. 29, 2022 from https://azure.microsoft.com/en-us/blog/automate-your-azure-database-for-mysql-deployments-using-arm-templates/.

Tessel for Oracle, "Fully-managed, high-performance Oracle databases with enterprise-grade data protection, security, and compliance@ your terms", 2022, https://www.tessell.io/services/oracle.

VMware Tanzu, "Innovate and grow your business on any and many clouds-fast", 2022.

VMware, "Clone a Virtual Machine," VMware Fusion, published Sep. 3, 2020, retrieved Sep. 11, 2022 from https://docs.vmware.com/en/VMware-Fusion/12/com.vmware.fusion.using.doc/GUID-482C606F-0143-4466-A64A-F64116BC5430.html.

VMware, "Getting Started with Database Ingestion," VMware vFabric Data Director 2.0, retrieved Sep. 11, 2022 from https://www.vmware.com/pdf/vfabric-data-director-20-database-ingestion-guide.pdf.

VMware, "Horizon 7 Administration," VMware Horizon 7 7.13, published Oct. 2020, retrieved Sep. 11, 2022 from https://urldefense.com/v3/__https://nam12.safelinks.protection.outlook.com/?url=https*3A*2F*2Fdocs.vmware.com*2Fen*2FVMware-Horizon-7*2F7.13*2Fhorizon-administration.pdf&data=05*7C01*7CSubhasri.Das*40unitedlex.com*7C58a08da4913146691ca308da8f2e769b*7Ccdad814b1a7e450ebe0d55f3fd1a2c1d*7C0*7C0*7C63797972695957956046*7CUnknown*7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0*3D&sdata=q2iH5wIOYjHDIvRZ1hUYqwWUFjLwuk4pg0rDnXVFvQ0*3D&reserved=0.

VMware, "Setting Up Virtual Desktops in Horizon Console," VMware Horizon 7 7.13, published Oct. 2020, retrieved Sep. 11, 2022 from https://urldefense.com/v3/__https://nam12.safelinks.protection.outlook.com/?url=https*3A*2F*2Fdocs.vmware.com*2Fen*2FVMware-

Horizon-7*2F7.13*2Fvirtual-desktops.pdf&data=05*7C01*7CSubhasri.Das*40unitedlex.com*7C58a08da4913146691ca308da8f2e769b*7Ccdad814b1a7e450ebe0d55f3fd1a2c1d*7C0*7C0*7C63797972695957956046*7CUnknown*7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBTiI6Ik1haWwiLCJXVCI6Mn0*3D.

VMware, "Snapshot Files," VMware vSphere, published Jul. 29, 2022, retrieved Sep. 11, 2022 from https://docs.vmware.com/en/VMware-vSphere/7.0/com.vmware.vsphere.vm_admin.doc/GUID-38F4D574-ADE7-4B80-AEAB-7EC502A379F4.html.

VMware, "Understanding Clones in VMware vSphere 7," Performance Study, published May 27, 2021, retrieved on Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/techpaper/performance/cloning-vSphere7-perf.pdf.

VMware, "Using VMware Workstation Pro," VMware Workstation Pro 16.0, published 2021, retrieved Sep. 11, 2022 from https://urldefense.com/v3/__https://nam12.safelinks.protection.outlook.com/?url=https*3A*2F*2Fdocs.vmware.com*2Fen*2FVMware-Workstation-Pro*2F16.0*2Fworkstation-pro-16-user-guide.pdf&data=05*7C01*7CSubhasri.Das*40unitedlex.com*7C58a08da49131466 91ca308da8f2e769b*7Ccdad814b1a7e450ebe0d55f3fd1a2c1d*7C0*7C0*7C63797972695957956046*7CUnknown*7CTWFpbGZsb3d8eyJWIjoiMC4wLjAwMDAiLCJQIjoiV2luMzIiLCJBT.

VMware, "VMware Horizon 7 Instant-Clone Desktops And RDSH Servers," VMware Horizon 7.x, published Jul. 2017, retrieved Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/techpaper/vmware-horizon-view-instant-clone-technology.pdf.

VMware, "VMware Horizon on VMware vSAN Best Practices," Technical White Paper, published Dec. 2020, retrieved Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/products/vsan/vmware-horizon-7-on-vmware-vsan-best-practices.pdf.

VMware, "VMware vFabric Data DirectorAdministrator and User Guide," vFabric Data Director 1.0, retrieved Sep. 11, 2022 from https://usermanual.wiki/vmware/vfabricdatadirector10ag.715740134/view.

VMware, "VMware vStorage Virtual Machine File System," Vmware Technical White Paper Updated for VMware Vsphere 4 Version 2.0, retrieved Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/techpaper/vmware-vmfs-tech-overview-white-paper.pdf.

Zhang, Junchi, "vFabric Data Director 2.7 customer deck," published May 17, 2013, retrieved Sep. 11, 2022 from https://www.slideshare.net/harryaya/vfabric-data-director-27-customer-deck.

BackupAssist, "https://backupassist.com/support/en/backupassist/manage/calendar.htm", Jul. 1, 2017 (Year: 2017).

"Amazon RDS Now Supports Setting Up Connectivity Between Your RDS Database and EC2 Compute Instance in 1-Click", Amazon Web Services, https://aws.amazon.com/rds.

"Azure Arc extends the Azure control plane", https://infohub.delltechnologies.com/l/techbook-dell-emc-integrated-system-for-microsoft-azure-stack-hci-2/azure-arc-extends-the-azure-control-plane-14.

"Configure cross-tenant access settings for B2B collaboration", Azure AD, Microsoft Entra, May 24, 2022, 21pp.

"Connected Machine Agent Prerequisites", Sep. 27, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/servers/prerequisites.

"Control Plane", https://docs.controlplane.com.

"Exadata Database Service onCloud@Customer Administrator'sGuide", https://docs.oracle.com/en/engineered-systems/exadata-cloud-at-customer/ecccm/ecc-network-requirements.html#GUID-F06BD75B-E971-48ED-8699-E1004D4B4AC1.

Features and Capabilities of Azure Arcenabled SQL Managed Instance:, Aug. 13, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/data/managed-instance-features.

"Managing Cloud-Native Workloads with Anthos", https://authors.packtpub.com/wp-content/uploads/2021/10/Chapter-8-Professional-Cloud-Architect-1.pdf.

"Oracle Exadata Cloud@Customer X9M", Version 1.17, 2022, https://www.oracle.com/dk/a/ocom/docs/engineered-systems/exadata/exacc-x9m-ds.pdf.

# US 11,640,340 B2

Page 8

(56) **References Cited**

OTHER PUBLICATIONS

"Overview of Azure Connected Machine Agent", Sep. 4, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/servers/agent-overview.

"Row-Level Security", Sep. 17, 2022, https://learn.microsoft.com/en-us/sql/relational-databases/security/row-level-security?view=sql-server-ver16.

"Use Azure Private Link to Securely Connect Servers to Azure Arc", Jul. 28, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/servers/private-link-security.

Alhamazani, et al, "Cross-Layer Multi-Cloud Real-Time Application QoS Monitoring and Benchmarking As-a-Service Framework", https://arxiv.org/ftp/arxiv/papers/1502/1502.00206.pdf.

Amazon Web Services, "Amazon RDS Now Supports Setting up Connectivity Between You RDS Database and EC2 Compute Instance in 1-Click", https://aws.amazon.com/about-aws/whats-new/2022/08/amazon-rds-setting-up-connectivity-rds-database-ec2-compute-instance-1-click/.

Amazon Web Services, "Amazon RDS on Outposts", https://aws.amazon.com/rds/outposts/?pg=ln&sec=hiw.

Amazon Web Services, "Configuring and Using Oracle Connection Manager on Amazon EC2 for Amazon RDS for Oracle", Jan. 12, 2021, https://aws.amazon.com/blogs/database/configuring-and-using-oracle-connection-manager-on-amazon-ec2-for-amazon-rds-for-oracle.

Amazon Web Services, "SaaS Tenant Isolation Strategies. Isolating Resources in a Multi-Tenant Environment", (Aug. 2020).

Anthos Technical Overview, https://cloud.google.com/anthos/docs/concepts/overview.

AWS Database Blog, "Configuring and Using Oracle Connection Manager on Amazon for EC2 for Amazon RDS for Oracle", Jan. 12, 2021, https://aws.amazon.com/blogs/database/configuring-and-using-oracle-connection-manager-on-amazon-ec2-for-amazon-rds-for-oracle/.

AWS Prescriptive Guidance, "PostgreSQL Pool Model", https://docs.aws.amazon.com/prescriptive-guidance/latest/saas-multitenant-managed-postgresql/pool.html.

AWS Prescriptive Guidance, "Row-Level Security Recommendations", https://docs.aws.amazon.com/prescriptive-guidance/latest/saas-multitenant-managed-postgresql/rls.html.

AWS Serverless SaaS Workshop—Lab4 : Isolating tenant data in a pooled model—Adding the missing code.

AWS Serverless SaaS Workshop—Lab4 : Isolating tenant data in a pooled model—Revisiting Authentication, Authorization, & Tenant Isolation.

Bucur, et al., "Multi-Cloud Resource Management Techniques for Cyber-Physical Systems", MDPI, Dec. 15, 2021, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8706026/.

Cunnhingham, "Introducing PlanetScale Managed Cloud", Nov. 3, 2021, https://planetscale.com/blog/introducing-planetscale-managed-cloud.

Guevara, Introducing PlanetScale Insights: Advanced query monitoring, May 26, 2022, https://planetscale.com/blog/introducing-planetscale-insights-advanced-query-monitoring.

MVware, "Horizon Architecture", https://techzone.vmware.com/resource/horizon-architecture#introduction.

Oracle, "Exadata Cloud@Customer Security Controls", Version 2.18, Jul. 27, 2022, https://www.oracle.com/a/ocom/docs/engineered-systems/exadata-cloud-at-customer-security-controls.pdf.

Oracle, "Oracle Exadata Cloud@Customer X9M", Version 1.17, 2022, https://www.oracle.com/dk/a/ocom/docs/engineered-systems/exadata/exacc-x9m-ds.pdf.

Oracle, "Oracle Gen 2 Exadata Cloud@Customer Security Controls", version 2.18, Jul. 27, 2022, https://www.oracle.com/a/ocom/docs/engineered-systems/exadata/exadata-cloud-at-customer-security-controls.pdf.

PlanetScale, Deployment Options Documentation, Aug. 1, 2022, https://planetscale.com/docs/concepts/deployment-options#cloud.

PlanetScale, Query Insights Documentation, 2022, https://planetscale.com/docs/concepts/query-insights#insights-page-overview.

PlanetScale, The MySQL-compatible serverless database platform, 2022, https://planetscale.com.

Stone, "Cross Tenant Access", LoanPro Help, https://help.loanpro.io/article/vyy37c5bhd-cross-tenant-access, accessed Jun. 29, 2022.

Tang, "Multi-tenant access control for cloud services", Aug. 2014, The University of Texas at San Antonio College of Sciences.

VMware Horizon, "Horizon Control Plane Services Architecture", Sep. 2021, https://images.techzone.vmware.com/sites/default/files/resource/horizon_control_plane_services_architecture_noindex.pdf.

VMware, "Horizon Cloud on Microsoft Azure Architecture", https://techzone.vmware.com/resource/horizon-cloud-on-microsoft-azure-architecture#introduction.

VMware, "Horizon Cloud Pods in Microsoft Azure—Create a VDI Multi-Cloud Assignment in Your Horizon Cloud Tenant Environment", Aug. 8, 2022, https://docs.vmware.com/en/VMware-Horizon-Cloud-Service/services/hzncloudmsazure.admin15/GUID-9EE86FC9-49CB-4995-8346-3AA76CCE96F8.html.

VMware, "Horizon Control Plane Services Architecture", Sep. 2021, https://images.techzone.vmware.com/sites/default/files/resource/horizon_control_plane_services_architecture_noindex.pdf.

VMware, "Horizon Messaging", https://docs.vmware.com/en/VMware-Horizon-7/7.13/horizon-architecture-planning/GUID-39B5D03B-F619-4355-A30A-F8544D95539C.html.

VMware, "Learn More About Network Profiles in vRealize Automation Cloud", https://docs.vmware.com/en/vRealize-Automation/services/Using-and-Managing-Cloud-Assembly/GUID-01E442EE-4004-4ED1-AA32-9CF73F24CB09.html.

VMware, "vRealize Automation Cloud and VMware Cloud on AWS", https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/vrealize-automation/vmw-vrealize-automation-cloud-on-aws-solution-brief.pdf.

VMWare, Cloud Control Plane Management, "Horizon Control Plane Services", https://www.vmware.com/in/products/horizon/controlplane.html.

VMware, Create Network Profiles, https://vdc-repo.vmware.com/vmwb-repository/dcr-public/e07569a6-6154-45d7-acdf-595e0b089892/44bb2e01-dd74-44e8-98da-b16f257b9a8d/GUID-35DF1889-6E34-449E-915A-3BC5C4DA172C.html.

YouTube Video screenshots for "Nutanix Business Critical Applications & Databases . . .NEXT Europe 2019," YouTube, Oct. 16, 2019, https://www.youtube.com/watch?v=KI7IEmm6j6o [youtube.com].

YouTube Video screenshots for Nutanix , "Nutanix Era .NEXT 2019 Demo", YouTube, May 10, 2019, https://youtu.be/PAWHHdCEArc [youtube.com].

YouTube Video screenshots for Nutanix , "Unify Private and Public Clouds with Nutanix Clusters", YouTube, Jul. 31, 2020, https://www.youtube.com/watch?v=xuw4F4wBDoc [youtube.com].

Final Office Action on U.S. Appl. No. 17/337,197 dated Dec. 15, 2022.

Notice of Allowance on U.S. Appl. No. 17/237,599 dated Dec. 5, 2022.

Oracle Cloud, "Using Oracle Autonomous Database on Shared Exadata Infrastructure" published Dec. 2022.

Arslan, Erman, "Delphix—Notes vol. 1, my new toy for the upcoming months," Erman Arslan's Oracle Blog, published Aug. 8, 2016, retrieved on Jan. 2, 2023 from http://ermanarslan.blogspot.com/2016/08/delphix-notes-vol-1-my-new-toy-for.html.

Delphix Corp., "Delphix Engine User Guide," Delphix, published Dec. 2017, retrieved Jan. 2, 2023 from https://docs.delphix.com/docs52/files/83053093/83053098/2/1512670775673/Delphix Engine User Guide.pdf.

Delphix Corp., "Delphix Engine User Guide," Delphix, published Nov. 2018, retrieved Jan. 2, 2023 from https://docs.delphix.com/docs531/files/98113199/98116076/2/1542301179433/User Guide.pdf.

Delphix Corp., "Delphix Engine User Guide," Delphix, published Oct. 2017, retrieved Jan. 2, 2023 from https://docs.delphix.com/docs-old/files/74711255/74715951/5/1509647013871/Delphix Engine User Guide.pdf.

Delphix Corp., "FAQ: SnapShot and SnapSync (KBA1014)," Delphix, published Mar. 4, 2022, retrieved Jan. 2, 2023 from https://support.

# US 11,640,340 B2

Page 9

## (56) References Cited

### OTHER PUBLICATIONS

delphix.com/Continuous_Data_Engine_(formerly_Virtualization_
Engine)/Delphix_Admin/FAQ%3A_SnapShot_and_SnapSync_
(KBA1014).

Delphix Corp., "Linking to a Database," Database Linking Over-
view, published Dec. 2017, retrieved on Jan. 2, 2023 from https://
docs.delphix.com/docs52/introduction/database-virtualization-with-
delphix/database-linking-overview.

Delphix Corp., "Understanding Timelines," Understanding Timelines
and How to Preserve Data in a Point in Time, published Jun. 2018,
retrieved Jan. 2, 2023 from https://docs.delphix.com/docs526/delphix-
self-service/delphix-self-service-data-user-guide/understanding-
timelines-and-how-to-preserve-data-in-a-point-in-time.

Delphix Corp., "What Does the Delphix Engine Do?," Delphix
Engine Overview, published Dec. 2017, retrieved on Jan. 2, 2023
from https://docs.delphix.com/docs52/introduction/database-
virtualization-with-delphix/delphix-engine-overview.

Delphix Corp., "What's New Guide for 5.2," Delphix, published
Dec. 2017, retrieved on Jan. 2, 2023 from https://docs.delphix.com/
docs52/files/83053093/83056028/2/1513184739765/What%27s New
Guide for 5.2.pdf.

Murugan, Palani, "Delphix Dynamic Data Platform on VMware
vSAN," VMware Virtual Blocks Blog, published Nov. 20, 2017,
retrieved on Jan. 2, 2023 from https://blogs.vmware.com/virtualblocks/
2017/11/20/delphix-vsan/.

Rubrik, "Exploring the Depth of Simplicity: Protecting Microsoft
SQL Server with Rubrik," Technical White Paper, published Mar.
2017, retrieved on Jan. 2, 2023 from https://www.rubrik.com/content/
dam/rubrik/en/resources/white-paper/Protecting-Microsoft-SQL-Server-
with-Rubrik.pdf.

Rubrik, "Hyperconverged Infrastructure with the Simplest Data
Protection," published Jan. 2016, retrieved on Jan. 2, 2023 from
https://web.archive.org/web/20210117100439/https://www.rubrik.
com/wp-content/uploads/2015/12/Joint-Solution-Brief-Nutanix-and-
Rubrik.pdf.

YouTube Video for Delphix Corp., "How To Create Database
Copies with Delphix," YouTube, Apr. 3, 2018, https://www.youtube.
com/watch?v=1EjR-k4EJ68 [youtube.com].

YouTube Video for Rubrik, "Item-level Recovery with Rubrik SQL
Server Live Mount," YouTube, Jul. 12, 2018, https://www.youtube.
com/watch?app=desktop&v=Upp4Ume03P0&feature=youtu.be
[youtube.com].

* cited by examiner

Case 5:24-cv-01729   Document 1-3   Filed 03/20/24   Page 11 of 41



FIG. 1

Case 5:24-cv-01729   Document 1-3   Filed 03/20/24   Page 12 of 41



FIG. 2



**FIG. 3**



**FIG. 4A**

Case 5:24-cv-01729  Document 1-3  Filed 03/20/24  Page 15 of 41



**FIG. 4B**

Case 5:24-cv-01729 Document 1-3 Filed 03/20/24 Page 16 of 41



FIG. 5

505 START

510 CONFIGURE DATABASE CLUSTER INCLUDING DESIGNATING INITIAL PRIMARY NODE AND STANDBY NODES

515 DESIGNATE INITIAL ACTIVE NODE FROM THE PRIMARY NODE AND STANDBY NODES

520 INITIAL ACTIVE NODE UNAVAILABLE?

525 SELECT NEXT ACTIVE NODE

YES

NO

530 END

500

Case 5:24-cv-01729   Document 1-3   Filed 03/25/24   Page 17 of 41



**FIG. 6**



FIG. 7

US 11,640,340 B2

1

**SYSTEM AND METHOD FOR BACKING UP HIGHLY AVAILABLE SOURCE DATABASES IN A HYPERCONVERGED SYSTEM**

CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a non-provisional of U.S. Provisional Application No. 63/094,245, filed on Oct. 20, 2020, the entirety of which is incorporated by reference herein

BACKGROUND

Virtual computing systems are widely used in a variety of applications. Virtual computing systems include one or more host machines running one or more virtual machines and other entities (e.g., containers) concurrently. Modern virtual computing systems allow several operating systems and several software applications to be safely run at the same time, thereby increasing resource utilization and performance efficiency. However, the present day virtual computing systems have limitations due to their configuration and the way they operate.

SUMMARY

In accordance with some aspects of the present disclosure, a system is disclosed. The system includes system includes a plurality of nodes distributed between a first cluster and a second cluster, each of the plurality of nodes storing a copy of a source database, and a processor executing computer-readable instructions stored on a memory to designate a first node of the plurality of nodes as a primary node, designate remaining ones of the plurality of nodes as secondary nodes to take over from the primary node upon failure of the primary node, designate a second node of the plurality of nodes as an initial active node, backup the source database from the initial active node, automatically designate, based on a switch over policy, a third node of the plurality of nodes as a next active node upon the initial active node becoming unavailable, and continue backups of the source database from the next active node upon the initial active node becoming unavailable.

In accordance with some other aspects of the present disclosure, a non-transitory computer-readable media having computer readable instructions stored thereon is disclosed. The computer readable instructions when executed by a processor causes the processor to designate a first node of a plurality of nodes as a primary node. The plurality of nodes are distributed between a first cluster and a second cluster, and each of the plurality of nodes stores a copy of a source database. The processor further executes the computer-readable instructions to designate remaining ones of the plurality of nodes as secondary nodes to take over from the primary node upon failure of the primary node, designate a second node of the plurality of nodes as an initial active node, backup the source database from the initial active node, automatically designate, based on a switch over policy, a third node of the plurality of nodes as a next active node upon the initial active node becoming unavailable, and continue backups of the source database from the next active node upon the initial active node becoming unavailable.

In accordance with yet other aspects of the present disclosure, a method is disclosed. The method includes designating, by a processor executing computer-readable instructions stored on a memory, a first node of a plurality of nodes as a primary node. The plurality of nodes are

2

distributed between a first cluster and a second cluster, and each of the plurality of nodes stores a copy of a source database. The method also includes designating, by the processor, remaining ones of the plurality of nodes as secondary nodes to take over from the primary node upon failure of the primary node, designating, by the processor, a second node of the plurality of nodes as an initial active node, backing up, by the processor, the source database from the initial active node, automatically designating, by the processor, based on a switch over policy, a third node of the plurality of nodes as a next active node upon the initial active node becoming unavailable, and continuing backups, by the processor, of the source database from the next active node upon the initial active node becoming unavailable.

The foregoing summary is illustrative only and is not intended to be in any way limiting. In addition to the illustrative aspects, embodiments, and features described above, further aspects, embodiments, and features will become apparent by reference to the following drawings and the detailed description.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an example block diagram of a cluster of a virtual computing system, in accordance with some embodiments of the present disclosure.

FIG. **2** is an example block diagram of a database management system of the virtual computing system of FIG. **1**, in accordance with some embodiments of the present disclosure.

FIG. **3** is an example user interface of a time machine for creating backups of a source database in the database management system of FIG. **2**, in accordance with some embodiments of the present disclosure.

FIGS. **4**A and **4**B are example block diagrams showing a highly available time machine of the database management system of FIG. **2** for automatically capturing backups of the source database, in accordance with some embodiments of the present disclosure.

FIG. **5** is an example flowchart outlining operations for providing a highly available source database, in accordance with some embodiments of the present disclosure.

FIG. **6** is another example flowchart outlining operations of FIG. **5** in greater detail, particularly relating to implementing a switch over policy to provide the highly available source database, in accordance with some embodiments of the present disclosure.

FIG. **7** is an example block diagram showing a clustered database protection system of the database management system of FIG. **2** in greater detail, in accordance with some embodiments of the present disclosure.

The foregoing and other features of the present disclosure will become apparent from the following description and appended claims, taken in conjunction with the accompanying drawings. Understanding that these drawings depict only several embodiments in accordance with the disclosure and are therefore, not to be considered limiting of its scope, the disclosure will be described with additional specificity and detail through use of the accompanying drawings.

DETAILED DESCRIPTION

In the following detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description,

US 11,640,340 B2

drawings, and claims are not meant to be limiting. Other embodiments may be utilized, and other changes may be made, without departing from the spirit or scope of the subject matter presented here. It will be readily understood that the aspects of the present disclosure, as generally described herein, and illustrated in the figures, can be arranged, substituted, combined, and designed in a wide variety of different configurations, all of which are explicitly contemplated and made part of this disclosure.

The present disclosure is generally directed to a hyper-converged virtual computing system having a plurality of clusters, with each of the plurality of clusters having a plurality of nodes. Each of the plurality of nodes includes one or more virtual machines and other entities managed by an instance of a monitor such as a hypervisor. These and other components may be part of a datacenter, which may be managed by a user (e.g., an administrator or other authorized personnel). A distributed storage system, for providing storage and protection capabilities, is associated with and shared by each of the plurality of clusters in the virtual computing system. The virtual computing system may include a database management system configured for providing database management services. Database management services may involve management of databases stored within the virtual computing system. For example, at least some of the one or more virtual machines within the virtual computing system may be configured as database virtual machines that store one or more databases. These databases may be managed by the database management system. One example database management service provided by the database management system may include copy data management services.

Copy data management services involve protecting a database. Protecting a database means replicating a state of the database to enable creating a fully functional copy of the database, as well as restoring a database from the replicated state of the database. Such a fully functional copy of the database may be considered a clone of the database or a cloned database. The database from which the cloned database is created may be considered an original or source or production database. Since the cloned databases are fully functional copies of the source database, a user may perform operations (e.g., read, write, etc.) on the cloned database that may otherwise be performed on the source database. In some embodiments, a cloned database may be used for purposes other than what the source database is used for. For example, in some embodiments, a cloned database may be used for reporting, auditing, testing, data analysis, etc., while the production database may be used for performing normal day-to-day operations. In some embodiments, a cloned database may have masked data. In other words, the cloned database may be a point in time copy of the production database and may include data from the production database at that point in time. Not all data of the production database may be made available on the cloned database.

Protecting a database may also include restoring a source or original or production database. In some embodiments, the production database may become corrupted (e.g., bad data). Restoring the production database may involve fixing the corruption by using the replicated state of the production database.

To enable creation of a cloned or restored database, copy data management services provide for periodically capturing snapshots of the source database. In other words, a cloned database may be created from a snapshot captured from the source database. A snapshot stores the state of the source database at the point in time at which the snapshot is captured. The snapshot is thus a point in time image of the source database. The snapshot may include a complete encapsulation of the virtual machine on which the source database is stored, including the configuration data of the virtual machine, the user data stored within the database, and any metadata associated with the virtual machine/source database. Any of a variety of snapshotting techniques may be used. For example, in some embodiments, copy-on-write, redirect-on-write, near-sync, or other snapshotting methods may be used to capture snapshots. From the snapshot, the source database may be recreated as the cloned database to the state at which the snapshot was captured.

However, the number of snapshots that are captured on a given day may be limited. Specifically, because capturing a snapshot requires quiescing (e.g., pausing) the source database and entering a safe mode in which user operations are halted, it is desirable to take only a few snapshots a day. Thus, choices of state that may be recreated from a snapshot may be limited. If a state is desired that falls between the capture of two snapshots, the user is generally out of luck. Thus, the desire to limit the number of snapshots in a day results in a significant technical problem that results in losing changes made to the source database since the last snapshot capture or between two snapshot captures.

To avoid losing changes in state between two snapshot captures or since the last snapshot capture, the database management system may capture transactional logs. A transactional log may be a text, image, disk, or other type of file that records every transaction or change that occurs on the source database since a last snapshot capture. Thus, by using the snapshots or a combination of snapshots and transactional logs, any state of the source database down to the last second (or even fractions of seconds or other time granularities) may be recreated. Specifically, states of the source database that fall between the capture of two snapshots may be recreated by using a combination of snapshots and transactional logs.

As indicated above, snapshots of a source database may be captured by creating a snapshot of the source database virtual machine (e.g., database server) and a snapshot of the source database itself. Thus, a snapshot may be an image/copy of the location of the storage files associated with the virtual disks of the source database and an image/copy of the location of the configuration files associated with the source database virtual machine. The virtual disk(s) on which the source database is stored may be composed of or divided into one or more memory blocks. The snapshot may capture images or copies of the memory blocks. A copy of the memory blocks may be made by identifying the memory pointer (e.g., location) assigned to each memory block and copying the memory pointer to a repository. During a first snapshot of the memory blocks, the contents of all the memory blocks may be copied. After the first snapshot is captured, transactional logs may be captured to record all transactions or changes in the memory blocks of the source database after the capture of the first snapshot and before the capture of a second snapshot. Capturing a transactional log may be referred to herein as a log catch up operation.

The frequency of capturing transactional logs may be higher than the frequency of capturing snapshots in a day. For example, in some embodiments, by default, a transactional log may be captured every 30 minutes. In other embodiments, the user may define the frequency of capturing transactional logs. Further, since the source database is not quiesced (paused) for capturing the transactional log, user operations may continue while the transactional logs are being captured. Further, since the transactional logs only capture the changes in the database since the last snapshot

US 11,640,340 B2

5        6

capture, the transactional logs do not consume a lot of space. Thus, cloned databases of the source database may be created to a point in time by using a combination of transactional logs and snapshots (e.g., between two snapshot captures), or based upon available snapshots (e.g., at the point of snapshot capture). Capturing snapshots and/or transactional logs are collectively referred to herein as taking "backups." In other words, creating or taking a "backup" of a source database means capturing one or more snapshots and/or one or more transactional logs of the source database. From the "backup" or "backups," one or more cloned databases of the source database may be created.

Further, the frequency with which the snapshots and transactional logs are captured may depend upon the level of protection desired by the user for a particular source database. The database management system may solicit a protection schedule and definition of a Service Level Agreement ("SLA") from the user for each source database. The protection schedule may allow the user to define the frequency of capturing snapshots and transactional logs based upon the SLA. Upon defining the protection schedule and the SLA, backups of the source database may be automatically created and stored within the virtual computing system without further input from the user. For convenience, the database management system may include built-in defaults of the protections schedule and SLA levels that the user may select from. The user may modify the defaults or define new parameters for the protection schedule and SLA. By virtue of defining a protection schedule and SLA for each source database, the level of protection accorded to each source database may be individually tailored based upon the requirements of the user.

Further, in some cases, the source database may be stored on a single node of a cluster of the virtual computing system. Such a source database may be considered a "single instance" source database. If the node on which the source database is hosted becomes unavailable (e.g., fails), access to the source database may be hindered until the node recovers and becomes available again. Further, if the node on which the source database is hosted becomes unavailable, backups may not be created of that source database until the node becomes available again. To avoid or prevent such single-point failures, in some embodiments, a "highly available" source database may be desirable. High availability of a source database may be obtained by maintaining redundant instances or copies of the source database in the virtual computing system. Such redundant instances or copies of the source database are not considered "cloned" databases. Rather, each redundant instance or copy of a source database is also a source database. From each of these redundant instances or copies, one or more cloned databases may be created.

In some embodiments, the redundant instances or copies of the source database may be stored on separate nodes of the virtual computing system to create a highly available source database. By virtue of storing the redundant instances or copies of the source database on different nodes, if one node becomes unavailable, the source database may be accessed from another node, thereby ensuring continuity of operation. In some embodiments, a user may define how many redundant instances or copies of the source database are desired. To further ensure continuity of operation, the redundant instances or copies of the source database need to be protected. However, protecting a highly available source database is more complicated than protecting a single instance source database. In some embodiments, to protect a highly available source database, backups may be created from each of the redundant instances or copies of the source database.

However, since each redundant instance or copy of the source database is same or substantially similar, creating such multiple backups of the same source databases may be redundant, consume a lot of system resources, require a lot of space to store, may be costly to implement, and therefore, generally undesirable. To avoid such redundancy, in some embodiments, backups may be created from one copy of the source database. However, if the node from which the backups are being created becomes unavailable, the creation of backups is halted and the source database is left without any protection. Thus, technical problems exist in protecting highly available source databases in an efficient and reliable manner.

Further, in some embodiments, user intervention may be required to enable capturing of backups. For example, in some embodiments, a user may be required to manually designate a node from which the backups are to be captured. When the node from which backups are being created becomes unavailable, the user may be required to again manually designate another node from which to capture the backups. Thus, in some embodiments, the reliability of protection of a highly available source database is contingent upon the diligence of a user in monitoring all copies of the source databases, monitoring the node from which backups are being created, and designating a new node from which to capture backups from. Alternatively, the user may capture backups from all nodes on which a copy of the source database exists to avoid the monitoring and the designating operations. However, as discussed above, capturing backups from all or multiple nodes is inefficient, wasteful, and undesirable.

Problems with protecting source databases may be compounded if the various nodes on which the copies of the source databases are stored are spread across different clusters of the virtual computing system. Specifically, when the copies of the source database are spread across multiple clusters, the database management system needs a way to keep track of the multiple clusters, which further increases the complexity of the database management system.

The present disclosure provides technical solutions to protecting a highly available source database regardless of whether the copies of the source database are spread across various nodes of a single cluster or multiple clusters. The present disclosure also provides a mechanism to protect a source database in a highly available system by designating one node as an active node. A database controller of the database management system of the present disclosure facilitates capturing backups from the active node. When the active node becomes unavailable, the database controller automatically selects another node as the active node and automatically starts capturing backups from the newly selected active node, thereby requiring no user intervention. The selection of the new active node may be based upon a user defined switch over policy. Thus, the present disclosure provides a technique to effectively, reliably, and conveniently protect a highly available source database.

Referring now to FIG. **1**, a cluster **100** of a virtual computing system in a hyperconverged system is shown, in accordance with some embodiments of the present disclosure. The cluster **100** includes a plurality of nodes, such as a first node **105**, a second node **110**, and a third node **115**. Each of the first node **105**, the second node **110**, and third node **115** may also be referred to as a "host" or "host machine." The first node **105** includes database virtual

US 11,640,340 B2

7

machines ("database VMs") **120**A and **120**B (collectively referred to herein as "database VMs **120**"), a hypervisor **125** configured to create and run the database VMs, and a controller/service VM **130** configured to manage, route, and otherwise handle workflow requests between the various nodes of the cluster **100**. Similarly, the second node **110** includes database VMs **135**A and **135**B (collectively referred to herein as "database VMs **135**"), a hypervisor **140**, and a controller/service VM **145**, and the third node **115** includes database VMs **150**A and **150**B (collectively referred to herein as "database VMs **150**"), a hypervisor **155**, and a controller/service VM **160**. The controller/service VM **130**, the controller/service VM **145**, and the controller/ service VM **160** are all connected to a network **165** to facilitate communication between the first node **105**, the second node **110**, and the third node **115**. Although not shown, in some embodiments, the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** may also be connected to the network **165**. Further, although not shown, one or more of the first node **105**, the second node **110**, and the third node **115** may include one or more containers managed by a monitor (e.g., container engine).

The cluster **100** also includes and/or is associated with a storage pool **170** (also referred to herein as storage subsystem). The storage pool **170** may include network-attached storage **175** and direct-attached storage **180**A, **180**B, and **180**C. The network-attached storage **175** is accessible via the network **165** and, in some embodiments, may include cloud storage **185**, as well as a networked storage **190**. In contrast to the network-attached storage **175**, which is accessible via the network **165**, the direct-attached storage **180**A, **180**B, and **180**C includes storage components that are provided internally within each of the first node **105**, the second node **110**, and the third node **115**, respectively, such that each of the first, second, and third nodes may access its respective direct-attached storage without having to access the network **165**.

It is to be understood that only certain components of the cluster **100** are shown in FIG. **1**. Nevertheless, several other components that are needed or desired in the cluster **100** to perform the functions described herein are contemplated and considered within the scope of the present disclosure.

Although three of the plurality of nodes (e.g., the first node **105**, the second node **110**, and the third node **115**) are shown in the cluster **100**, in other embodiments, greater than or fewer than three nodes may be provided within the cluster. Likewise, although only two database VMs (e.g., the database VMs **120**, the database VMs **135**, the database VMs **150**) are shown on each of the first node **105**, the second node **110**, and the third node **115**, in other embodiments, the number of the database VMs on each of the first, second, and third nodes may vary to include other numbers of database VMs. Further, the first node **105**, the second node **110**, and the third node **115** may have the same number of database VMs (e.g., the database VMs **120**, the database VMs **135**, the database VMs **150**) or different number of database VMs.

In some embodiments, each of the first node **105**, the second node **110**, and the third node **115** may be a hardware device, such as a server. For example, in some embodiments, one or more of the first node **105**, the second node **110**, and the third node **115** may be an NX-1000 server, NX-3000 server, NX-6000 server, NX-8000 server, etc. provided by Nutanix, Inc. or server computers from Dell, Inc., Lenovo Group Ltd. or Lenovo PC International, Cisco Systems, Inc., etc. In other embodiments, one or more of the first node **105**, the second node **110**, or the third node **115** may be another

8

type of hardware device, such as a personal computer, an input/output or peripheral unit such as a printer, or any type of device that is suitable for use as a node within the cluster **100**. In some embodiments, the cluster **100** may be part of a data center. Further, one or more of the first node **105**, the second node **110**, and the third node **115** may be organized in a variety of network topologies. Each of the first node **105**, the second node **110**, and the third node **115** may also be configured to communicate and share resources with each other via the network **165**. For example, in some embodiments, the first node **105**, the second node **110**, and the third node **115** may communicate and share resources with each other via the controller/service VM **130**, the controller/ service VM **145**, and the controller/service VM **160**, and/or the hypervisor **125**, the hypervisor **140**, and the hypervisor **155**.

Also, although not shown, one or more of the first node **105**, the second node **110**, and the third node **115** may include one or more processing units configured to execute instructions. The instructions may be carried out by a special purpose computer, logic circuits, or hardware circuits of the first node **105**, the second node **110**, and the third node **115**. The processing units may be implemented in hardware, firmware, software, or any combination thereof. The term "execution" is, for example, the process of running an application or the carrying out of the operation called for by an instruction. The instructions may be written using one or more programming language, scripting language, assembly language, etc. The processing units, thus, execute an instruction, meaning that they perform the operations called for by that instruction.

The processing units may be operably coupled to the storage pool **170**, as well as with other elements of the first node **105**, the second node **110**, and the third node **115** to receive, send, and process information, and to control the operations of the underlying first, second, or third node. The processing units may retrieve a set of instructions from the storage pool **170**, such as, from a permanent memory device like a read only memory ("ROM") device and copy the instructions in an executable form to a temporary memory device that is generally some form of random access memory ("RAM"). The ROM and RAM may both be part of the storage pool **170**, or in some embodiments, may be separately provisioned from the storage pool. In some embodiments, the processing units may execute instructions without first copying the instructions to the RAM. Further, the processing units may include a single stand-alone processing unit, or a plurality of processing units that use the same or different processing technology.

With respect to the storage pool **170** and particularly with respect to the direct-attached storage **180**A, **180**B, and **180**C, each of the direct-attached storage may include a variety of types of memory devices that are suitable for a virtual computing system. For example, in some embodiments, one or more of the direct-attached storage **180**A, **180**B, and **180**C may include, but is not limited to, any type of RAM, ROM, flash memory, magnetic storage devices (e.g., hard disk, floppy disk, magnetic strips, etc.), optical disks (e.g., compact disk ("CD"), digital versatile disk ("DVD"), etc.), smart cards, solid state devices, etc. Likewise, the network-attached storage **175** may include any of a variety of network accessible storage (e.g., the cloud storage **185**, the networked storage **190**, etc.) that is suitable for use within the cluster **100** and accessible via the network **165**. The storage pool **170**, including the network-attached storage **175** and the direct-attached storage **180**A, **180**B, and **180**C, together form a distributed storage system configured

US 11,640,340 B2

9 10

to be accessed by each of the first node **105**, the second node **110**, and the third node **115** via the network **165**, the controller/service VM **130**, the controller/service VM **145**, the controller/service VM **160**, and/or the hypervisor **125**, the hypervisor **140**, and the hypervisor **155**. In some embodiments, the various storage components in the storage pool **170** may be configured as virtual disks for access by the database VMs **120**, the database VMs **135**, and the database VMs **150**.

Each of the database VMs **120**, the database VMs **135**, the database VMs **150** is a software-based implementation of a computing machine. The database VMs **120**, the database VMs **135**, the database VMs **150** emulate the functionality of a physical computer. Specifically, the hardware resources, such as processing unit, memory, storage, etc., of the underlying computer (e.g., the first node **105**, the second node **110**, and the third node **115**) are virtualized or transformed by the respective hypervisor **125**, the hypervisor **140**, and the hypervisor **155**, into the underlying support for each of the database VMs **120**, the database VMs **135**, the database VMs **150** that may run its own operating system and applications on the underlying physical resources just like a real computer. By encapsulating an entire machine, including CPU, memory, operating system, storage devices, and network devices, the database VMs **120**, the database VMs **135**, the database VMs **150** are compatible with most standard operating systems (e.g. Windows, Linux, etc.), applications, and device drivers. In some embodiments, one or more of the database VMs **120**, the database VMs **135**, the database VMs **150** maybe configured to host one or more databases. In some embodiments, one or more of the database VMs **120**, the database VMs **135**, the database VMs **150** may also be configured to host workloads other than or in addition to databases.

Each of the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** is a virtual machine monitor that allows a single physical server computer (e.g., the first node **105**, the second node **110**, third node **115**) to run multiple instances of the database VMs **120**, the database VMs **135**, and the database VMs **150** with each VM sharing the resources of that one physical server computer, potentially across multiple environments. For example, each of the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** may allocate memory and other resources to the underlying VMs (e.g., the database VMs **120**, the database VMs **135**, the database VMs **150**A, and the database VMs **150**B) from the storage pool **170** to perform one or more functions.

By running the database VMs **120**, the database VMs **135**, and the database VMs **150** on each of the first node **105**, the second node **110**, and the third node **115**, respectively, multiple workloads and multiple operating systems may be run on a single piece of underlying hardware computer (e.g., the first node, the second node, and the third node) to increase resource utilization and manage workflow. When new database VMs are created (e.g., installed) on the first node **105**, the second node **110**, and the third node **115**, each of the new database VMs may be configured to be associated with certain hardware resources, software resources, storage resources, and other resources within the cluster **100** to allow those virtual VMs to operate as intended.

The database VMs **120**, the database VMs **135**, the database VMs **150**, and any newly created instances of the database VMs may be controlled and managed by their respective instance of the controller/service VM **130**, the controller/service VM **145**, and the controller/service VM **160**. The controller/service VM **130**, the controller/service VM **145**, and the controller/service VM **160** are configured

to communicate with each other via the network **165** to form a distributed system **195**. Each of the controller/service VM **130**, the controller/service VM **145**, and the controller/service VM **160** may be considered a local management system configured to manage various tasks and operations within the cluster **100**. For example, in some embodiments, the local management system may perform various management related tasks on the database VMs **120**, the database VMs **135**, and the database VMs **150**.

The hypervisor **125**, the hypervisor **140**, and the hypervisor **155** of the first node **105**, the second node **110**, and the third node **115**, respectively, may be configured to run virtualization software, such as, ESXi from VMWare, AHV from Nutanix, Inc., XenServer from Citrix Systems, Inc., etc. The virtualization software on the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** may be configured for running the database VMs **120**, the database VMs **135**, the database VMs **150**A, and the database VMs **150**B, respectively, and for managing the interactions between those VMs and the underlying hardware of the first node **105**, the second node **110**, and the third node **115**. Each of the controller/service VM **130**, the controller/service VM **145**, the controller/service VM **160**, the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** may be configured as suitable for use within the cluster **100**.

The network **165** may include any of a variety of wired or wireless network channels that may be suitable for use within the cluster **100**. For example, in some embodiments, the network **165** may include wired connections, such as an Ethernet connection, one or more twisted pair wires, coaxial cables, fiber optic cables, etc. In other embodiments, the network **165** may include wireless connections, such as microwaves, infrared waves, radio waves, spread spectrum technologies, satellites, etc. The network **165** may also be configured to communicate with another device using cellular networks, local area networks, wide area networks, the Internet, etc. In some embodiments, the network **165** may include a combination of wired and wireless communications. The network **165** may also include or be associated with network interfaces, switches, routers, network cards, and/or other hardware, software, and/or firmware components that may be needed or considered desirable to have in facilitating intercommunication within the cluster **100**.

Referring still to FIG. **1**, in some embodiments, one of the first node **105**, the second node **110**, or the third node **115** may be configured as a leader node. The leader node may be configured to monitor and handle requests from other nodes in the cluster **100**. For example, a particular database VM (e.g., the database VMs **120**, the database VMs **135**, or the database VMs **150**) may direct an input/output request to the controller/service VM (e.g., the controller/service VM **130**, the controller/service VM **145**, or the controller/service VM **160**, respectively) on the underlying node (e.g., the first node **105**, the second node **110**, or the third node **115**, respectively). Upon receiving the input/output request, that controller/service VM may direct the input/output request to the controller/service VM (e.g., one of the controller/service VM **130**, the controller/service VM **145**, or the controller/service VM **160**) of the leader node. In some cases, the controller/service VM that receives the input/output request may itself be on the leader node, in which case, the controller/service VM does not transfer the request, but rather handles the request itself.

The controller/service VM of the leader node may fulfil the input/output request (and/or request another component within/outside the cluster **100** to fulfil that request). Upon fulfilling the input/output request, the controller/service VM

Case 5:24-cv-01729 Document 1-3 Filed 03/20/24 Page 24 of 41

of the leader node may send a response back to the controller/service VM of the node from which the request was received, which in turn may pass the response to the database VM that initiated the request. In a similar manner, the leader node may also be configured to receive and handle requests (e.g., user requests) from outside of the cluster **100**. If the leader node fails, another leader node may be designated.

Additionally, in some embodiments, although not shown, the cluster **100** may be associated with a central management system that is configured to manage and control the operation of multiple clusters in the virtual computing system. In some embodiments, the central management system may be configured to communicate with the local management systems on each of the controller/service VM **130**, the controller/service VM **145**, the controller/service VM **160** for controlling the various clusters.

Again, it is to be understood again that only certain components and features of the cluster **100** are shown and described herein. Nevertheless, other components and features that may be needed or desired to perform the functions described herein are contemplated and considered within the scope of the present disclosure. It is also to be understood that the configuration of the various components of the cluster **100** described above is only an example and is not intended to be limiting in any way. Rather, the configuration of those components may vary to perform the functions described herein.

Referring now to FIG. **2**, an example block diagram of a database management system **200** is shown, in accordance with some embodiments of the present disclosure. FIG. **2** is discussed in conjunction with FIG. **1**. The database management system **200** or portions thereof may be configured as utility software for creating and implementing database management services. The database management system **200** may be configured to facilitate, among other things, protection of the databases associated therewith. The various elements of the database management system **200** described below may be part of a single cluster (e.g., the cluster **100**) or may span across multiple clusters of a virtual computing system. When part of a single cluster, the various elements discussed below may be associated with one or more nodes of the single cluster. When part of multiple clusters, in some embodiments, some elements of the database management system **200** may be located on one or more nodes of one cluster, while other elements may be located on one or more nodes of at least one other cluster.

The database management system **200** includes a database controller **205** (e.g., also referred to herein as Era server) that is configured to receive input from and provide output to a user via a dashboard **210**. The database controller **205** is also associated with a database storage system **215** that is configured to store one or more databases (e.g., customer databases) under management of the database management system **200**. In association with the dashboard **210** and the database storage system **215**, the database controller **205** is configured to implement one or more database management services of the database management system **200**. For example, the database controller **205** is configured to provide copy data management services, or in other words, services to protect databases provisioned (e.g., created or registered) by the database management system **200**. Thus, the database controller **205** may include a database protection system **220** to protect the databases of the database management system **200**. In some embodiments, the database controller **205** may be located on one cluster and may be configured to provide copy data management services to

databases stored on the same cluster as the database controller and/or to databases located on other clusters as well.

The database management system **200** may be installed on a database VM (e.g., the database VMs **120**, the database VMs **135**, the database VMs **150** of FIG. **1**). The database management system **200** may be installed via the controller/service VM (e.g., the controller/service VM **130**, the controller/service VM **145**, the controller/service VM **160**) of the node (e.g., the first node **105**, the second node **110**, and the third node **115**) on which the database management system is to be installed. For example, an administrator desiring to install the database management system **200** may download a copy on write image file (e.g., qcow or qcow2 image file) on the controller/service VM to define the content and structure of a disk volume to be associated with the database management system. In some embodiments, instead of a copy on write image file, another type of disk image file, depending upon the type of underlying hypervisor, may be installed. Further, the administrator may create or one or more new database VMs on which the database management system **200** is to reside. As part of creating the database VMs, the administrator may allocate a particular number of virtual central processing units (vCPU) to each of the database VMs, define the number of cores that are desired in each vCPU, designate a specific amount of memory to each of the database VMs, and attach a database storage device (e.g., a virtual disk from the storage pool **170**) with each of the database VMs. In some embodiments, at least a portion of the database storage device attached to the database management system **200** may form the database storage system **215**. The administrator may also create a new network interface (e.g., associate a virtual local area network (VLAN), assign an Internet Protocol ("IP") address to access the database management system **200**, etc.) with each of the database VMs. The administrator may perform additional and/or other actions to create the database VMs on which the database management system **200** resides upon creation and installation of the disk image file.

In some embodiments, the database VMs on which the database management system **200** resides may all be located on a single node (e.g., one of the first node **105**, the second node **110**, and the third node **115**). In other embodiments, the database VMs on which the database management system **200** resides may be spread across multiple nodes within a single cluster, or possibly amongst multiple clusters. When spread across multiple clusters, each of the associated multiple clusters may be configured to at least indirectly communicate with one another to facilitate operation of the database management system **200**. Upon installing the database management system **200**, a user (e.g., the administrator or other user authorized to access the database management system) may access the dashboard **210**. The dashboard **210**, thus, forms the front end of the database management system **200** and the database controller **205** and the database storage system **215** form the backend of the database management system.

The database management system **200** may be accessed via a computing device associated with the cluster **100**. In other embodiments, instead of or in addition to being accessible via a particular computing device, the database management system **200** may be hosted on a cloud service and may be accessed via the cloud. In some embodiments, the database management system **200** may additionally or alternatively be configured as a mobile application suitable for access from a mobile computing device (e.g., a mobile phone). In some embodiments, the database management system **200** and particularly the dashboard **210** may be

Case 5:24-cv-01729  Document 1-3  Filed 03/20/24  Page 25 of 41

13

14

accessed via an Application Programming Interface ("API") **225**. To access the dashboard **210** via the API **225**, a user may use designated devices such as laptops, desktops, tablets, mobile devices, other handheld or portable devices, and/or other types of computing devices that are configured to access the API. These devices may be different from the computing device on which the database management system **200** is installed.

In some embodiments and when the dashboard **210** is configured for access via the API **225**, the user may access the dashboard via a web browser and upon entering a uniform resource locator ("URL") for the API such as the IP address of the database management system **200** or other web address. Using the API **225** and the dashboard **210**, the users may then send instructions to the database controller **205** and receive information back from the database controller. In some embodiments, the API **225** may be a representational state transfer ("REST") type of API. In other embodiments, the API **225** may be any other type of web or other type of API (e.g., ASP .NET) built using any of a variety of technologies, such as Java, .Net, etc., that is capable of accessing the database controller **205** and facilitating communication between the users and the database controller. In some embodiments, the API **225** may be configured to facilitate communication via a hypertext transfer protocol ("HTTP") or hypertext transfer protocol secure ("HTTPS") type request. The API **225** may receive an HTTP/HTTPS request and send an HTTP/HTTPS response back. In other embodiments, the API **225** may be configured to facilitate communication using other or additional types of communication protocols. In other embodiments, the database management system **200** may be configured for access in other ways.

The dashboard **210** provides a user interface that facilitates human-computer interaction between the users and the database controller **205**. The dashboard **210** is configured to receive user inputs from the users via a graphical user interface ("GUI") and transmit those user inputs to the database controller **205**. The dashboard **210** is also configured to receive outputs/information from the database controller **205** and present those outputs/information to the users via the GUI of the management system. The GUI may present a variety of graphical icons, windows, visual indicators, menus, visual widgets, and other indicia to facilitate user interaction. In other embodiments, the dashboard **210** may be configured as other types of user interfaces, including for example, text-based user interfaces and other man-machine interfaces. Thus, the dashboard **210** may be configured in a variety of ways.

Further, the dashboard **210** may be configured to receive user inputs in a variety of ways. For example, the dashboard **210** may be configured to receive the user inputs using input technologies including, but not limited to, a keyboard, a stylus and/or touch screen, a mouse, a track ball, a keypad, a microphone, voice recognition, motion recognition, remote controllers, input ports, one or more buttons, dials, joysticks, etc. that allow an external source, such as the user, to enter information into the database management system **200**. The dashboard **210** may also be configured to present outputs/information to the users in a variety of ways. For example, the dashboard **210** may be configured to present information to external systems such as users, memory, printers, speakers, etc. Therefore, although not shown, dashboard **210** may be associated with a variety of hardware, software, firmware components, or combinations thereof. Generally speaking, the dashboard **210** may be associated with any type of hardware, software, and/or firmware com-

ponent that enables the database controller **205** to perform the functions described herein.

Thus, the dashboard receives a user request (e.g., an input) from the user and transmits that user request to the database controller **205**. In some embodiments, the user request may be to request a database management service. For example, in some embodiments, the user request may be to request a copy data management service. In response to the user request for a copy data management service, the database controller **205** may activate the database protection system **220**. The database protection system **220** is configured to protect databases associated with the database management system **200**. Thus, the database protection system **220** implements a copy data management service of the database management system **200**. During provisioning of a database with the database management system **200**, an instance of the database protection system **220** is created for the database. In some embodiments, the database protection system **220** is referred to as a "time machine" and provides a mechanism to achieve/facilitate copy data management services. In particular, in some embodiments, the "time machine" takes automated database backups (e.g., snapshots, transactional logs) for creating clones of these databases (e.g., from the backups) for various purposes like testing, staging, etc.

Thus, upon provisioning of a database with the database management system **200**, that database may be protected by the associated instance of the database protection system **220** by automatically creating backups of the database, as well for facilitating creation of cloned databases using the backups. Each instance of the database protection system **220** may receive a variety of user defined constraints in accordance with which the associated database is protected. The database protection system **220** is discussed in greater detail below.

The database controller **205**, including the database protection system **220**, may be configured as, and/or operate in association with, hardware, software, firmware, or a combination thereof. Specifically, the database controller **205** may include a processor **230** configured to execute instructions for implementing the database management services of the database management system **200**. In some embodiments, the database protection system **22** may have its own separate instance of the processor **230**. The processor **230** may be implemented in hardware, firmware, software, or any combination thereof. "Executing an instruction" means that the processor **230** performs the operations called for by that instruction. The processor **230** may retrieve a set of instructions from a memory for execution. For example, in some embodiments, the processor **230** may retrieve the instructions from a permanent memory device like a read only memory (ROM) device and copy the instructions in an executable form to a temporary memory device that is generally some form of random access memory (RAM). The ROM and RAM may both be part of the storage pool **170** and/or provisioned separately from the storage pool. In some embodiments, the processor **230** may be configured to execute instructions without first copying those instructions to the RAM. The processor **230** may be a special purpose computer, and include logic circuits, hardware circuits, etc. to carry out the instructions. The processor **230** may include a single stand-alone processing unit, or a plurality of processing units that use the same or different processing technology. The instructions may be written using one or more programming language, scripting language, assembly language, etc.

US 11,640,340 B2

15

16

The database controller **205** also includes a memory **235**. The memory **235** may be provisioned from or be associated with the storage pool **170**. In some embodiments, the memory **235** may be separate from the storage pool **170**. The memory **235** may be any of a variety of volatile and/or non-volatile memories that may be considered suitable for use with the database controller **205**. In some embodiments, the memory **235** may be configured to store the instructions that are used by the processor **230**. Further, although not shown, in some embodiments, the database protection system **220** may, additionally or alternatively, have its own dedicated memory.

Further, the database controller **205** may be configured to handle a variety of types of database engines. For example, in some embodiments, the database controller **205** may be configured to manage PostgreSQL, Oracle, Microsoft SQL server, and MySQL database engines. In other embodiments, the database controller **205** may be configured to manage other or additional database engines. Each database that is provisioned with the database management system **200** may be of a particular "database engine." The database engine may identify the type of database management system (e.g., Oracle, PostgreSQL, etc.) of a particular database. By virtue of provisioning a database with a particular database engine, that database is managed in accordance with the rules of that database engine. Thus, the database controller **205** is configured to be operable with and manage databases associated with a variety of database engines.

It is to be understood that only some components of the database controller **205** are shown and discussed herein. In other embodiments, the database controller **205** may also include other components that are considered necessary or desirable in implementing the copy data management services discussed herein.

Referring still to FIG. **2**, as discussed above, an instance of the database protection system **220** is created for each database when that database is provisioned within the database management system **200**. Thus, the database protection system **220** may include multiple instances of the database protection system—one for each database that is provisioned. For example, the database protection system **220** may include database protection system instances **240**A-**240**N (collectively referred to herein as database protection system instances **240**). In other embodiments, each instance of the database protection system (e.g., the database protection system instances **240**A-**240**N) may be configured to protect more than one database. Each of the database protection system instances **240**A-**240**N may respectively include a clone management system **245**A-**245**N (collectively referred to herein as clone management systems **245**) and a snapshot/log capturing system **250**A-**250**N (collectively referred to herein as snapshot/log capturing systems **250**).

Each of the database protection system instances **240** may be associated with a "source database" stored within a source database storage **255**. The source database storage **255** is configured to store the original instances of the databases (also referred to herein as source databases) that are provisioned within the database management system **200**. The database storage system **215** may also include a target database storage **260**. The target database storage **260** is configured to store the clones of the source databases (also referred to herein as cloned databases). In some embodiments, the source database storage **255** and the target database storage **260** may be provisioned from the storage pool **170** and may include virtual disk storage that is associated with the database VMs (e.g., the database VMs **120**, the database VMs **135**, the database VMs **150**) on which the database management system **200**, the source databases, and the cloned databases reside. For example, in some embodiments, the source database storage **255** may be associated with one or more database VMs (referred to herein as source database VMs or database servers) and the source databases stored within the source database storage may be stored within the virtual disks associated with the source database VMs. Similarly, in some embodiments, the target database storage **260** may be associated with one or more database VMs (referred to herein as target database VMs) and the databases stored within the target database storage may be stored within the virtual disks associated with the target database VMs. In some embodiments, each source database VM may be configured to store one or more source databases and each target database VM may be configured to store one or more target databases. In other embodiments, the source database storage **255** and the target database storage **260** may additionally or alternatively be provisioned from other types of storage associated with the database management system **200**.

Further, depending upon the size of a particular database and the size of the virtual disk associated with a particular source database VM, a source database may be stored in its entirety on a single source database VM or may span multiple source database VMs on the same node, different nodes of the same cluster, and/or node(s) of another cluster. Further, as the size of that source database increases, the source database may be moved to another source database VM, may be stored onto multiple source database VMs, and/or additional storage may be provisioned to the source database VMs to house the increased size of the source database. Similarly, depending upon the size of a cloned database and the size of the virtual disk associated with a particular target database VM, the cloned database may be stored on a single or multiple target database VMs on the same node, different nodes of the same cluster, and/or on different clusters. Further, as the size of the cloned database increases (e.g., by virtue of updating the cloned database to incorporate any changes in the source database), the cloned database may be moved to another target database VM of appropriate size, may be divided amongst multiple target database VMs, and/or additional virtual disk space may be provisioned to the target database VM. Thus, the database storage system **215** is structured with the flexibility to expand and adapt to accommodate databases of various sizes.

Additionally, as indicated above, each of the database protection system instances **240** may be associated with a source database stored within the source database storage **255**. For example, the database protection system instance **240**A may be associated with a source database **265**A stored within the source database storage **255**, the database protection system instance **240**B may be associated with a source database **265**B of the source database storage, the database protection system instance **240**N may be associated with a source database **265**N, and so on. Thus, the clone management system **245**A and the snapshot/log capturing system **250**A of the database protection system instance **240**A may be configured to protect the source database **265**A, the clone management system **245**B and the snapshot/log capturing system **250**B may be configured to protect the source database **265**B, the clone management system **245**N and the snapshot/log capturing system **250**N may be configured to protect the source database **265**N, and so on. By virtue of having the database protection system instances **240** for each of the source databases **265**A-**265**N (collec-

US 11,640,340 B2

17                                                          18

tively referred to herein as the source databases 265), the protection of each of those databases may be customized and tailored to suit the user's needs.

To protect the source databases 265, the database protection system instances 240 may take snapshots and transactional logs to allow creating clones of those source databases. The clones of the source databases 265 (e.g., cloned databases) may be stored within the target database storage 260. For each source database (e.g., the source databases 265) that is stored within the source database storage 255, one or more clones of that source database may be created and stored within the target database storage 260. For example, when a clone of the source database 265A is created, a cloned database 270A is created and stored within the target database storage 260. Similarly, clones of the source databases 265B and 265N may be created as cloned databases 270B and 270N, respectively, and stored within the target database storage 260. The cloned databases 270A-270N are collectively referred to herein as the cloned databases 270. Although each of the source databases 265 in the source database storage 255 has been shown as having a corresponding instance of the cloned databases 270 in the target database storage 260, it is to be understood that in some embodiments, clones of only some of the source databases stored in the source database storage may be made. The source databases 265 that have not been cloned may not have a cloned database within the target database storage 260.

Further, similar to the source databases 265, which reside on a database VM (e.g., the source database VMs or database servers), the cloned databases 270 also reside on a database VM. The database VMs on which the cloned databases 270 reside are referred to herein as target database VM. Each of the cloned databases 270 may reside entirely on one target database VM or may span across multiple target database VMs on a single cluster or multiple clusters. In some embodiments, the source database VMs and the target database VMs may be created on the same node or different nodes of the same cluster or across multiple clusters.

Thus, the database protection system instances 240, and particularly the clone management systems 245 of the database protection system instances creates the cloned databases 270 from the source databases 265 stored within the source database storage 255, and stores the cloned databases within the target database storage 260. The cloned databases 270 may be of a variety of types. Each of the source databases 265 is created or registered on a source database VM. Thus, each of the cloned databases 270 may include a clone of the source database VM only (e.g., to create the target database VM) and/or may include the clone of the source database VM plus the database that resides on that source database VM. When both the source database VM and the source database 265A are cloned, the cloned database 270A may include a target database VM created on the target database storage 260 with a similar or different configuration as the source database VM and the clone of the source database may be stored on the target database VM. When only the source database VM is cloned, a target database VM may be created for that source database VM and stored on the target database storage 260. The target database VM may be used at a later point to store the clone of the source database that resides on the associated source database VM. Thus, the cloned databases 270 may include the source database VM only, the source database VM plus the source database, or the source database only (which is to be stored on a previously created target database VM).

The cloned databases 270 may be considered operationally same (or substantially similar) to the source databases 265. Each of the cloned databases 270 may be refreshed/updated to incorporate any changes that may have occurred in the source databases 265 since the cloned databases were created. In some embodiments, the operations that are performed on the source databases 265 may be performed on the cloned databases 270 as well. Thus, in some embodiments, instead of using the source databases 265, the cloned databases 270 may be used for performing operations (e.g., analyzing data). The cloned databases 270 may be created from snapshots and transactional logs captured from the source databases 265. The cloned databases 270 may be created upon receiving a user request. The user may request to clone a particular one of the source databases 265 to a point in time or to a specific snapshot. For example, the user may request a cloned database of a particular one of the source databases 265 as that source database existed at 11:00 AM on a particular date. Alternatively, the user may specifically identify a snapshot and request a cloned database of the source databases 265 based on that snapshot. Creating a cloned database (e.g., the cloned databases 270) involves replicating a state of the source databases 265. The "state" of the source databases 265 may include the configuration of the source database, the user data stored within the source database, metadata stored within the source database, and any other information associated with the source database. In other words, a cloned database may be an exact or substantially exact copy of the source database.

Thus, upon receiving a user request to create a cloned database (e.g., the cloned database 270A) from a source database (e.g., the source database 265A), the clone management system (e.g., the clone management system 245A) associated with the source database may retrieve snapshots and transactional logs of the source database from a repository where the snapshots and transactional logs are stored. If the user request is to clone the source database to a point in time, the clone management system (e.g., the clone management system 245A) may retrieve all snapshots and transactional logs captured of the source database at that point in time (or up to that point in time) and create a cloned database (e.g., the cloned database 270A) from those snapshots and transactional logs. The cloned database (e.g., the cloned database 270A) represents the state of the source database at the requested point in time. If the user request is to clone the source database based on a particular available snapshot, the clone management system (e.g., the clone management system 245A) may retrieve that particular snapshot and create a cloned database (e.g., the cloned database 270A) from that particular snapshot. The cloned database (e.g., the cloned database 270A) represents the state of the source database (e.g., the source database 265A) at the time the requested snapshot was captured. Thus, the clone management systems 245 are configured to create the cloned databases 270. The clone management systems 245 may also be configured to refresh the cloned databases 270, as well as manage/perform any operations performed on the cloned databases.

To be able to create the cloned databases 270, snapshots and transactional logs or backups are needed of the source databases 265. The snapshots and transactional logs may be captured via the snapshot/log capturing systems 250. The snapshot/log capturing systems 250 may be configured with a protection schedule in accordance with an SLA defined by the user when the source databases 265 are provisioned with the database management system 200. The protection schedule defines, among other things, the frequency of capturing

19
20

snapshots and transactional logs each day. Thus, based upon the snapshot/log capturing systems 250 may capture snapshots and transactional logs automatically. Specifically, in some embodiments, an instance of a database manager may be associated with each source database that is provisioned within the source database storage 255. For example, the source database 265A may be associated with a database manager 275A, the source database 265B may be associated with a database manager 275B, and the source database 265N may be associated with a database manager 275N. The database managers 275A-275N are collectively referred to herein as database managers 275. In other embodiments, a single instance of the database manager 275 may manage multiple or all source databases. Although not shown, in some embodiments, the cloned databases 270 may each be associated with a database manager as well.

Although not shown, one or more of the database managers 275 may include a processing unit (e.g., similar to the processor 230), a memory (e.g., similar to the memory 235), and other hardware, software, and/or firmware components that are necessary or considered desirable for performing the functions described herein. The database managers 275 may be configured to capture the snapshots and the transactional logs upon instruction from the snapshot/log capturing systems 250. The database managers 275 may include an agent that captures the snapshots and the transactional logs based on the protection schedule received from the snapshot/log capturing systems 250. Thus, the database manager 275A may include an agent 280A, the database manager 275B may include an agent 280B, and the database manager 275N may include an agent 280N. The agents 280A-280N are collectively referred to herein as agents 280. Each of the agents 280 is an autonomous software program that is configured for performing one or more specific and approved operations. For example, each of the agents 280 may be configured to capture snapshots and transactional logs based upon the protection schedule, and store the captured snapshots and transactional logs in a repository associated therewith. The clone management systems 245 may retrieve the snapshots and transactional log from the repositories when creating a clone of the source databases 265. For example, the agent 280A may be configured to store the captured snapshots and transactional logs in a repository 285A that is configured for the source database 265A, the agent 280B may be configured to store the captured snapshots and transactional logs in a repository 285B that is configured for the source database 265B, and the agent 280N may be configured to store the captured snapshots and transactional logs in a repository 285N that is configured for the source database 265N. The repositories 285A-285N are collectively referred to herein as repositories 285.

For example, if the protection schedule specifies capturing 2 snapshot every day and capturing a transactional log every 2 hours for the source database 265A, the agent 280A may capture 2 snapshots of the source database and a transactional log every 2 hours such that in a 24-hour period, the agent captures 2 snapshots and 12 transactional logs. Further, depending upon a protection parameter defined in the protection schedule, the amount of time for which the captured snapshots and transactional logs are stored may vary. For example, if the protection parameter includes a continuous protection parameter that specifies a continuous protection of the source database 265A for 30 days, the agent 280A may be configured to save all snapshots and transactional logs captured in the previous 30 days. Thereafter, the agent 280A may purge (e.g., delete) some of the snapshots

and transactional logs based upon the protection parameters defined in the protection schedule. Similarly, if the protection parameter includes a daily protection parameter of 30 days after the duration of the continuous protection parameter expires, the agent 280A may be configured to delete all but one snapshot that were captured before the previous 30 days, as well as delete all the transaction logs captured before the previous 30 days. The snapshot that is saved as the daily snapshot may be the snapshot that is closest to the daily snapshot time specified in the protection schedule. For example, if the time specified in the protection schedule is 11:00 AM for the daily snapshot, the snapshot that is captured at 11:00 AM or closest to 11:00 AM is saved and all other snapshots captured on that day may be deleted. Thus, the agent 280A is configured to capture and manage snapshots and transactional logs. The protection parameter and the protection schedule are defined in greater detail below.

Turning now to FIG. 3, an example user interface 300 of a time machine (e.g., the database protection system 220) for configuring a copy data management service is shown, in accordance with some embodiments of the present disclosure. For each source database that is provisioned (e.g., created or registered) in the database management system 200, an instance of a time machine may be created (e.g., at the time of provisioning). To configure an instance of the time machine, the database management system 200 may request inputs from a user via the user interface 300. For example, in some embodiments, the database management system 200 may request a name 305 and description 310 for the time machine, a level of a Service Level Agreement ("SLA") 315, and a protection schedule 320 to define rules based on which backups of the associated database are captured.

The SLA 315 represents an agreement between a service provider (e.g., the owner of the database management system 200) and the user (e.g., the owner of the database) that outlines, among other things, the protection scope of the database. The protection scope defines how frequently backups (e.g., snapshots and transactional logs) are to be captured and for how long those backups are to be retained. Thus, the protection scope defines the database retention policy. In some embodiments, the SLA 315 may define various protection parameters such as continuous, daily, weekly, monthly, quarterly, or yearly protection parameters for determining the protection scope of the database being created/registered. In other embodiments, the SLA 315 may define other or additional protection parameters.

Each database for which an instance of the time machine is created may be protected by capturing snapshots and/or transactional logs. The number of snapshots and transactional logs to be captured on each day may be defined by the user in the protection schedule 320. As used herein, a "day" may be any 24-hour period (e.g., from midnight to noon). In some embodiments, the protection schedule 320 may define default values to define the frequency of capturing snapshots and transactional logs, which the user may modify. Thus, based upon the frequency of capturing snapshots and transactional logs defined in the protection schedule 320, the user interface 300 of the time machine may be used to define capturing of one or more snapshots and one or more transactional logs each day. Generally speaking, the number of transactional logs that are captured each day may be higher than the number of snapshots that are captured on that day. Since it is impractical and expensive to indefinitely store the captured snapshots and the transactional logs, the protection

parameters in the SLA **315** may define the duration for how long those snapshots and transactional logs are stored.

For example, the SLA **315** may define a continuous protection parameter, which defines the duration in days for which all captured snapshots and transactional logs are retained. For example, if the continuous protection parameter is defined as 30 days, all snapshots and transactional logs that are captured within the last 30 days from the associated source database are retained. By retaining all snapshots and the transactional logs, the user may replicate any or substantially any state of the source database (down to a second or even a fraction of a second). The protection schedule **320** may define the frequency of capturing snapshots and transactional logs. For example, the protection schedule **320** may define a "snapshot per day" field **325** which may define the number of snapshots that are to be captured each day (e.g., in a 24 hour window) and a "log catch up" field **330** may define the number of transactional logs that are to be captured each day. For example, the "snapshot per day" field **325** in FIG. 3 defines that a single snapshot is to be captured each day and the "log catch up" field **330** defines that a transactional log is to be captured every hour. It is to be understood that these values are only an example and not intended to be limiting in any way.

The SLA **315** may also define a daily protection parameter, which defines the duration in days for which a daily snapshot is stored. For example, if the daily protection parameter is 90 days, the time machine may be configured to store a daily snapshot for 90 days. The protection schedule **320** may define the time of day in a "daily snapshot" field **335** to identify the snapshot that is designated as the daily snapshot. For example, if the user specifies in the "daily snapshot" field **335** that the snapshot captured at 1:00 PM every day is the daily snapshot and the SLA **315** defines the daily protection parameter for 90 days, the time machine stores a daily snapshot captured at or closest to 1:00 PM and store that daily snapshot for 90 days after the expiration of the continuous protection parameter (e.g., 30 days).

Similarly, the SLA **315** may define weekly, monthly, and quarterly protection parameters. A weekly protection parameter in the SLA **315** may define the duration in weeks for which a weekly snapshot is stored after the expiration of the daily protection parameter. The protection schedule **320** may define the day of the week in a "weekly snapshot on" field **340** to identify which snapshot is designated as the weekly snapshot. For example, if the user defines in the "weekly snapshot on" field **340** that the snapshot captured on Monday is to be designated as the weekly snapshot, and the weekly protection parameter in the SLA **315** specifies a duration of 8 weeks, the time machine may store the snapshot captured every week on Monday for 8 weeks after the expiration of the daily protection parameter (e.g., 90 days) and the continuous protection parameter (e.g., 30 days). If multiple snapshots are captured each day, the protection schedule **320** may also define which snapshot captured on the designated day of the week (e.g., Monday) serves as the weekly snapshot. In some embodiments, the time defined in the protection schedule **320** for capturing a daily snapshot (e.g., in the "daily snapshot on" field **335**) may be used. For example, if the protection schedule **320** defines that the snapshot captured at 1:00 PM is the daily snapshot, and weekly snapshot is to be captured on Monday, the time machine may store the snapshot captured at or closest to 1:00 PM every Monday as the weekly snapshot. In other embodiments, another time period may be used.

Likewise, a monthly protection parameter in the SLA **315** may define a duration in months for which a monthly snapshot is to be stored after the expiration of the daily, weekly, and continuous protection parameters. The user may specify the date within the protection schedule **320** for identifying which snapshot corresponds to the monthly snapshot. For example, the user may specify in a "monthly snapshot on" field **345** of the protection schedule **320** that the snapshot captured on the 22nd of every month is the monthly snapshot. Thus, for a monthly protection parameter duration of 12 months, the time machine may store a monthly snapshot captured on the 22nd of every month and may store that monthly snapshot for 12 months after the expiration of the continuous, daily, and weekly protection parameters. A quarterly protection parameter in the SLA **315** may define a duration in quarters for which a quarterly snapshot is to be stored and the user may specify in a "quarterly snapshot on" field **350** of the protection schedule **320** which months correspond to the various quarters. For example, the user may specify January, April, July, and October as the quarters. Thus, if the quarterly protection parameter specifies storing the quarterly snapshots for 20 quarters, the time machine may designate a snapshot captured on the first day of January, April, July, and October (e.g., January 1, April 1, July 1, and October 1) as the quarterly snapshot and store the quarterly snapshot for 20 quarters after the expiration of the continuous, daily, weekly, and monthly protection parameters.

Thus, for each protection parameter that is defined in the SLA **315**, a corresponding value may be requested from the user in the protection schedule **320** to identify which snapshot corresponds to that protection parameter. It is to be understood that the various protection parameters and their respective schedules mentioned above are only examples and may vary from one embodiment to another as desired. Further, when the duration specified by a protection parameter expires, any snapshots or transactional logs that are expired (e.g., past their duration) may be deleted. As an example, if a snapshot is to be stored for 30 days, on the 31st day, that snapshot may be deleted. Thus, each snapshot and transactional log is managed based on the SLA **315** and the protection schedule **320** independent from other snapshots and transactional logs.

Additionally, to simplify user selection, in some embodiments, various levels of the SLA **315** may be pre-defined within the database management system **200**. Each level of the SLA **315** may have default values of the various protection parameters. For example, in some embodiments, the various levels of the SLA **315** may be GOLD, SILVER, BRONZE and the various protection parameters for these levels may be as follows:

| Name | Continuous | Daily | Weekly | Monthly | Quarterly |
|---|---|---|---|---|---|
| GOLD | 30 Days | 90 Days | 16 Weeks | 12 Months | 75 Quarters |
| SILVER | 14 Days | 60 Days | 12 Weeks | 12 Months | 0 Quarters |
| BRONZE | 7 Days | 30 Days | 8 Weeks | 6 Months | 0 Quarters |

It is to be understood that the nomenclature of the GOLD, SILVER, BRONZE levels of the SLA **315** is only an example and the levels may be given different names in other embodiments. Further, although three levels of the SLA **315** are described herein, in other embodiments, greater or fewer than three SLA levels may be used. Additionally, the values of the protection parameters in each level of the SLA **315** may vary from one embodiment to another. The

US 11,640,340 B2

23                                          24

database management system **200** may present the various pre-defined SLA levels to the user to select from. In some embodiments, the database management system **200** may allow the user to modify the values of one or more protection parameters in the pre-defined SLA levels. For example, if the user desires to select the GOLD level, but would like continuous protection for 45 days instead of the default value of 30 days shown in the table above, the user may modify the continuous protection parameter of the GOLD level. Thus, the pre-defined SLA levels provide the convenience and flexibility of tailoring the various protection parameters to suit the user's needs. Alternatively, the database management system **200** may allow the user to create a new SLA from scratch.

To create a new SLA, upon receiving input from the user indicating creation of a new SLA, the database management system **200** may present one or more user interfaces to the user requesting certain information. For example, the database management system **200** may request an SLA name, description, and values for the continuous, daily, weekly, monthly, and quarterly protection parameters. The database management system **200** may request other or additional details as well. Upon receiving the various inputs from the user for creating the new SLA, the database management system **200** may create the new SLA and allow the user to select that SLA when creating/setting up the time machine via the user interface **300**.

Upon creating/setting up the time machine, the time machine starts automatically creating backups (e.g., snapshots and transactional logs) as soon as the source database is provisioned with the database management system **200**.

Referring to FIGS. **4**A and **4**B, an example block diagram of a highly available time machine **400** is shown, in accordance with some embodiments of the present disclosure. The highly available time machine is also referred to herein as a "clustered time machine." In some embodiments, a source database may be deployed (e.g., provisioned) on a single node of a cluster, on multiple nodes of a single cluster, or on node(s) of different clusters. A source database that resides on multiple nodes (of the same cluster or different clusters) forms a "database cluster." A database cluster may include multiple copies of the same source database that are located on multiple modes. Thus, in a database cluster, the same source database exists on multiple nodes. When a source database resides on a single node, that source database may be referred to as a single instance database. In other words, no additional copies of the source database exist in a single instance source database. It is to be understood that the copies of the source database in a database cluster are not considered "clones." Rather, each copy of the source database is considered an original database from which backups/clones may be created. By creating copies of a source database on different nodes, that source database may be considered "highly available." The advantage of a highly available database is that if the node on which the source database or a copy of the source database is located goes down, the source database may be accessed from other nodes on which the source database or copies thereof are located. Thus, by virtue of being stored on multiple nodes, a database cluster may be considered highly available.

For a single instance source database, the time machine associated with that source database only needs to capture backups from that source database. However, with a database cluster, to maintain the highly available nature of that database cluster and to ensure that backups of the source database are available even if a node associated with the database cluster goes down, the time machine associated with the source database needs to track all nodes of the database cluster. Specifically, if one of the nodes of the database cluster goes down, the time machine associated with the source database needs to able to continue taking backups of the source database from another node of the database cluster. Thus, the time machine of a source database that is part of a database cluster also needs to be highly available.

To make the time machine highly available in a database cluster, at least one of the nodes associated with the database cluster may be designated as a primary node (also referred to herein as master node or leader node depending upon the database engine) and the remaining nodes may be considered standby nodes (also referred to herein as secondary nodes or replica nodes or slave nodes or follower node depending upon the database engine). For example, in FIG. **4**A, the time machine **400** may be highly available and may be configured to create backups of a database cluster **405**. The database cluster **405** may include a primary node **410** and standby nodes **415** and **420**. Thus, a source database that forms the database cluster **405** has three copies—one copy on each of the primary node **410** and the standby nodes **415** and **420**.

Although the database cluster **405** is shown as having two standby nodes, in other embodiments, the database cluster may have greater than or fewer than two standby nodes. Additionally, in some embodiments, it may be preferable to have a single primary node (e.g., the primary node **410**), while in other embodiments, the database cluster **405** may have multiple primary nodes. Further, the primary node **410** and the standby nodes **415** and **420** may be part of the same cluster (e.g., the cluster **100**) or part of different clusters. In some embodiments, one or more of the primary node **410** and the standby nodes **415** and **420** may be analogous to one of the first node **105**, the second node **110**, or the third node **115** of FIG. **1**. In other embodiments, one or more of the primary node **410** and the standby nodes **415**, **420** may be part of the same node and different virtual machines on that node. In such cases, one or more of the primary node **410** and the standby nodes **415**, **420** may be analogous to one of the database VMs **120**, the database VMs **135**, or the database VMs **150**. In some embodiments and depending upon the database engine (e.g., Oracle RAC), the database cluster **405** may have nodes that are all treated equally. In other words, in such database clusters, all nodes may be primary nodes or all nodes may be secondary nodes.

When the primary node **410** fails, one of the standby nodes **415** or **420** may assume the role of the primary node, as shown in FIG. **4**B. A node may be considered "primary" based upon a "state" of the node or other designated criteria. In some embodiments, the database controller **205** may select (e.g., elect) a primary node. For example, in some embodiments, the database controller **205** may designate (e.g., based upon selection by a user or other criteria) one of the nodes in the database cluster **405** as the primary node **410** during the provisioning of the source database and/or during converting the source database into a highly available source database. When the designated primary node (e.g., the primary node **410**) fails, the database controller **205** automatically selects (e.g., elects) a new primary node based upon the primary node selecting criteria programmed therein. In some embodiments, each node in a database cluster **405** may be configured to assume either primary or standby statuses. Once at least one node in the database cluster **405** is determined to be a primary node (e.g., the

US 11,640,340 B2

25                                              26

primary node **410**), the other nodes in the database cluster may be automatically designated as standby nodes (e.g., the standby nodes **415** and **420**).

Additionally, in some embodiments, regular operations may be performed on the copy of the source database that is located on the primary node **410**. However, when operations (e.g., read, write) are performed on the source database located on the primary node **410**, the copies of the source database on the standby nodes **415** and **420** need to be updated to reflect the modifications on the source database on the primary node to maintain continuity of operation from the standby nodes in case the primary node becomes unavailable. To update the standby nodes **415** or **420**, synchronous or asynchronous policies may be used. With a synchronous policy, the standby nodes **415** and **420** may be updated simultaneously or substantially simultaneously when an update occurs on the source database on the primary node **410**. With an asynchronous policy, changes to the source database on the primary node **410** may be carried over to the standby nodes **415** and **420** in batches at predetermined time intervals.

In some embodiments, when a current primary node (e.g., the primary node **410**) fails and the database controller **205** has to designate a new primary node, the database controller may determine which of the standby nodes (e.g., the standby nodes **415**, **420**) in the database cluster **405** have a synchronous policy. Since nodes having a synchronous policy are more likely to reflect the current state of the failed primary node (e.g., the primary node **410**), in some embodiments, the database controller **205** may select the new primary node from the standby nodes (e.g., the standby nodes **415**, **420**) that have a synchronous policy. In other embodiments, the database controller **205** may use other criteria to select a new primary node. In some embodiments, the user may define an order in which the nodes in the database cluster **405** are to be designated the primary node.

Further, to keep the database cluster **405** highly available, the highly available time machine **400** needs to create backups of the source database associated with the database cluster **405**. However, since each of the primary node **410** and the standby nodes **415** and **420** have the same copy of the source database, it may be redundant to create backups from each of those nodes when all of the nodes are operating normally without any failures. Thus, in some embodiments, the highly available time machine **400** may be configured to take backups from either the primary node **410** or the standby nodes **415** or **420**. To take backups of the source database, the highly available time machine **400** may be configured (e.g., via the user interface **300**) with an SLA (e.g., the SLA **315**) and a protection schedule (e.g., the protection schedule **320**). Based on the SLA and the protection schedule, the highly available time machine **400** may then capture snapshots and transactional logs from the copy of the source database that is on the primary node **410** or the standby nodes **415**, **420**.

In some embodiments, the highly available time machine **400** may be configured to capture backups (e.g., snapshots and transactional logs) from the node that is designated as an Era Active node (also referred to herein as an EA node or active node). For example, in FIG. **4**A, the primary node **410** is shown as being designated the EA node. Thus, the highly available time machine **400** may capture backups from the primary node **410** since that node is designated the EA node. In other embodiments, one of the standby nodes **415** or **420** may be designated as the EA node. A user defined policy may determine which node in the database cluster **405** is designated as the EA node, as discussed further below. When

the EA node fails, the highly available time machine **400** automatically switches over to another node in the database cluster **405** to capture backups from. For example, and as shown in FIG. **4**B, when the primary node **410** fails, the standby node **415** is designated as the new primary node. The standby node **415** is also designated as the new EA node. Thus, when the primary node **410** fails, the highly available time machine **400** starts capturing backups from the standby node **415** since that node is now the EA node. Thus, when one EA node becomes unavailable, the highly available time machine **400** automatically switches to another EA node to capture backups from. Although in FIGS. **4**A and **4**B, the primary node (e.g., the primary node **410** or the standby node **415** designated as the new primary node when the original primary node fails) is shown as being as the EA nodes, as discussed below, in some embodiments, the EA node may be selected from a standby node as well.

In some embodiments, in addition to determining which node in the database cluster **405** is the primary node **410** and which nodes are the standby nodes **415** and **420**, the database controller also determines the EA node. The highly available time machine **400** is configured to keep track of which node in the database cluster **405** is the EA node. In some embodiments, the database controller **205** may be configured to designate a node in the database cluster **405** as an EA node based upon a user defined policy. In some embodiments, the highly available time machine **400** may be configured to review the metadata of each of the primary node **410** and the standby nodes **415**, **420** to identify the EA node. In other embodiments, the database controller **205** may inform the highly available time machine **400** of the EA node. In yet other embodiments, the highly available time machine **400** may use other mechanisms to identify the EA node. Thus, the highly available time machine **400** may be configured to track the EA node and capture backups from the EA node.

Once a user defines the user defined policy, the highly available time machine **400** continues to capture backups based upon the user policy without the user needing to worry about node failure and backup capture. The user defined policy may define the number and location of nodes in the database cluster **405**, the states of the nodes that designate a node as a primary node or a standby node, and a switch over policy to designate EA nodes. The user defined policy is also referred to herein as "Era Active Policy" or "EA policy."

Specifically, in some embodiments, a user may define the EA policy when the source database is being provisioned and/or when the source database is being converted into a highly available source database. In the EA policy, the user may define the number of nodes that are needed in the database cluster **405** depending upon the number of copies of the source database that the user desires to keep the source database highly available. For example, the user may define the database cluster **405** as having three nodes. The user may also define the location of each of those nodes. Further, the user may specify preferences or "roles" for each of those nodes. By defining the roles of each of the nodes, the user may define "states" or conditions that enable the database controller **205** to designate a node as a primary node or a standby node. In some embodiments, the EA policy may designate an initial primary node. In some embodiments, the EA policy may also provide conditions/criteria to designate a new primary node if the current primary node fails.

Moreover, the EA policy may define a switch over policy such that when one EA node fails, another node in the database cluster **405** may be designated as the EA node to allow the highly available time machine **400** to switch over

US 11,640,340 B2

27

to capturing backups from the new EA node in the database cluster **405**. For example, in some embodiments, the user may define a primary-only EA policy, a secondary-only EA policy, a prefer-primary EA policy, a prefer-secondary EA policy, or "Any" EA policy to determine the switch over policy.

A primary-only EA policy defines that the next eligible EA node is to be selected from a primary node (e.g., the primary node **410**) and not a standby node. Thus, a primary node can only be designated as the next eligible EA node with a primary-only EA policy. When the current EA node becomes unavailable, the database controller **205** may designate another primary node as the next EA node. For example, if the currently designated primary node (e.g., the primary node **410**) is the current EA node, when that primary node fails, the database controller designates another node (e.g., one of the standby nodes **415** or **420**) as the new primary node. The database controller **205** may designate that new primary node as the next EA node and the highly available time machine **400** may automatically switch over to capturing backups from the newly designated primary node. Thus, the highly available time machine **400** may wait for a new node to be designated as the primary node for capturing snapshots and transactional logs. If all the nodes of the database cluster **405** become unavailable and there are no nodes remaining to be designated the primary node, the highly available time machine **400** may wait until either one of the nodes comes back and is designated the primary node and/or may issue an error notification.

A secondary-only EA policy defines that the next eligible EA node is to be a standby node and not a primary node. When the current EA node fails, the database controller **205** may designate another secondary node in the database cluster as the next EA node. Thus, the highly available time machine **400** captures snapshots and transactional logs only from one of the standby nodes (e.g., the standby nodes **415** or **420**) and not from the primary node. For example, say the highly available time machine **400** is capturing backups from the standby node **415** under a secondary-only EA policy. If the primary node **410** becomes unavailable and the standby node **415** is designated as the new primary node, the database controller **205** cannot continue capturing backups from the standby node **415** without being in violation of the secondary-only EA policy. Thus, the database controller **2095** may be required to select a new EA node. If no standby nodes are available to assume the role of the EA node, the highly available time machine **400** waits until either one of the standby nodes comes back online and/or may issue an error notification.

The prefer-primary EA policy and prefer-secondary EA policy allow the highly available time machine **400** more flexibility in determining which node to capture snapshots and transactional logs from. For example, with the prefer-primary EA policy, the user may define that the database controller **205** may pick any of the available nodes as the next EA node. However, if a primary node (e.g., the primary node **410**) is available, the database controller **205** is to pick the primary node as the next EA node. Thus, in such cases, if no primary node is available in the database cluster **405** to capture backups from, the database controller **205** may designate a standby node (e.g., the standby nodes **415** or **420**) as the next EA node. If all the nodes of the database cluster **405** fail and there are no nodes remaining to be designated as the primary node or a standby node, the highly available time machine **400** may wait until either one of the nodes comes back and is designated the primary node or the standby node and/or may issue an error notification.

28

With a prefer-secondary EA policy, the user may define that the database controller **205** may pick any of the available nodes as the next EA node. However, if a standby node (e.g., the standby nodes **415**, **420**) is available, the database controller **205** is to pick the standby node as the next EA node. Thus, as long as either a primary node or a secondary node is available in the database cluster **405**, the highly available time machine **400** may continue to capture snapshots and transactional logs similar to the prefer-primary EA policy.

In sum, with the primary-only EA policy, the highly available time machine **400** may continue to capture snapshots and transactional logs so long as there is a primary node available in the database cluster **405**. With the secondary-only EA policy, the highly available time machine **400** may continue to capture snapshots and transactional logs so long as there is a standby node available in the database cluster **405**. With the prefer-primary EA policy or the prefer-secondary EA policy, the highly available time machine **400** may continue to capture snapshots and transactional logs so long as there is at least one primary node or at least one standby node available in the database cluster **405** with preference being given to the primary node and the standby node, respectively.

Additionally, in some embodiments, the user may define the "Any" EA policy. With this policy, the database controller **205** may select any node in the database cluster **405** as the next EA node. Thus, with the "Any" EA policy, the highly available time machine **400** may continue to capture snapshots and transactional logs so long as there is at least one node available in the database cluster **405** regardless of the primary or standby designation.

In some embodiments, the "Any" policy may be used for database clusters in which all nodes are treated equally (e.g., for Oracle RAC clusters). When all nodes in the database cluster **405** are treated equally and there is no distinction between a primary node and a secondary node, read write operations may be performed on each node. In some embodiments, such a database cluster may include a shared storage that allows all the nodes to access data from other nodes. Without distinct designations of primary and secondary, in such database clusters, primary-only EA policy, the secondary-only EA policy, the prefer-primary EA policy may not apply. Thus, in database clusters that treat all nodes equally, the "Any" EA policy may be used.

In some embodiments, the user may select a default EA policy or not specify any EA policy in which case the default EA policy may be used. With the default EA policy, the database controller **205** may specify the EA policy to use (e.g., the primary-only EA policy, the secondary-only EA policy, the prefer-primary EA policy, the prefer-secondary EA policy, or the "Any" EA policy) based upon the database engine of the source database. For example, in some embodiments, for a source database having the Oracle database engine, the database controller **205** may specify the "Any" policy as the default EA policy, for a source database having the Postgres database engine, the database controller may specify the primary-only as the default EA policy, for a source database having the SQLServer database engine or the Oracle RAC database engine, the database controller may specify the "Any" EA policy as the default EA policy, and so on. It is to be understood that the default EA policies for the database engines mentioned above are only an example and not intended to be limiting in any way.

Thus, by virtue of defining the switch over policy in the EA policy for the database cluster **405**, the EA policy provides a seamless user experience by hiding the underly-

ing complexities of capturing backups from the user in case of failure conditions. When a node in the database cluster **450** from which the highly available time machine **400** is creating backups from goes down, the highly available time machine **400** seamlessly and intelligently switches to capturing backups from another node in the database cluster without any user involvement or input. Based upon the EA policy, so long as there is at least one node available from which the highly available time machine **400** may continue to capture backups from, no errors are issued. Even when no nodes are available to capture backups from, in some embodiments, the highly available time machine **400** may be configured to wait for a designated amount of time in case at least one of the nodes comes back up again. Only after the designated amount of time has passed and no node has come back up for the highly available time machine **400** to capture backups from is when the highly available time machine issues an error notification. Thus, the highly available time machine **400** greatly improves user experience while protecting a highly available source database in a reliable manner.

The switch over policies above may be considered "static" policies. An example of a static switch over EA policy may be as follows:

```
{
    "driverDriven": <boolean>,
    "staticEaPolicy": {
        "any": <boolean>,
        "primaryOnly": <boolean>,
        "secondaryOnly": <boolean>,
        "preferSecondary": <boolean>,
        "preferPrimary": <boolean>
    }
}
```

It is to be understood that the switch over EA policy above is only an example and not intended to be limiting in any way. In some embodiments, different variable names may be used for the variables "driverDriven," "any," "primaryOnly," "secondaryOnly," "preferSecondary," and "preferPrimary". Further, the policy above is only a portion of the overall EA policy. The example above only describes the switch over policy portion of the overall EA policy. In the EA policy above, each of the variables, "driverDriven," "any," "primaryOnly," "secondaryOnly," "preferSecondary," and "preferPrimary" may assume Boolean values (e.g., True or False). The "any" variable may correspond to the "Any" EA policy, the "primaryOnly" variable may correspond to the primary-only EA policy, the "secondaryOnly" variable may correspond to the secondary-only EA policy, the "preferSecondary" variable may correspond to the prefer-secondary EA policy and the "preferPrimary" variable may correspond to the prefer-primary EA policy.

In some embodiments, the user may specify a Boolean value of "true" for the EA policy that the user wishes to use for the highly available time machine **400**. For example, in some embodiments, the user may define the EA policy as follows;

```
{
    "driverDriven": false,
    "staticEaPolicy": {
        "any": false,
        "primaryOnly": false,
        "secondaryOnly": true,
        "preferSecondary": false,
```

-continued



```
        "preferPrimary": false
    }
}
```

Thus, in the example above, since the variable "preferSecondary" is set to "true," the user has selected the prefer-secondary EA policy for the highly available time machine **400**.

The "driverDriven" variable determines whether a driver associated with the database controller **205** and the highly available time machine **400** notifies the database controller which node in the database cluster **405** is the primary node **410** and from which node to capture the backups from. For example, if the "driverDriven" variable is "true," the user need not define Boolean values for the "any," "primaryOnly," "secondaryOnly," "preferSecondary," and "preferPrimary" variables above and the driver associated with the database controller **205** informs the database controller which node is the EA node from which node the highly available time machine **400** needs to capture backups from. If the "driverDriven" variable is "false," the database controller **205** determines the EA node based upon the values specified in the "any," "primaryOnly," "secondaryOnly," "preferSecondary," and "preferPrimary" variables or if all the values are false, then assigns a default EA policy.

In some embodiments, the EA policy may specify additional priority specifications. For example, a user may select a database cluster having nodes A, B, C, D, and E in which node A is the primary node and nodes B, C, D, and E are standby nodes. With a prefer-secondary EA policy, for example, any of the nodes B, C, D, or E may be designated the EA node and the highly available time machine **400** may take backups from any of the nodes B, C, D, and E. In some embodiments, the database controller **205** may randomly designate one of the nodes B, C, D, and E as the EA node. In other embodiments, the EA policy may define a priority or order of the nodes B, C, D, and E in which the database controller **205** is to designate EA nodes. In some embodiments, the priority (e.g., weight) may assume an integer value, for example, an integer value between 0 and 100. In other embodiments, the priority may assume other values and/or formats.

When integer values are used, in some embodiments, higher the integer value of a node, higher is the priority or weight of that node. A higher priority or higher weight means that the database controller **205** designates the higher priority node as the EA node before designating a lower priority node as the EA node. For example, if the nodes B, C, D, and E have priorities defined as 0, 10, 20, and 50 respectively, then node E has the highest priority followed by nodes D, C, and B. Thus, node B has the lowest priority. Thus, the database controller **205** designates the highest priority node E as the EA node. When the node E fails, the database controller **205** designates node D as the EA node, which has the next highest priority. When the node D fails, the database controller **205** designates node C as the EA node and when the node C fails, the database controller designates node B as the EA node.

Thus, in some embodiments, integer value 0 may specify a lowest priority and an integer value of 100 may specify a highest priority. In other embodiments, integer value 0 may specify a highest priority and an integer value of 100 may specify a lowest priority. In some embodiments, the user may specify the priority (e.g., at the time of creating the EA policy), while in other embodiments, the database controller

US 11,640,340 B2

31

205 may assign a default priority based on predetermined and preprogrammed criteria to each node in the database cluster **405**. In some embodiments, if the user does not specify a priority, the database controller **205** may assign the same integer value to all the standby nodes (e.g., 0, 100, etc.), in which case the database controller **205** may randomly select the EA node.

In some embodiments, the primary node may also be assigned a priority. For example, if the primary node (e.g., node A in the example above) fails, the priority may decide which node is to be designated as the new primary node. If the original primary node (e.g., node A) comes back up again later, node A may now assume a standby node status. The priority assigned to node A may then be used along with the priorities of the other nodes to determine the next primary node and/or the next EA node.

It is to be understood that although the priority above is explained with respect to a prefer-secondary EA policy, the priorities may be used with any of the EA policies described above such that the priority may be used by the database controller **205** to determine the next EA node. Thus, priorities may be assigned to one or more standby nodes and one or more primary nodes to determine the next EA node.

An example portion of the EA policy showing the priority is shown below:

```
"dynamicEaPolicy": [
    {
        "dbserverId": "dbserver-id-string-1",
        "backupPriority": <integer (0 to 100)>,
    },
    {
        "dbserverId": "dbserver-id-string-2",
        "backupPriority": <integer (0 to 100)>,
    }
]
```

In the example above, "dbserver-id-string-1" and "dbserver-id-string-2" identify a particular node (e.g., the primary node **410**, the standby nodes **415**, **420**, etc.) in a database cluster (e.g., the database cluster **405**) to which a priority is to be assigned. The variable "backupPriority" defines the priority that is assigned to the node identified by the "dbserver-id-string-1" or "dbserver-id-string-2". The value of the priority is defined by the "<integer (0 to 100)>" in the example above. It is to be understood that the EA policy above is only an example and a portion of the overall EA policy. Further, the names of the variables used above may vary in other embodiments.

In some embodiments, instead of assigning a priority to each of the nodes (e.g., the nodes A, B, C, D, and E in the example above), priorities may be assigned to a subset of the nodes (e.g., the nodes A, B, C, D, and E in the example above). For example, in some embodiments, the user may wish to capture backups only from nodes B and C and never from nodes D and E. Thus, in such cases, the user may define a priority for nodes B and C that is a positive integer value (e.g., a value between 0 and 100). However, for nodes D and E, the user may define a priority having a negative value (e.g., −1). The database controller **205** may be programmed to skip nodes having a negative priority value in determining the next EA node. Thus, when the database controller **205** sees a negative value against the nodes D and E, the database controller may skip those nodes in determining the next EA node and only consider the nodes B and C.

Similarly, in some embodiments, if the database cluster **405** spans across multiple clusters (e.g., clusters X and Y)

32

and the user wishes to only capture backups from a particular one or more clusters (e.g., cluster X), the user may configure the EA policy such that nodes in the cluster(s) from which backups may be captured from have positive integer value priorities and nodes in the cluster(s) from which backups cannot be captured from have negative integer value priorities. Thus, the EA policy may be configured in a variety of ways to suit a user's needs.

Turning now to FIG. **5**, an example flowchart outlining a process **500** is shown, in accordance with some embodiments of the present disclosure. The process **500** may include additional or other operations depending upon the embodiment. The process **500** may be performed by the database controller **205**, and particularly the highly available time machine **400** of the database controller, to protect a source database. Thus, the process **500** starts at operation **505** with the configuration of a database cluster (e.g., the database cluster **405**). In some embodiments, the database cluster **405** may be configured during the provisioning of the source database. In other embodiments, the database cluster **405** may be configured for an existing source database (e.g., after the provisioning of the source database). By configuring the database cluster **405**, a user may define (e.g., in the EA policy), the number of nodes in the database cluster, the identity (e.g., location) of the nodes in the database cluster, the initial primary node, any criteria to designate additional primary nodes when the initial primary node fails, the switch over policy, priority of selecting the next EA node, and any/or other details that may be desired or needed.

Upon receiving the EA policy, the database controller **205** may configure the database cluster **405** based upon the EA policy. Additionally, based upon the EA policy, the database controller **205** may designates one node from the database cluster as the primary node (e.g., the primary node **410**) and the remaining nodes as the standby nodes (e.g., the standby nodes **415**, **420**) at operation **510**. In some embodiments, the user may not define which node to designate as the initial primary node. In such embodiments, the database controller **205** may select (e.g., elect) a node from the database cluster **405** and designate that node as the initial primary node. In some embodiments, the database controller **205** may be configured with criteria to enable the database controller to select the initial primary node. In some embodiments, the database controller **205** may also be configured with criteria to select (e.g., elect) the next primary node when the initial primary node fails. Thus, when the initial primary node (e.g., the primary node **410**) fails, the database controller **205** selects and designates another node (e.g., the standby node **415**) from the database cluster **405** as the new primary node. If the initial primary node (e.g., the primary node **410**) comes back up after failing, the initial primary node assumes the status of a standby node and the newly designated primary node (e.g., the standby node **415**) continues as the primary node.

Therefore, in some embodiments, the database controller **205** manages the database cluster **405** such that the database cluster has at least one primary node and one or more standby nodes. In addition, at operation **515**, the database controller **205** designates one of the nodes in the database cluster **405** as the initial EA node (e.g., initial active node). The initial EA node is the node in the database cluster **405** from which the highly available time machine **400** captures snapshots and transactional logs (e.g., backups) from. The highly available time machine **400**, thus, tracks the database cluster **405**, and particularly, the EA node in the database cluster. In some embodiments, the database controller **205** designates the EA node based upon the EA policy. In other

US 11,640,340 B2

33

34

embodiments, and particularly, if no switch over policy is defined in the EA policy for designating EA nodes, the database controller **205** may be configured to select a default switch over policy. Thus, based on the switch over policy, the database controller **205** designates the EA node.

For example, if the switch over policy is the primary-only EA policy or the prefer-primary EA policy, the database controller **205** designates the primary node selected at the operation **510** as the initial EA node. If the switch over policy is the secondary-only EA policy or the prefer-secondary EA policy, the database controller **205** selects one of the standby nodes as the initial EA node. For the secondary-only EA policy or the prefer-secondary EA policy, if the EA policy defines a priority for the standby nodes, the database controller **205** may select the highest priority standby node as the initial EA node. If the switch policy is the "Any" EA policy, the database controller **205** may select any one node from the nodes of the database cluster **405** as the initial EA node. The database controller **205** may consider any priorities assigned to the nodes in designating the EA node such that the highest priority node is the initial EA node. Thus, at the operation **515**, the database controller **205** designates one node from the database cluster **405** as the initial EA node.

Upon designating the initial EA node, the highly available time machine **400** captures backups from the initial EA node. At operation **520**, the database controller **205** determines if the initial EA node has become unavailable requiring an election of a new EA node. In some embodiments, the initial EA node may become "unavailable" for a variety of reasons. For example, in some embodiments, the initial EA node may not be able to serve as an EA node if communication between the database controller **205** and the initial EA node is hindered. For example, in some embodiments, each node in the database cluster **405** may have installed thereon a daemon program that allows the database controller **205** to communicate with that node. If the daemon of the initial EA node becomes unreachable, the database controller **205** may be unable to communicate with the initial EA node. When the database controller **205** is unable to communicate with the initial EA node, the database controller may deem the initial EA node as "unavailable."

In some embodiments, the database server (e.g., the source database virtual machine) on which the initial EA node resides may go down. For example, in some embodiments, the database server virtual machine may be powered off, deleted, or its settings changed, preventing the virtual machine from communicating with the database controller **205**. In such instances, the database controller **205** may be unable to access the copy of the source database on the initial EA node for performing backups. In such cases, the database controller **205** may deem the initial EA node as "unavailable." In some embodiments, the communication channel (e.g., database service) between the database controller **205** and the initial EA node may itself may fail. Such instances may also lead the database controller **205** to consider the initial EA node as "unavailable." In some embodiments, the initial EA node may be able to normally communicate with the database controller **205**, however, the current role of the initial EA node may change. For example, in some embodiments, if the switch over policy is the secondary-only EA policy such that Node A is the primary node and standby node B is the initial EA node, and Node A fails leading to Node B being designated as the new primary node, then node B may no longer serve as the EA node. Specifically, since the secondary-only policy defines that the EA node has to be a standby node and Node B is now

the primary node, the database controller **205** needs to select the next EA node. In such cases, the database controller **205** may designate the initial EA node as "unavailable." In other embodiments, other or additional conditions may lead the database controller **205** to designate the initial EA node as "unavailable." Thus, the initial EA node may be considered "unavailable" in instances where the database controller **205** is unable to communicate normally with the initial EA node or the role of the initial EA node changes such that the node can no longer serve as an EA node.

Thus, the database controller **205** may need to select the next EA node for a variety of reasons. If, at the operation **520**, the database controller **205** determines that a new EA node is needed, then at operation **525**, the database controller selects the next EA node based upon the switch over policy and the priorities of the nodes defined in the EA policy. For example, in some embodiments, the database controller **205** may first determine if the "driverDriven" variable is set to "true" or "false." If the "driverDrivern" variable is set to "true," the database controller **205** does not elect the next EA node. Rather, the driver associated with the database controller **205** assigns the next EA node. On the other hand, if the "driverDriven" variable is set to "false," then the database controller **205** selects the next EA node based upon the variables "any," "primaryOnly," "secondaryOnly," "preferSecondary," and "preferPrimary" in the switch over portion of the EA policy.

Upon selecting the next EA active, the highly available time machine **400** may resume capturing backups (e.g., snapshots and transactional logs) from the next EA node. In some embodiments, the highly available time machine **400** may maintain a continuity of capturing backups even during a switch over. For example, say the highly available time machine **400** captured a snapshot at time A from the initial EA node and was scheduled to capture a transactional log from the initial EA node at time B, and the initial EA node becomes unavailable between times A and B. When the next EA node is selected at the operation **525**, the highly available time machine **400** may start with the capturing of a transactional log at time B from the next EA node, thereby maintaining a continuity of backups, which in turn may ensure that cloned databases may continue to be created at any desired point in time. The process **500** then ends at operation **530**.

On the other hand, if at the operation **520**, the database controller **205** determines that the initial EA node is still available, then the database controller does not assign the next EA node and the highly available time machine **400** continues to capture the backups from the initial EA node. The process **500** ends at the operation **530**. In some embodiments, the process **500** may be run continuously or periodically when certain criteria are satisfied. For example, in some embodiments, the database controller **205** may run the process **500** each time a snapshot capturing operation is issued by the highly available time machine **400** to the EA node to capture a backup of the source database from the EA node. In other embodiments, other defined criteria may be used.

Referring now to FIG. **6**, another flowchart outlining operations of a process **600** is shown, in accordance with some embodiments of the present disclosure. The process **600** describes the operation **520** of FIG. **5** in greater detail. The process **600** may include additional or other operations depending upon the embodiment. The process **600** may be performed by the database controller **205**, and particularly the highly available time machine **400** of the database controller, to implement the switch over policy of the EA

US 11,640,340 B2

35                                        36

nodes. Thus, upon starting at operation **605**, the database controller **205** determines if any node in the database cluster (e.g., the database cluster **405**) is the initial EA node at operation **610**. In some embodiments, the database controller **205** may retrieve metadata (e.g., EA property in FIG. **6**) associated with the database cluster (e.g., the database cluster **405**). If an EA node is currently designated, the metadata may identify the node of the database cluster that has been designated as the initial EA node. In some embodiments, the database controller **205** may also review the EA policy to determine the criteria for designating EA nodes. In some embodiments, an EA node may not be designated in the database cluster if, for example, none of the nodes satisfy the criteria in the switch over policy portion of the EA policy for designating EA nodes. For example, if the switch over policy is secondary-only and there are no secondary nodes in the database cluster, there may not be an EA node designated in that database cluster. As another example, if all of the nodes in the database cluster are unavailable, the database cluster may not have any currently designated EA node. There may be other reasons why the database cluster may not have a currently designated EA node. Thus, upon reviewing the metadata retrieved at the operation **610**, the database controller **205** determines, at operation **615**, if the database cluster has a currently designated EA node (e.g., initial EA node).

If the database controller **205** does not find any initial EA node at the operation **615**, the process **600** proceeds to operation **620** where the database controller **205** reports an error and/or possibly raises an alert alerting a user that there is no EA node. Without a designated EA node, the highly available time machine **400** does not know which node to create backups from. Thus, the database controller **205** pauses the highly available time machine **400** until an EA node is designated in the database cluster. The database controller **205** may take other or additional actions at the operation **620** if no EA node is found at the operation **615**. As discussed below, the operation **620** may be reached from other operations of the process **600** as well when a node unavailability scenario (e.g., an EA node is unavailable, all the nodes in the database cluster are unavailable, etc.) is detected.

For example, consider a scenario when an EA node (e.g., the initial EA node) is unavailable. In such cases, the database controller **205** may select a new EA node (e.g., the next EA node) and attempt to run the highly available time machine **400** against the next EA node to capture backups. In some embodiments, the database controller **205** may be unable to select the next EA node (e.g., because all the nodes in the database cluster are down, etc.). In such instances, the database controller **205** may put the highly available time machine **400** in a halted state and raise an alert to the user at the operation **620**. Upon receiving the alert, the user may intervene and resolve the problem.

In addition, in some embodiments, the database controller **205** may continue to monitor the database cluster in case one or more nodes of the database cluster become available. For example, in some embodiments, the database controller **205** may send a periodic "discovery" request to one or more nodes in the database cluster to check if any node is available again. Upon finding an available node, the database controller **205** may determine, based upon the switch over policy, if that available node may be designated as the next EA node. If the available node is able to be designated as the next EA node, the database controller **205** may designate that node as the next EA node and the highly available time machine **400** may continue to capture back-

ups from the next EA node. Thus, depending upon the reason why the process **600** lands at the operation **620**, the database controller **205** may take corrective action.

On the other hand, if at the operation **615**, the database controller **205** does find a currently designated EA node (e.g., the initial EA node), the process **600** proceeds to operation **625**. At the operation **625**, the database controller **205** determines whether the initial EA node has an active "heartbeat." In other words, the database controller **205** determines whether communications between the initial EA node (e.g., the database server associated with the source database on the initial EA node) and the database controller **205** are occurring normally. As indicated above, in some cases, the initial EA node may become unavailable. For example, in some embodiments, the initial EA node may become unavailable if the database server virtual machine on the initial EA node on which the copy of the source database resides becomes unavailable or the database service (e.g., communication channel) between the database controller **205** and the database server is disrupted, or any other reason that prevents the database controller from normally communicating with the initial EA node.

Upon determining that the initial EA node does not have an active "heartbeat," or in other words, is unable to communicate properly with the database controller **205**, the database controller selects a new node from the database cluster to designate as the EA node (e.g., the next EA node) at operation **630**. In some embodiments, the database controller **205** may review the EA policy to determine the switch over policy. Based upon the switch over policy, the database controller **205** may select the next EA node. The operation **630** is analogous to the operation **525**. On the other hand, if at the operation **625**, the database controller **205** does find a "heartbeat" of the initial EA node, then the process **600** proceeds to operation **635** and designates (or confirms) that the initial EA node is the current EA node and that backups may continue to be generated from the initial EA node. The operations **610**, **615**, **625**, and **635** may be considered "pre-discovery" operations in which the database controller **205** is attempting to identify/confirm the currently designated EA node (e.g., the initial EA node).

At operation **640**, upon detecting the initial EA node and determining that the initial EA node is still available (e.g., has a heartbeat") and operating as an EA node, the database controller **205** sends work requests to the initial EA node. For example, the database controller **205** may receive a work request from a user to capture a snapshot (e.g., manual create snapshot request) of the source database. In some embodiments, this manual request may be separate from the backups (e.g., snapshots and transactional logs) that the highly available time machine **400** automatically captures from the initial EA node. In other embodiments, the database controller **205**, and particularly, the highly available time machine **400**, may send work requests to the initial EA node to automatically capture the snapshots and transactional logs based upon the SLA and protection schedule. Thus, the work requests may be user initiated or time machine initiated. At operation **645**, the database controller **205** determines if the initial EA node responds (e.g., picks up) to the work request within a designated amount of time (e.g., N minutes). By virtue of checking whether the work request is picked up by the initial EA node within the designated amount of time, the database controller **205** confirms that the initial EA node is still available and acting as an EA node when the work request is sent to the initial EA node. If the initial EA node does not respond (e.g., does not acknowledge the work request or does not respond to the work request) within the

US 11,640,340 B2

37 38

designated amount of time, the database controller **205** may assume that the initial EA node has become unavailable. The database controller **205** then proceeds to the operation **630** to select the next EA node if the initial EA node does not respond within the designated amount of time. If the initial EA node does respond to the work request at the operation **645** within the designated amount of time, at operation **650**, the initial EA node also confirms to the database controller **205** whether the initial EA node is still the designated EA node.

In some embodiments, the initial EA node may be available and pick up the work request of the operation **640**. However, the initial EA node may determine upon picking up the work request that the node is no longer an EA node. For example, in some embodiments, after the operation **645**, the database controller **205** (or another component of the database management system **200** (e.g., when the driver-Driven value of the EA policy is true)) may have selected another EA node. Alternatively, in some embodiments, the status of the initial EA node may have changed since the work request was sent. For example, if the node that receives the work request of the operation **640** is a secondary node and the switch over policy is a secondary-only policy, and if that node's designation changes from secondary to primary (e.g., due to the previous primary node becoming unavailable) after the operation **635**, that node can no longer serve as the initial EA node and still be in compliance with the switch over policy. In other embodiments, other events may cause the initial EA node to not be able to serve as an EA node. Thus, the status of the node designated as the initial EA node at the operation **635** may change by the time that node receives the work request of the operation **640**. However, since that node is still available (e.g., has a heartbeat), that node may still pick up the work request. The operation **650** may be considered a "runtime discovery" operation. Thus, at the operation **650**, the node that receives the work request of the operation **640** determines whether that node is still an EA node or not and notifies the database controller **205** of its current status.

If, at the operation **650**, the initial EA node confirms that the node is still an EA node, the process **600** proceeds to operation **655** where the initial EA node attempts to complete the work request (e.g., capture a snapshot of the source database). Upon successful completion of the work request, the process **600** ends at operation **660**. If the work request is not successfully completed at the operation **655**, the database controller **205** determines if the work request is to be retried at the initial EA node. If the work request is to be retried at the initial EA node, the process **600** proceeds to operation **670** where the initial EA node retries completing the work request. In some embodiments, the initial EA node may try to complete the work request a designated number of times. If the initial EA node is unable to complete the work request in the designated number of times, the database controller **205** determines that the initial EA node is unable to complete the work request and removes the title of the "EA node" from the initial EA node at the operation **670**. If, on the other hand, at the operation **665**, the database controller **205** determines that the initial EA node is to not retry the work request, the process **600** proceeds to the operation **620**.

In some embodiments, before removing the title of the "EA node" from the initial EA node at the operation **670**, the database controller **205** determines, at operation **675**, if the initial EA node was unable to complete the work request due to the database cluster being unavailable or for some other reason. The operation **675** is also reached from the operation **650** when the initial EA node does not detect itself as the initial EA node.

At the operation **675**, the database controller **205** determines if the database cluster is unavailable or if another problem is causing the initial EA node to be unresponsive. If the database controller **205** determines that the entire database cluster is down (e.g., unavailable) or there is another problem that is preventing the initial EA node from completing the work request of the operation **640**, the process **600** proceeds to the operation **620**. Otherwise, the database controller **205** selects the next EA node at the operation **630**. Upon selecting the next EA node, the database controller **205** may send the work request of the operation **640** to the next EA node.

In some embodiments, the database controller **205** may not select the next EA node if the initial EA node fails to complete the work request at the operation **645**. In other words, the database controller **205** may not remove the title of EA node from the initial EA node at the operation **670**. Rather, in some embodiments, the database controller **205** may decide that the issues with the initial EA node are likely temporary and do not need selection of a new EA node. In such cases, the database controller **205** may simply send the work request of the operation **640** to another node to complete while keeping the initial EA node as the current EA node. In some embodiments, the database controller **205** may perform the process **600** for each work request, at periodic intervals, and/or when other predetermined criteria is satisfied.

Referring still to FIG. **6**, various scenarios of how the database controller **205** may handle failover cases (e.g., where the initial EA node becomes unavailable) are now described. As indicated above, in some cases, the initial EA node may receive the work request from the database controller **205** at the operations **640** and **645**. Upon receiving the work request, the initial EA node may become unavailable. In such cases, if the work request has been picked up by the initial EA node (e.g., at the operation **645**) and then the initial EA node determines at the operation **650** that it is not an EA node anymore, the database controller **205** may have two options for completing the work request based upon the database engine of the source database.

A first choice may include the database controller **205** instructing the highly available time machine **400** to perform a log catch up operation (e.g., capture transactional logs) from the initial EA node (e.g., the node which picked up the work request at the operation **645**) and then exit from the work request (e.g., drop the work request) after the log catch up operation is completed at the initial EA node, and then select another EA node (e.g., the next EA node) at the operation **630**. The database controller **205** may then resume the dropped work request at the next EA node. A second choice may include exiting from the work request without performing the log catch up operation at the initial EA node, selecting the next EA node at the operation **630**, and performing the work request at the next EA node, including performing the log catch up operation at the next EA node. Thus, when the initial EA node becomes unavailable, the highly available time machine **400**, based upon the state of the failed-over source database or the database server, may take a new snapshot and perform the log catch up operation on the next EA node or perform a log catch up operation on the next EA node.

Now, consider a case where multiple work requests are pending. For example, in some embodiments, say a work request includes one or more snapshot requests (e.g., create

Case 5:24-cv-01729 Document 1-3 Filed 03/20/24 Page 38 of 41

snapshot requests) and/or one or more log catch up requests (e.g., log_catcup requests). In some embodiments, all of the multiple work requests (e.g., snapshot creation request 1 and snapshot creation request 2) may be sent to the initial EA node (e.g., Node A) at the operation **640**. In some embodiments, the snapshot requests are handled serially. In other words, the snapshot creation request 2 is handled after the snapshot creation request 1 is completed. Thus, when Node A (e.g., the initial EA node) is working on the snapshot creation request 1, the snapshot creation request 2 remains in the queue of Node A. In some embodiments, before or after Node A starts work on the snapshot creation request 1, the database controller **205** may determine that Node A is no longer the initial EA node (e.g., due to that node being unavailable). If Node A has already started working on snapshot creation request 1 when Node A either becomes unavailable or is no longer the EA node, the database controller **205** may implement one of the two choices described above. Further, the database controller **205** may abandon the snapshot creation request 2 at Node A and reassign the snapshot creation request 2 to the next EA node that is selected. If Node A becomes unavailable or is no longer an EA node even before Node A starts working on the snapshot creation request 1, the database controller **205** may abandon both the snapshot creation request 1 and the snapshot creation request 2. The database controller **205** may reassign these requests to the next EA node when selected.

Thus, the database controller **205** may be configured to maintain a continuity of highly available time machine's point in time recovery capability after an EA switch. Depending upon when the EA switch happens (e.g., when a new EA node is selected), the database controller **205** may intelligently decide whether to capture a snapshot only from the new EA node, capture only transactional logs from the new EA node, or capture both snapshot and transactional logs from the new EA node. In general, if the database controller **205** determines that the new EA node is not up to date with the old EA node (e.g., due to asynchronous replication), the database controller may instruct the highly available time machine to start backup by capturing a snapshot of the new EA node. If the database controller **205** determines that the new EA node is up to date with the old EA node (e.g., due to synchronous replication) and the last captured backup from the old EA node was a snapshot, the highly available time machine may start with capturing transactional logs from the new EA node, thereby picking up replication at the new EA node where the replication was left off at the old EA node. If the database controller **205** determines that the new EA node is up to date with the old EA node (e.g., due to synchronous replication) and the last captured backup from the old EA node was a transactional log, the highly available time machine may start with capturing either the next transactional log or a snapshot from the new EA node, again picking up replication at the new EA node where the replication was left off at the old EA node.

Additionally, in some embodiments, a single node may be hosting multiple databases. When that node fails, in some embodiments, the database controller **205** may be configured to switch over all databases on that node. Depending upon whether a particular database instance is a primary or as secondary, the switch over may occur in accordance with the switchover policy applicable to that particular database instance.

Referring now to FIG. **7**, an example block diagram showing how a highly available time machine **700** manages/ tracks multiple nodes of a highly available source database is shown, in accordance with some embodiments of the

present disclosure. The highly available time machine **700** is configured to create backups from a highly available source database that has multiple copies stored on multiple databases spread across multiple nodes of a single cluster or multiple clusters. A single instance of the highly available time machine may be used to manage all the nodes on which copies of the source database are located. For example, a database cluster (also referred to herein as a "clustered database") may include three database servers **705**, **710**, **715**. In some embodiments, each of the database servers **705**-**715** may be a source database virtual machine that resides on a separate node of a single cluster or multiple clusters. Each of the database servers **705**-**715** may host a copy of a source database. Thus, the source database may include a 3 node database cluster. Although three database servers are shown in FIG. **7**, in other embodiments, greater or fewer than three database servers may be present.

A database server physical cluster **720** may be configured to capture the clustering of the source database. In other words, the database server physical cluster **720** may be configured to track the identities and locations of the database servers **705**-**715**. In some embodiments, the database server physical cluster **720** may be configured as hardware, software, firmware, or combination thereof. The database server physical cluster **720** may then create one or more database server logical clusters using various combinations of the database servers **705**-**715**. Thus, the database servers **705**-**715** may be configured to host multiple source databases. For example, the database server physical cluster **720** may create a first database server logical cluster **725** with the database servers **705**-**715**, a second database server logical cluster **730** with the database servers **705** and **710**, a third database server logical cluster **735** with the database servers **705** and **715**, and so on.

Each of the database server logical clusters **725**-**735** may, in turn, host one or more source databases. For example, the first database server logical cluster **725** may host source databases **740A**-**740N**. Thus, copies of each of the source databases **740A**-**740N** may be stored on the database servers **705**-**715** since the first database server logical cluster **725** includes all of the database servers **705**-**715**. Similarly, although not shown, one or more source databases may be stored on the second database server logical cluster **730**, which may be stored on the database servers **705** and **710**. Likewise, one or more source databases may be stored on the third database server logical cluster **735**, which may be stored on the database servers **705** and **715**, and so on.

Each source database may be associated with a time machine. For example, the source database **740A** is shown as being associated with the highly available time machine **700**. Similarly, although not shown, each of the other source databases may be associated with an instance of the highly available time machine **700**. As discussed above, the highly available time machine **700** may be configured with an SLA **745**, similar to the SLA **315**, and a protection schedule **750** similar to the protection schedule **320**. Since the source database **740A** is part of the first database server logical cluster **725** having three database servers (e.g., the database servers **705**-**715**), the source database forms a database cluster of 3 nodes, as shown by nodes **755**, **760**, and **765**. Thus, each of the nodes **755**-**765** store a copy of the source database **740A**.

The highly available time machine **700** tracks all of the nodes **755**-**765** for creating backups of the source database **740A**, as discussed above. In some embodiments, each of the nodes **755**-**765** may include a protection domain **770**-**780**, respectively, that is associated with the highly available

41
42

time machine **700**. In some embodiments, the nodes **755-765** may share a single protection domain. The protection domains **770-780** may be configured to store the snapshots and transactional logs that are captured from the node associated with the protection domain. For example, the protection domain **770** may store snapshots **785**A captured of the source database from the node **755**, the protection domain **775** may store snapshots **785**B captured of the source database from the node **760**, and the protection domain **780** may store snapshots **785**C captured of the source database from the node **765**. Although not shown, those protection domains may also store the transactional logs captured from their respective nodes.

Thus, the present disclosure provides a mechanism to protect a highly available source database that is adaptive, resilient to failures, highly available, and flexible/configurable, while providing a seamless user experience.

It is to be understood that any examples used herein are simply for purposes of explanation and are not intended to be limiting in any way. It is also to be understood that any examples used herein are simply for purposes of explanation and are not intended to be limiting in any way. Further, although the present disclosure has been discussed with respect to memory usage, in other embodiments, the teachings of the present disclosure may be applied to adjust other resources, such as power, processing capacity, etc.

The herein described subject matter sometimes illustrates different components contained within, or connected with, different other components. It is to be understood that such depicted architectures are merely exemplary, and that in fact many other architectures can be implemented which achieve the same functionality. In a conceptual sense, any arrangement of components to achieve the same functionality is effectively "associated" such that the desired functionality is achieved. Hence, any two components herein combined to achieve a particular functionality can be seen as "associated with" each other such that the desired functionality is achieved, irrespective of architectures or intermedial components. Likewise, any two components so associated can also be viewed as being "operably connected," or "operably coupled," to each other to achieve the desired functionality, and any two components capable of being so associated can also be viewed as being "operably couplable," to each other to achieve the desired functionality. Specific examples of operably couplable include but are not limited to physically mateable and/or physically interacting components and/or wirelessly interactable and/or wirelessly interacting components and/or logically interacting and/or logically interactable components.

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (e.g., bodies of the appended claims) are generally intended as "open" terms (e.g., the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," etc.). It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding,

the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to inventions containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (e.g., "a" and/or "an" should typically be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should typically be interpreted to mean at least the recited number (e.g., the bare recitation of "two recitations," without other modifiers, typically means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, etc." is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (e.g., "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, etc.). In those instances where a convention analogous to "at least one of A, B, or C, etc." is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (e.g., "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, etc.). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B." Further, unless otherwise noted, the use of the words "approximate," "about," "around," "substantially," etc., mean plus or minus ten percent.

The foregoing description of illustrative embodiments has been presented for purposes of illustration and description. It is not intended to be exhaustive or limiting with respect to the precise form disclosed, and modifications and variations are possible in light of the above teachings or may be acquired from practice of the disclosed embodiments. It is intended that the scope of the invention be defined by the claims appended hereto and their equivalents.

What is claimed is:

**1**. A system comprising:

a processor executing computer-readable instructions stored on a memory to:

select one of a plurality of nodes as a primary node capable of storing a source database, the remaining ones of the plurality of nodes being a secondary node, each of the secondary node capable of storing a copy of the source database, wherein updates made to the source database on the primary node are able to be copied to the copy of the source database on the secondary node, and wherein in response to the primary node becoming unavailable, one of the secondary node is designated to become the primary node based on a first policy;

US 11,640,340 B2

43

44

designate a first node from the primary node or the secondary node as an initial active node;

capture one or more snapshots of the source database or the copy of the source database from the first node designated as the initial active node;

determine that the first node has become unavailable;

select, in response to the first node becoming unavailable and based on a user defined switch over policy, a second node from the primary node or the secondary node as a next active node, wherein the switch over policy defines a criteria for selecting the next active node from the plurality of nodes to capture the one or more snapshots from; and

capture the one or more snapshots of the source database or the copy of the source database from the second node in response to selecting the second node as the next active node.

**2.** The system of claim **1**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the primary node.

**3.** The system of claim **1**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the secondary node.

**4.** The system of claim **1**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the secondary node, or upon determining that none of the plurality of nodes are the secondary node, select the next active node from the plurality of nodes that is the primary node.

**5.** The system of claim **1**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the primary node, or upon determining that none of the plurality of nodes is the primary node, select the next active node from the plurality of nodes that is the secondary node.

**6.** The system of claim **1**, wherein the switch over policy defines a priority assigned to at least a subset of the plurality of nodes and wherein the processor further executes the computer-readable instructions to select the next active node based upon the priority.

**7.** A non-transitory computer-readable media comprising computer readable instructions stored thereon that when executed by a processor causes the processor to:

select one of a plurality of nodes as a primary node capable of storing a source database and the remaining ones of the plurality of nodes being a secondary node, each of the secondary node capable of storing a copy of the source database, wherein updates made to the source database on the primary node are able to be copied to the copy of the source database on the secondary node, and wherein in response to the primary node becoming unavailable, one of the secondary node is designated to become the primary node based on a first policy;

designate a first node from the primary node or the secondary node as an initial active node;

capture one or more snapshots of the source database or the copy of the source database from the first node designated as the initial active node;

determine that the first node has become unavailable;

select, in response to the first node becoming unavailable and based on a user defined switch over policy, a second node from the primary node or the secondary node as a next active node, wherein the switch over policy defines a criteria for selecting the next active node from the plurality of nodes to capture the one or more snapshots from; and

capture the one or more snapshots of the source database or the copy of the source database from the second node in response to selecting the second node as the next active node.

**8.** The non-transitory computer-readable media of claim **7**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the primary node.

**9.** The non-transitory computer-readable media of claim **7**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the secondary node.

**10.** The non-transitory computer-readable media of claim **7**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the secondary node, or upon determining that none of the plurality of nodes are the secondary node, select the next active node from the plurality of nodes that is the primary node.

**11.** The non-transitory computer-readable media of claim **7**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the primary node, or upon determining that none of the plurality of nodes is the primary node, select the next active node from the plurality of nodes that is the secondary node.

**12.** The non-transitory computer-readable media of claim **7**, wherein the switch over policy defines a priority assigned to at least a subset of the plurality of nodes and wherein the processor further executes the computer-readable instructions to select the next active node based upon the priority.

**13.** A method comprising:

selecting, by a processor executing computer-readable instructions stored on a memory, one of a plurality of nodes as a primary node capable of storing a source database and the remaining ones of the plurality of nodes being a secondary node, each of the secondary node capable of storing a copy of the source database, wherein updates made to the source database on the primary node are able to be copied to the copy of the source database on the secondary node, and wherein in response to the primary node becoming unavailable, one of the secondary node is designated to become the primary node based on a first policy;

designating, by the processor, a first node from the primary node or the secondary node as an initial active node;

capturing, by the processor, one or more snapshots of the source database or the copy of the source database from the first node designated as the initial active node;

determining, by the processor, that the first node has become unavailable;

selecting, by the processor, in response to the first node becoming unavailable and based on a user defined switch over policy, a second node from the primary node or the secondary node as a next active node, wherein the switch over policy defines a criteria for selecting the next active node from the plurality of nodes to capture the one or more snapshots from; and

capturing, by the processor, one or more snapshots of the source database or the copy of the source database from the second node in response to selecting the second node as the next active node.

**14.** The method of claim **13**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the primary node.

Case 5:24-cv-01729   Document 1-3   Filed 03/20/24   Page 41 of 41

US 11,640,340 B2

45

**15**. The method of claim **13**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the secondary node.

**16**. The method of claim **13**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the secondary node, or upon determining that none of the plurality of nodes are the secondary node, select the next active node from the plurality of nodes that is the primary node.

**17**. The method of claim **13**, wherein the switch over policy defines selection of the next active node from the plurality of nodes that is the primary node, or upon determining that none of the plurality of nodes is the primary node, select the next active node from the plurality of nodes that is the secondary node.

**18**. The method of claim **13**, wherein the switch over policy defines a priority assigned to at least a subset of the plurality of nodes and wherein the method further comprises selecting, by the processor, the next active node based upon the priority.

**19**. The system of claim **1**, wherein the plurality of nodes are distributed between a first cluster and a second cluster.

**20**. The system of claim **1**, wherein the switch over policy is defined during provisioning of the source database.

**21**. The system of claim **1**, wherein the source database on the primary node and the copy of the source database on the secondary node comprise a database cluster the source database.

**22**. The system of claim **21**, wherein the switch over policy is part of a user defined active policy defining a number of nodes in the plurality of nodes based on a number of copies of the source database that are desired, a location of the nodes, and one or more conditions for selecting a new primary node when a current primary node becomes unavailable.

46

**23**. The non-transitory computer-readable media of claim **7**, wherein the plurality of nodes are distributed between a first cluster and a second cluster.

**24**. The non-transitory computer-readable media of claim **7**, wherein the switch over policy is defined during provisioning of the source database.

**25**. The non-transitory computer-readable media of claim **7**, wherein the source database on the primary node and the copy of the source database on the secondary node comprise a database cluster.

**26**. The non-transitory computer-readable media of claim **25**, wherein the switch over policy is part of a user defined active policy defining a number of nodes in the plurality of nodes based on a number of copies of the source database that are desired, a location of the nodes, and one or more conditions for selecting a new primary node when a current primary node becomes unavailable.

**27**. The method of claim **13**, wherein the plurality of nodes are distributed between a first cluster and a second cluster.

**28**. The method of claim **13**, wherein the switch over policy is defined during provisioning of the source database.

**29**. The method of claim **13**, wherein the source database on the primary node and the copy of the source database on the secondary node comprise a database cluster.

**30**. The method of claim **29**, wherein the switch over policy is part of a user defined active policy defining a number of nodes in the plurality of nodes based on a number of copies of the source database that are desired, a location of the nodes, and one or more conditions for selecting a new primary node when a current primary node becomes unavailable.

\*   \*   \*   \*   \*