# Exhibit 4

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 2 of 65



US011860818B2

(12) **United States Patent**    (10) **Patent No.:**    **US 11,860,818 B2**
Kuchibhotla et al.    (45) **Date of Patent:**    **\*Jan. 2, 2024**

(54) **SYSTEM AND METHOD FOR PROVISIONING DATABASES IN A HYPERCONVERGED INFRASTRUCTURE SYSTEM**

(71) Applicant: **Nutanix, Inc.**, San Jose, CA (US)

(72) Inventors: **Balasubrahmanyam Kuchibhotla**, San Ramon, CA (US); **Kamaldeep Khanuja**, Dublin, CA (US); **Jeremy Launier**, San Jose, CA (US); **Sujit Menon**, San Jose, CA (US); **Maneesh Rawat**, San Jose, CA (US)

(73) Assignee: **Nutanix, Inc.**, San Jose, CA (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **18/113,528**

(22) Filed: **Feb. 23, 2023**

(65) **Prior Publication Data**

US 2023/0195691 A1    Jun. 22, 2023

**Related U.S. Application Data**

(63) Continuation of application No. 17/237,599, filed on Apr. 22, 2021, now Pat. No. 11,604,762, which is a

(Continued)

(51) **Int. Cl.**
*G06F 11/14*    (2006.01)
*G06F 16/11*    (2019.01)
*G06F 9/455*    (2018.01)

(52) **U.S. Cl.**
CPC ........ *G06F 16/128* (2019.01); *G06F 9/45558* (2013.01); *G06F 11/1461* (2013.01); *G06F 2009/45562* (2013.01)

(58) **Field of Classification Search**
CPC . G06F 16/128; G06F 9/45558; G06F 11/1461
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 625,315 A | 5/1899 | Bradford | |
| 749,117 A | 1/1904 | Wagner | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| CN | 104408071 A | 3/2015 | |
| CN | 105446828 A | 3/2016 | |

(Continued)

OTHER PUBLICATIONS

"Amazon RDS Now Supports Setting Up Connectivity Between Your RDS Database and EC2 Compute Instance in 1-Click", Amazon Web Services, https://aws.amazon.com/rds.

(Continued)

*Primary Examiner* — Eliyah S. Harper
(74) *Attorney, Agent, or Firm* — Foley & Lardner LLP

(57)    **ABSTRACT**

A system and method include receiving, by a database engine of a database system associated with a virtual computing system, a user request via a dashboard for provisioning a source database with the database system, receiving, by the database engine via the dashboard, selection of a database engine type, and receiving, by the database engine via the dashboard, selection of a Service Level Agreement ("SLA") and a protection schedule. The system and method also include provisioning, by the database engine, the source database based upon the database engine type, creating, by the database engine, an instance of a database protection system based upon the SLA and the protection schedule, including associating the instance of the database protection system with the source database, and displaying, by the database engine, the source database within the dashboard.

**36 Claims, 31 Drawing Sheets**



# US 11,860,818 B2
Page 2

## Related U.S. Application Data

continuation of application No. 16/234,553, filed on Dec. 27, 2018, now Pat. No. 11,010,336.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,594,859 | A | 1/1997 | Palmer et al. |
| 6,064,975 | A | 5/2000 | Moon et al. |
| 6,243,715 | B1 | 6/2001 | Bogantz et al. |
| D508,248 | S | 8/2005 | Ording |
| D521,521 | S | 5/2006 | Jewitt et al. |
| 7,225,189 | B1 | 5/2007 | McCormack et al. |
| 7,389,300 | B1 | 6/2008 | Shah et al. |
| 7,725,671 | B2 | 5/2010 | Prahlad et al. |
| D625,315 | S | 10/2010 | Jewitt et al. |
| 7,814,057 | B2 | 10/2010 | Kathuria et al. |
| 7,840,533 | B2 | 11/2010 | Prahlad et al. |
| 7,953,764 | B2 | 5/2011 | Baffier et al. |
| 8,117,165 | B1 | 2/2012 | Winckelmann et al. |
| D656,948 | S | 4/2012 | Kundsen et al. |
| 8,150,808 | B2 | 4/2012 | Zha et al. |
| 8,250,033 | B1 | 8/2012 | De Souter et al. |
| 8,291,409 | B2 | 10/2012 | Winner et al. |
| 8,364,648 | B1 | 1/2013 | Sim-Tang |
| 8,429,630 | B2 | 4/2013 | Nickolov et al. |
| 8,447,728 | B2 | 5/2013 | Prahlad et al. |
| 8,448,170 | B2 | 5/2013 | Wipfel et al. |
| D684,160 | S | 6/2013 | Truelove et al. |
| D684,161 | S | 6/2013 | Truelove et al. |
| 8,468,174 | B1 | 6/2013 | Yueh et al. |
| 8,549,518 | B1 | 10/2013 | Aron et al. |
| 8,601,473 | B1 | 12/2013 | Aron et al. |
| 8,612,396 | B1 | 12/2013 | McAlister et al. |
| 8,635,421 | B2 | 1/2014 | Gupta et al. |
| 8,677,085 | B2 | 3/2014 | Vaghani et al. |
| 8,762,335 | B2 | 6/2014 | Prahlad et al. |
| 8,769,537 | B1 * | 7/2014 | Ruggiero ................ G06F 9/46 |
| | | | 718/100 |
| 8,832,028 | B2 | 9/2014 | Susairaj et al. |
| 8,849,850 | B2 | 9/2014 | Baffier et al. |
| 8,850,130 | B1 | 9/2014 | Aron et al. |
| 8,863,124 | B1 | 10/2014 | Aron |
| 8,874,749 | B1 | 10/2014 | Vittal et al. |
| 8,914,567 | B2 | 12/2014 | Miroshnichenko et al. |
| 8,924,974 | B1 * | 12/2014 | Ruggiero ................ G06F 9/466 |
| | | | 718/101 |
| 8,972,347 | B1 | 3/2015 | Sim-Tang |
| 9,009,106 | B1 | 4/2015 | Aron et al. |
| 9,069,708 | B2 | 6/2015 | Gill et al. |
| D733,745 | S | 7/2015 | Huang |
| 9,116,737 | B2 | 8/2015 | Aswathanarayana et al. |
| 9,213,727 | B1 | 12/2015 | Esposito |
| 9,244,717 | B2 | 1/2016 | Pissay et al. |
| D749,117 | S | 2/2016 | Huang |
| 9,256,383 | B2 | 2/2016 | De Spiegeleer et al. |
| D753,135 | S | 4/2016 | Vazquez |
| D753,140 | S | 4/2016 | Kouvas et al. |
| 9,336,060 | B2 | 5/2016 | Nori et al. |
| 9,336,132 | B1 | 5/2016 | Aron et al. |
| 9,372,758 | B2 | 6/2016 | Ashutosh et al. |
| D761,288 | S | 7/2016 | Cianflone et al. |
| 9,384,254 | B2 * | 7/2016 | Tekade ................ G06F 11/1451 |
| 9,389,962 | B1 | 7/2016 | Yueh et al. |
| D763,890 | S | 8/2016 | Pan |
| 9,413,810 | B2 | 8/2016 | Rezvani et al. |
| 9,436,556 | B2 | 9/2016 | Siden et al. |
| D771,102 | S | 11/2016 | Protzman et al. |
| 9,495,435 | B2 | 11/2016 | Zhang et al. |
| 9,507,579 | B2 | 11/2016 | Gambardella et al. |
| 9,529,551 | B2 | 12/2016 | Kesavan et al. |
| D777,747 | S | 1/2017 | Derby et al. |
| D778,296 | S | 2/2017 | Belkin et al. |
| D779,514 | S | 2/2017 | Baris et al. |
| D781,887 | S | 3/2017 | Dziuba et al. |
| 9,600,193 | B2 | 3/2017 | Ahrens et al. |
| 9,639,429 | B2 | 5/2017 | Stewart et al. |
| 9,652,265 | B1 | 5/2017 | Narayanasamy et al. |
| 9,665,437 | B2 * | 5/2017 | Bhargava ........... G06F 11/1446 |
| D794,666 | S | 8/2017 | Havaldar et al. |
| D794,667 | S | 8/2017 | Havaldar et al. |
| 9,733,958 | B2 | 8/2017 | Cui et al. |
| 9,740,472 | B1 | 8/2017 | Sohi et al. |
| 9,740,723 | B2 | 8/2017 | Prahlad et al. |
| 9,747,287 | B1 | 8/2017 | Bhardwaj et al. |
| D797,116 | S | 9/2017 | Chapman et al. |
| 9,753,713 | B2 | 9/2017 | Mani et al. |
| 9,760,396 | B2 | 9/2017 | Apte et al. |
| 9,772,866 | B1 | 9/2017 | Aron et al. |
| 9,778,992 | B1 | 10/2017 | Yueh et al. |
| D802,608 | S | 11/2017 | Hicks et al. |
| D803,231 | S | 11/2017 | Guinness et al. |
| D807,902 | S | 1/2018 | Cong et al. |
| 9,858,155 | B2 * | 1/2018 | Ashutosh ........... G06F 11/1453 |
| 9,881,168 | B2 | 1/2018 | Chari et al. |
| D809,530 | S | 2/2018 | Matheson et al. |
| D815,652 | S | 4/2018 | Protzman et al. |
| D817,976 | S | 5/2018 | Shilwant et al. |
| 9,960,963 | B2 | 5/2018 | Selvaraj et al. |
| 10,013,313 | B2 * | 7/2018 | Zhang ................. G06F 11/1435 |
| 10,033,833 | B2 | 7/2018 | Fu et al. |
| 10,055,300 | B2 | 8/2018 | Zhang et al. |
| 10,057,279 | B1 | 8/2018 | Balduzzi et al. |
| 10,108,685 | B2 | 10/2018 | Amdur et al. |
| 10,146,848 | B2 | 12/2018 | Narayanan et al. |
| D838,288 | S | 1/2019 | Sunshine et al. |
| 10,185,627 | B2 | 1/2019 | Wong et al. |
| D839,913 | S | 2/2019 | Chen et al. |
| 10,210,048 | B2 | 2/2019 | Sancheti |
| 10,212,195 | B2 | 2/2019 | Maskalik et al. |
| D843,388 | S | 3/2019 | Protzman et al. |
| 10,248,657 | B2 | 4/2019 | Prahlad et al. |
| 10,282,201 | B2 | 5/2019 | Tekade et al. |
| 10,339,110 | B2 | 7/2019 | Marinov et al. |
| 10,346,431 | B1 | 7/2019 | Broda et al. |
| 10,372,329 | B1 | 8/2019 | Ahrens et al. |
| 10,379,963 | B2 | 8/2019 | Bhargava et al. |
| D862,512 | S | 10/2019 | Schubart |
| 10,445,298 | B2 | 10/2019 | Ramu et al. |
| 10,447,806 | B1 | 10/2019 | Sahay et al. |
| 10,476,955 | B2 | 11/2019 | Mutalik et al. |
| D870,762 | S | 12/2019 | Mendoza Corominas et al. |
| 10,503,612 | B1 | 12/2019 | Wang et al. |
| 10,509,798 | B2 | 12/2019 | Chow et al. |
| D875,108 | S | 2/2020 | Chitalia et al. |
| D877,753 | S | 3/2020 | Chitalia et al. |
| 10,599,423 | B2 | 3/2020 | Coleman et al. |
| 10,606,578 | B2 | 3/2020 | Kruglikov et al. |
| 10,613,938 | B2 | 4/2020 | Blumenau et al. |
| 10,637,914 | B2 | 4/2020 | Basavaiah et al. |
| 10,700,991 | B2 | 6/2020 | Khinvasara et al. |
| 10,719,407 | B1 | 7/2020 | Chockalingam et al. |
| 10,725,866 | B1 | 7/2020 | Palaiah et al. |
| 10,728,255 | B2 | 7/2020 | Jindal et al. |
| 10,757,036 | B2 | 8/2020 | Tung et al. |
| 10,776,329 | B2 | 9/2020 | Ramohalli Gopala Rao et al. |
| 10,778,750 | B2 | 9/2020 | Ringdahl |
| 10,785,029 | B2 | 9/2020 | Gupta et al. |
| 10,812,582 | B2 | 10/2020 | Spillane et al. |
| 10,817,157 | B2 | 10/2020 | Kuchibhotla et al. |
| 10,824,956 | B1 * | 11/2020 | Natanzon ........... G06Q 30/0201 |
| D911,356 | S | 2/2021 | Varghese et al. |
| 10,938,924 | B1 | 3/2021 | Jensen et al. |
| 10,951,496 | B2 | 3/2021 | Baker et al. |
| 10,959,098 | B2 | 3/2021 | Cidon et al. |
| 10,999,165 | B2 | 5/2021 | Cidon et al. |
| 11,010,336 | B2 | 5/2021 | Kuchibhotla et al. |
| 11,010,487 | B2 | 5/2021 | Noe et al. |
| D926,200 | S | 7/2021 | Murphy et al. |
| D927,507 | S | 8/2021 | Norman |
| 11,126,426 | B2 | 9/2021 | Zhu et al. |
| 11,243,971 | B2 | 2/2022 | Geigel |
| D947,216 | S | 3/2022 | Leininger |
| D947,239 | S | 3/2022 | Rubin et al. |
| D947,240 | S | 3/2022 | Rubin et al. |
| 11,275,573 | B1 | 3/2022 | Javadekar |

(56)　　　　　References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 11,308,114 | B1 * | 4/2022 | Moghe .............. G06F 16/254 |
| 11,386,058 | B2 | 7/2022 | Hung et al. |
| 2001/0014867 | A1 | 8/2001 | Conmy |
| 2002/0073089 | A1 | 6/2002 | Schwartz et al. |
| 2002/0104376 | A1 | 8/2002 | Danyluk et al. |
| 2002/0174098 | A1 | 11/2002 | Wu et al. |
| 2003/0147309 | A1 | 8/2003 | Weisberg |
| 2005/0149757 | A1 | 7/2005 | Corbett et al. |
| 2006/0143412 | A1 | 6/2006 | Armangau |
| 2006/0161444 | A1 * | 7/2006 | Lubrecht .......... G06Q 10/06395 |
| | | | 705/7.41 |
| 2007/0022065 | A1 | 1/2007 | Hatano et al. |
| 2007/0100793 | A1 | 5/2007 | Brown et al. |
| 2007/0183224 | A1 | 8/2007 | Erofeev |
| 2007/0185852 | A1 | 8/2007 | Erofeev |
| 2007/0185922 | A1 | 8/2007 | Kapoor et al. |
| 2007/0185937 | A1 | 8/2007 | Prahlad et al. |
| 2007/0234115 | A1 | 10/2007 | Saika |
| 2007/0300221 | A1 | 12/2007 | Hartz et al. |
| 2008/0126945 | A1 | 5/2008 | Munkvold et al. |
| 2008/0256311 | A1 | 10/2008 | Lee |
| 2009/0022285 | A1 | 1/2009 | Swanburg et al. |
| 2009/0028082 | A1 | 1/2009 | Wynn et al. |
| 2009/0037914 | A1 | 2/2009 | Chagoly et al. |
| 2009/0112881 | A1 | 4/2009 | Kodama |
| 2009/0125858 | A1 | 5/2009 | Vishweshwara et al. |
| 2009/0132543 | A1 | 5/2009 | Chatley et al. |
| 2009/0228669 | A1 | 9/2009 | Slesarev et al. |
| 2010/0023564 | A1 * | 1/2010 | Yerneni ................... G06F 16/27 |
| | | | 707/E17.007 |
| 2011/0004586 | A1 | 1/2011 | Cherryholmes et al. |
| 2011/0022882 | A1 | 1/2011 | Jaehde et al. |
| 2011/0071981 | A1 | 3/2011 | Ghosh et al. |
| 2011/0093435 | A1 | 4/2011 | Zha et al. |
| 2011/0252420 | A1 * | 10/2011 | Tung ..................... G06F 9/5072 |
| | | | 718/1 |
| 2012/0011378 | A1 | 1/2012 | Dalton et al. |
| 2012/0123999 | A1 | 5/2012 | Ashutosh et al. |
| 2012/0271797 | A1 | 10/2012 | Patil |
| 2013/0091285 | A1 * | 4/2013 | Devarakonda ........ G06F 9/4856 |
| | | | 709/226 |
| 2013/0117441 | A1 | 5/2013 | Kuchibhotla et al. |
| 2013/0263119 | A1 | 10/2013 | Pissay et al. |
| 2013/0290180 | A1 | 10/2013 | Baffier et al. |
| 2014/0006350 | A1 | 1/2014 | Fukui et al. |
| 2014/0189685 | A1 | 7/2014 | Kripalani |
| 2014/0201171 | A1 | 7/2014 | Vijayan et al. |
| 2014/0229698 | A1 | 8/2014 | Sivasubramanian et al. |
| 2014/0282256 | A1 | 9/2014 | Fish et al. |
| 2015/0019495 | A1 | 1/2015 | Siden et al. |
| 2015/0039837 | A1 | 2/2015 | Quan et al. |
| 2015/0052108 | A1 | 2/2015 | Volk et al. |
| 2015/0074054 | A1 | 3/2015 | Antony |
| 2015/0121453 | A1 | 4/2015 | Gupta |
| 2015/0142610 | A1 | 5/2015 | Manoharan et al. |
| 2015/0143064 | A1 | 5/2015 | Bhargava et al. |
| 2015/0195347 | A1 | 7/2015 | Luft |
| 2015/0227435 | A1 | 8/2015 | Ashutosh et al. |
| 2015/0227602 | A1 | 8/2015 | Ramu et al. |
| 2015/0301814 | A1 | 10/2015 | Chen et al. |
| 2015/0331923 | A1 | 11/2015 | Kim |
| 2015/0347987 | A1 | 12/2015 | Ali |
| 2015/0358417 | A1 | 12/2015 | Patil et al. |
| 2016/0041997 | A1 | 2/2016 | Gokhale et al. |
| 2016/0048408 | A1 | 2/2016 | Madhu et al. |
| 2016/0077923 | A1 | 3/2016 | Zhang et al. |
| 2016/0078104 | A1 | 3/2016 | Clifford et al. |
| 2016/0092535 | A1 | 3/2016 | Kuchibhotla et al. |
| 2016/0125059 | A1 | 5/2016 | Jain et al. |
| 2016/0127307 | A1 | 5/2016 | Jain et al. |
| 2016/0162845 | A1 | 6/2016 | Carroll et al. |
| 2016/0197835 | A1 | 7/2016 | Luft |
| 2016/0224259 | A1 | 8/2016 | Ahrens et al. |
| 2016/0267105 | A1 | 9/2016 | Sun et al. |
| 2016/0274981 | A1 | 9/2016 | Wilkinson |

| | | | |
|---|---|---|---|
| 2016/0292358 | A1 | 10/2016 | Heger |
| 2016/0321339 | A1 | 11/2016 | Tekade et al. |
| 2016/0335369 | A1 | 11/2016 | Picard et al. |
| 2016/0337473 | A1 | 11/2016 | Rao |
| 2016/0380809 | A1 | 12/2016 | Hou et al. |
| 2017/0060699 | A1 | 3/2017 | Hohl et al. |
| 2017/0115978 | A1 | 4/2017 | Modi et al. |
| 2017/0220777 | A1 | 8/2017 | Wang et al. |
| 2017/0235758 | A1 | 8/2017 | Gopalapura Venkatesh et al. |
| 2017/0235950 | A1 | 8/2017 | Gopalapura Venkatesh et al. |
| 2017/0264684 | A1 | 9/2017 | Spillane et al. |
| 2017/0286517 | A1 | 10/2017 | Horowitz et al. |
| 2017/0286518 | A1 | 10/2017 | Horowitz et al. |
| 2017/0351584 | A1 | 12/2017 | Griffith et al. |
| 2017/0351716 | A1 | 12/2017 | Higginson et al. |
| 2017/0374136 | A1 | 12/2017 | Ringdahl |
| 2018/0025007 | A1 | 1/2018 | Dai |
| 2018/0121494 | A1 | 5/2018 | Antonopoulos et al. |
| 2018/0157561 | A1 | 6/2018 | Venkatesh et al. |
| 2018/0181469 | A1 | 6/2018 | Yueh et al. |
| 2018/0253676 | A1 | 9/2018 | Sheth et al. |
| 2018/0275881 | A1 | 9/2018 | Ashraf et al. |
| 2018/0285201 | A1 | 10/2018 | Bangalore et al. |
| 2018/0307728 | A1 | 10/2018 | Crupi et al. |
| 2019/0005407 | A1 | 1/2019 | Harris et al. |
| 2019/0018738 | A1 | 1/2019 | Chen |
| 2019/0034240 | A1 | 1/2019 | Nabi et al. |
| 2019/0065322 | A1 | 2/2019 | Chakankar et al. |
| 2019/0075031 | A1 | 3/2019 | Skelton et al. |
| 2019/0087279 | A1 | 3/2019 | Kumar et al. |
| 2019/0089597 | A1 | 3/2019 | Pathak et al. |
| 2019/0102257 | A1 | 4/2019 | Zhou et al. |
| 2019/0102411 | A1 | 4/2019 | Hung et al. |
| 2019/0125828 | A1 | 5/2019 | Bortz |
| 2019/0129799 | A1 | 5/2019 | Kumarasamy |
| 2019/0138631 | A1 | 5/2019 | Crane |
| 2019/0155699 | A1 | 5/2019 | Luo et al. |
| 2019/0155936 | A1 | 5/2019 | Du et al. |
| 2019/0158605 | A1 | 5/2019 | Markuze et al. |
| 2019/0230156 | A1 | 7/2019 | McLarty et al. |
| 2019/0235904 | A1 | 8/2019 | Epping et al. |
| 2019/0266268 | A1 | 8/2019 | Polinati |
| 2019/0310926 | A1 | 10/2019 | Hashimoto et al. |
| 2019/0324865 | A1 | 10/2019 | Weissman et al. |
| 2019/0332582 | A1 | 10/2019 | Kumar et al. |
| 2019/0339870 | A1 | 11/2019 | Meiri et al. |
| 2019/0340091 | A1 | 11/2019 | Chandrasekaran et al. |
| 2019/0384496 | A1 | 12/2019 | Abdul Rasheed et al. |
| 2019/0391880 | A1 | 12/2019 | Wang et al. |
| 2020/0034178 | A1 | 1/2020 | Gupta et al. |
| 2020/0034245 | A1 | 1/2020 | Kohler |
| 2020/0050522 | A1 | 2/2020 | Coleman et al. |
| 2020/0081704 | A1 | 3/2020 | Bafna et al. |
| 2020/0097177 | A1 | 3/2020 | Ashokkumar et al. |
| 2020/0099692 | A1 | 3/2020 | Jindal et al. |
| 2020/0104375 | A1 | 4/2020 | Earnesty et al. |
| 2020/0104376 | A1 | 4/2020 | Earnesty et al. |
| 2020/0104377 | A1 | 4/2020 | Earnesty et al. |
| 2020/0106737 | A1 | 4/2020 | Beedu et al. |
| 2020/0110675 | A1 | 4/2020 | Wang et al. |
| 2020/0137157 | A1 | 4/2020 | Joseph et al. |
| 2020/0193388 | A1 | 6/2020 | Tran-Kiem et al. |
| 2020/0201526 | A1 * | 6/2020 | Kuchibhotla ......... G06F 16/188 |
| 2020/0210378 | A1 | 7/2020 | Kuchibhotla et al. |
| 2020/0210379 | A1 | 7/2020 | Kuchibhotla et al. |
| 2020/0250046 | A1 | 8/2020 | Wong et al. |
| 2020/0285608 | A1 | 9/2020 | Chakankar et al. |
| 2020/0285652 | A1 | 9/2020 | Wang et al. |
| 2020/0349018 | A1 | 11/2020 | Meadowcroft et al. |
| 2020/0379793 | A1 | 12/2020 | Parihar et al. |
| 2021/0064512 | A1 | 3/2021 | Sirov et al. |
| 2021/0117293 | A1 | 4/2021 | Luo et al. |
| 2021/0133031 | A1 | 5/2021 | Moldvai et al. |
| 2021/0144060 | A1 | 5/2021 | Cencini et al. |

**US 11,860,818 B2**

Page 4

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2021/0200643 | A1 | 7/2021 | Luo et al. |
| 2021/0406717 | A1 | 12/2021 | Tauheed et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 108664660 A | 10/2018 |
| CN | 113010599 A | 6/2021 |
| EP | 1 654 683 B1 | 5/2006 |
| LU | 102236 B1 | 11/2020 |
| TW | 201600970 A1 | 1/2016 |
| WO | WO-2016/069029 A1 | 5/2016 |
| WO | WO-2020/072338 A1 | 4/2020 |

OTHER PUBLICATIONS

"Azure Arc extends the Azure control plane", https://infohub.delltechnologies.com/l/techbook-dell-emc-integrated-system-for-microsoft-azure-stack-hci-2/azure-arc-extends-the-azure-control-plane-14.

"Configure cross-tenant access settings for B2B collaboration", Azure AD, Microsoft Entra, May 24, 2022, 21pp.

"Connected Machine Agent Prerequisites", Sep. 27, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/servers/prerequisites.

"Control Plane", https://docs.controlplane.com.

"Exadata Database Service onCloud@Customer Administrator'sGuide", https://docs.oracle.com/en/engineered-systems/exadata-cloud-at-customer/ecccm/ecc-network-requirements.html#GUID-F06BD75B-E971-48ED-8699-E1004D4B4AC1.

Features and Capabilities of Azure Arcenabled SQL Managed Instance:, Aug. 13, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/data/managed-instance-features.

"Managing Cloud-Native Workloads with Anthos", https://authors.packtpub.com/wp-content/uploads/2021/10/Chapter-8-Professional-Cloud-Architect-1.pdf.

"Oracle Exadata Cloud@Customer X9M", Version 1.17, 2022, https://www.oracle.com/dk/a/ocom/docs/engineered-systems/exadata/exacc-x9m-ds.pdf.

"Overview of Azure Connected Machine Agent", Sep. 4, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/servers/agent-overview.

"Row-Level Security", Sep. 17, 2022, https://learn.microsoft.com/en-us/sql/relational-databases/security/row-level-security?view=sql-server-ver16.

"Use Azure Private Link to Securely Connect Servers to Azure Arc", Jul. 28, 2022, https://learn.microsoft.com/en-us/azure/azure-arc/servers/private-link-security.

Alhamazani, et al., "Cross-Layer Multi-Cloud Real-Time Application QoS Monitoring and Benchmarking As-a-Service Framework", https://arxiv.org/ftp/arxiv/papers/1502/1502.00206.pdf.

Aluciani. "Provisioning PostgreSQL to be Highly Available and Resilient on Nutanix" Nutanix Community Blog. 2019. Retrieved from https://next.nutanix.com/community-blog-154/provisioning-postgresql-to-be-highly-available-and-resilient-on-nutanix-33726 (Year: 2019).

Amazon Web Services, "Amazon RDS Now Supports Setting up Connectivity Between You RDS Database and EC2 Compute Instance in 1-Click", https://aws.amazon.com/about-aws/whats-new/2022/08/amazon-rds-setting-up-connectivity-rds-database-ec2-compute-instance-1-click/.

Amazon Web Services, "Amazon RDS on Outposts", https://aws.amazon.com/rds/outposts/?pg=In&sec=hiw.

Amazon Web Services, "Configuring and Using Oracle Connection Manager on Amazon EC2 for Amazon RDS for Oracle", Jan. 12, 2021, https://aws.amazon.com/blogs/database/configuring-and-using-oracle-connection-manager-on-amazon-ec2-for-amazon-rds-for-oracle.

Amazon Web Services, "SaaS Tenant Isolation Strategies. Isolating Resources in a Multi-Tenant Environment", (Aug. 2020).

Amazon, "Amazon Aurora User Guide for Aurora: Overview of multi-master clusters" Amazon Aurora User Guide from https://docs.aws.amazon.com/AmazonRDS/latest/AuroraUserGuide/aurora-ug.pdf#aurora-multi-master (accessed Jun. 28, 2021).

Anjum, Maaz, "Database Provisioning in EM12c: Provision me a Database Now!" Slideshare, (Dec. 12, 2013) from https://www.slideshare.net/MaazAnjum/maaz-anjum-gouser-database-provisioning-in-em12c-provision-me-a-database-now (accessed Jun. 28, 2021).

Anthos Technical Overview, https://cloud.google.com/anthos/docs/concepts/overview.

ApexSQL, "Automated database provisioning using ApexSQL DevOps toolkit" ApexSQL Knowledgebase (2020) from https://knowledgebase.apexsql.com/automated-database-provisioning-using-apexsql-devops-toolkit/ (accessed Jun. 28, 2021).

Arslan, Erman, "Delphix—Notes vol. 1, my new toy for the upcoming months," Erman Arslan's Oracle Blog, published Aug. 8, 2016, retrieved on Jan. 2, 2023 from http://ermanarslan.blogspot.com/2016/08/delphix-notes-vol-1-my-new-toy-for.html.

Asanka, Dinesh, "Point in Time Recovery with SQL Server" SQL Shack, published Dec. 19, 2016, retrieved Feb. 11, 2022 from <https://www.sqlshack.com/point-in-time-recovery-with-sql-server/> (Year: 2016).

AWS Database Blog, "Configuring and Using Oracle Connection Manager on Amazon for EC2 for Amazon RDS for Oracle", Jan. 12, 2021, https://aws.amazon.com/blogs/database/configuring-and-using-oracle-connection-manager-on-amazon-ec2-for-amazon-rds-for-oracle/.

AWS Prescriptive Guidance, "PostgreSQL Pool Model", https://docs.aws.amazon.com/prescriptive-guidance/latest/saas-multitenant-managed-postgresql/pool.html.

AWS Prescriptive Guidance, "Row-Level Security Recommendations", https://docs.aws.amazon.com/prescriptive-guidance/latest/saas-multitenant-managed-postgresql/rls.html.

AWS Serverless Saas Workshop—Lab4 : Isolating tenant data in a pooled model—Adding the missing code.

AWS Serverless SaaS Workshop—Lab4 : Isolating tenant data in a pooled model—Revisiting Authentication, Authorization, & Tenant Isolation.

AWS, "Working with Aurora multi-master clusters" User Guide for Aurora. 2020. Received from https://docs.aws.amazon.com/AmazonRDS/latest/AuroraUserGuide/aurora-multi-master.html (Year: 2020).

Ay, Neslisah. "How to Set Up a High Available PostgreSQL Cluster Using Patroni" Neslisah Ay Medium Page. Mar. 18, 2019. Retrieved from https://medium.com/@neslisah.demirci/how-to-set-up-a-high-available-postgresql-cluster-using-patroni-d7044a754d2f (Year: 2019).

BackupAssist, "https://backupassist.com/support/en/backupassist/manage/calendar.htm", Jul. 1, 2017 (Year: 2017).

Balasubramanian, Sudhir, "Virtual Volumes for Database Backup and Recovery" VMware Virtualize Applications (Nov. 5, 2015) from https://blogs.vmware.com/apps/2015/11/virtual-volumes-for-database-backup-and-recovery-2.html (accessed Jun. 2, 2021).

Bolton, Dean et al. "Database-as-a-Service (DBaaS) Reference Architecture with VMware and Tintri" VMware Tintri VLSS (2015) from https://blogs.vmware.com/apps/files/2015/10/vRA_DBAAS_VLSS_Tintri.pdf (Jun. 2, 2021).

Brooks, Aaron, "19 Best A/B Testing Tools in 2021" (published Aug. 12, 2020) Venture Harbour, from https://www.ventureharbour.com/best-a-b-testing-tools/ (accessed Sep. 14, 2021).

Brull, Jim, "Oracle Cloud Database vs On-Premises—Understanding the Differences" Centroid—OCI, Oracle Cloud. 2020. Received from https://www.centroid.com/blog/oracle-cloud-database-vs-on-premises/ (Year: 2020).

Brummitt, Karis et al., "Database provisioning just got a lot easier—and a lot smarter" RealWire (Feb. 27, 2017) from https://www.realwire.com/releases/Database-provisioning-just-got-a-lot-easier-and-a-lot-smarter (accessed Jun. 28, 2021).

Bucur, et al., "Multi-Cloud Resource Management Techniques for Cyber-Physical Systems", MDPI, Dec. 15, 2021, https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8706026/.

Cano, Ignacio, et al. "Curator: Self-Managing Storage for Enterprise Clusters" (Mar. 27, 2017), from https://www.usenix.org/conference/nsdi17/.

Case 5:24-cv-01729    Document 1-4    Filed 03/20/24    Page 6 of 65

(56)        **References Cited**

OTHER PUBLICATIONS

Cisco Public "Hyperconvergence for Databases" (2019) from https://www.cisco.com/c/dam/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/le-60303-hxsql-aag.pdf (accessed Dec. 18, 2019).

Cisco Public, "Cisco HyperFlex All-Flash Systems for Oracle Database Deployments" (Jun. 2017) from https://www.cisco.com/c/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/whitepaper_c11-739237.pdf (accessed Dec. 18, 2019).

Cisco Public, "Cisco HyperFlex All-NVMe Systems for Oracle Database: Reference Architecture" (2019) from https://www.cisco.com/c/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/hx-oracle-wp.html (accessed Dec. 18, 2019).

Cisco Public, "Cisco HyperFlex HX Data Platform" (2018) from https://www.cisco.com/c/dam/en/us/products/collateral/hyperconverged-infrastructure/hyperflex-hx-series/white-paper-c11-736814.pdf (accessed Dec. 18, 2019).

Cormac, "Virtual Volumes (VVols) and Replication/DR" cormachogan.com (Apr. 13, 2015) from https://cormachogan.com/2015/04/13/virtual-volumes-vvols-and-replicationdr/ (accessed Jun. 2, 2021).

Cunnhingham, "Introducing PlanetScale Managed Cloud", Nov. 3, 2021, https://planetscale.com/blog/introducing-planetscale-managed-cloud.

Delphix "Backup and Recovery Strategies for the Delphix Engine" (published 2017) Delphix Corp., from https://docs.delphix.com/docs/data-backup-and-recovery-solutions/backup-and-recovery-strategies-for-the-delphix-engine (accessed Dec. 19, 2019).

Delphix "Database Provisioning Overview" (published 2017) Delphix Corp., from https://docs.delphix.com/docs/introduction/database-virtualization-with-delphix/database-provisioning-overview (accessed Dec. 19, 2019).

Delphix "Quick Start Guides" (published 2017) Delphix Corp., from https://docs.delphix.com/docs52/quick-start-guides (accessed Dec. 19, 2019).

Delphix "Replication" (Published 2017) Delphix Corp., from https://docs.delphix.com/docs52/data- backup-and-recovery-solutions/replication (accessed Dec. 19, 2019).

Delphix Corp., "Delphix Engine User Guide," Delphix, published Dec. 2017, retrieved Jan. 2, 2023 from https://docs.delphix.com/docs52/files/83053093/83053098/2/1512670775673/Delphix Engine User Guide.pdf.

Delphix Corp., "Delphix Engine User Guide," Delphix, published Nov. 2018, retrieved Jan. 2, 2023 from https://docs.delphix.com/docs531/files/98113199/98116076/2/1542301179433/User Guide.pdf.

Delphix Corp., "Delphix Engine User Guide," Delphix, published Oct. 2017, retrieved Jan. 2, 2023 from https://docs.delphix.com/docs-old/files/74711255/74715951/5/1509647013871/Delphix Engine User Guide.pdf.

Delphix Corp., "FAQ: SnapShot and SnapSync (KBA1014)," Delphix, published March, 4 2022, retrieved Jan. 2, 2023 from https://support.delphix.com/Continuous_Data_Engine_(formerly_Virtualization_Engine)/Delphix_Admin/FAQ%3A_SnapShot_and_SnapSync_(KBA1014).

Delphix Corp., "Linking to a Database," Database Linking Overview, published Dec. 2017, retrieved on Jan. 2, 2023 from https://docs.delphix.com/docs52/introduction/database-virtualization-with-delphix/database-linking-overview.

Delphix Corp., "Understanding Timelines," Understanding Timelines and How to Preserve Data in a Point in Time, published Jun. 2018, retrieved Jan. 2, 2023 from https://docs.delphix.com/docs526/delphix-self-service/delphix-self-service-data-user-guide/understanding-timelines-and-how-to-preserve-data-in-a-point-in-time.

Delphix Corp., "What Does the Delphix Engine Do?," Delphix Engine Overview, published Dec. 2017, retrieved on Jan. 2, 2023 from https://docs.delphix.com/docs52/introduction/database-virtualization-with-delphix/delphix-engine-overview.

Delphix Corp., "What's New Guide for 5.2," Delphix, published Dec. 2017, retrieved on Jan. 2, 2023 from https://docs.delphix.com/docs52/files/83053093/83056028/2/1513184739765/What%27s New Guide for 5.2.pdf.

Delphix, "Provisioning and Managing Virtual Databases" Delphix Engine 6.0.8.0 Documentation (2020) from https://docs.delphix.com/docs/datasets/getting-started/provisioning-and-managing-virtual-databases (accessed Jun. 28, 2021).

Delphix, "Understanding SnapSync and LogSync for Oracle" (May 5, 2013) from https://www.delphix.com/blog/data-virtualization/understanding-snapsync-and-logsync-oracle (accessed Jan. 7, 2020).

Drake, Sam et al. "Architecture of Highly Available Databases" International Service Availability Symposium, pp. 1-16. Springer, Berlin, Heidelberg, 2004. (Year: 2004).

Dremio, "Multiple AWS Clusters" Dremio. 2020. Received from https://docs.dremio.com/deployment/provisioning-ec2.html (Year: 2020).

Ex Parte Quayle Action with Refs. on U.S. Appl. No. 29/733,571 dated Feb. 11, 2022.

Extended European Search Report re EP21192308.1 dated Jan. 24, 2022.

Extended European Search Report re EP21192379.2 dated Jan. 26, 2022.

Fenton, Tom, "How To Create VMware Virtual Volumes" Virtualization & Cloud Review (Feb. 26, 2015) from https://virtualizationreview.com/articles/2015/02/26/how-to-create-vmware-virtual-volumes.aspx (accessed Jun. 2, 2021).

Final Office Action on U.S. Appl. No. 16/234,547 dated Sep. 9, 2022.

Final Office Action on U.S. Appl. No. 16/234,547 dated Oct. 5, 2021.

Final Office Action on U.S. Appl. No. 17/006,595 dated Oct. 14, 2021.

Final Office Action on U.S. Appl. No. 17/182,511 dated Dec. 6, 2022.

Final Office Action on U.S. Appl. No. 17/337,197 dated Dec. 15, 2022.

Flecha, Pete, "Whats New in Virtual Volumes (vVols) 2.0" VMware vSAN Virtual Blocks Blog (Oct. 18, 2016) from https://blogs.vmware.com/virtualblocks/2016/10/18/whats-new-in-virtual-volumes-2-0/ (accessed Jun. 2, 2021).

Foreign Action other than Search Report on EP 21192308.1 dated Apr. 6, 2022.

Foreign Action other than Search Report on EP 21192308.1 dated Jun. 10, 2022.

Foreign Action other than Search Report on EP 21192379.2 dated Jun. 15, 2022.

Friedman, Vitaly, "Designing the Perfect Date and Time Picker." Smashing Magazine, published Jul. 2017 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <https://www.smashingmagazine.com/2017 /07 /designing-perfect-date-time-picker/> (Year: 2017).

Fritchey, Grant, "SQL Server Database Provisioning" Redgate, (Nov. 4, 2016) from https://www.red-gate.com/simple-talk/devops/database-devops/sql-server-database-provisioning/ (accessed Jun. 28, 2021).

Geek University, "VM snapshot files," VMware ESXi course, retrieved Sep. 11, 2022 from https://geek-university.com/vm-snapshot-files/.

Geier, Eric, "Using Static IP Addresses on Your Network" Cisco Press. Sep. 14, 2009. Received from https://www.ciscopress.com/articles/article.asp?p=1393495. (Year: 2009).

Google Cloud, "Architectures for high availability of PostgreSQL clusters on Compute Engine" Google Cloud Architecture Center, (Jan. 21, 2021) from https://cloud.google.com/architecture/architectures-high-availability-postgresql-clusters-compute-engine (accessed Dec. 14, 2021).

Grace, Cato, "What's New in SRM and vSphere Replication 8.3" VMware vSAN Virtual Blocks Blog (Mar. 10, 2020) from https://blogs.vmware.com/virtualblocks/2020/03/10/whats-new-srm-vr-83/ (accessed Jun. 2, 2021).

Guevara, Introducing PlanetScale Insights: Advanced query monitoring, May 26, 2022, https://planetscale.com/blog/introducing-planetscale-insights-advanced-query-monitoring.

# US 11,860,818 B2

Page 6

## (56) References Cited

### OTHER PUBLICATIONS

Gui, Huan et al. "Network A/B Testing: From Sampling to Estimation" Proceedings of the 24th International Conference on World Wide Web (WWW 15), pp. 399-409, May 18, 2015. DOI: 10.1145/2736277.2741081 (Year: 2015).

Hammerspace, "Simplify Database Deployment Across Kubernetes Clusters" Hammerspace Solution Brief. 2020. Received from https://hammerspace.com/wp-content/uploads/2019/03/HS0107-USEN-Multi-Cluster-Database-Deployments.pdf (Year: 2020).

Hosterman, Cody, "Introducing vSphere Virtual Volumes on the FlashArray" Pure Storage (Jun. 13, 2017) from https://blog.purestorage.com/purely-technical/introducing-vsphere-virtual-volumes-on-the-flasharray/ (accessed Jun. 2, 2021).

Hosterman, Cody, "Introducing vSphere Virtual Volumes on the FlashArray" PureStorage, (Jun. 13, 2017) from https://blog.purestorage.com/purely-technical/introducing-vsphere-virtual-volumes-on-the-flasharray/ (accessed Jun. 28, 2021).

Hosterman, Cody, "Virtual Volumes and Array Snapshots Part I: Managed Snapshots" codyhosterman.com (Jul. 30, 2018) from https://www.codyhosterman.com/2018/07/virtual-volumes-and-array-snapshots-part-i-managed-snapshots/ (accessed Jun. 2, 2021).

Hosterman, Cody, "What's New in vSphere 7.0 Storage Part I: vVols are all over the place!" codyhosterman.com (Mar. 10, 2021) from https://www.codyhosterman.com/2020/03/whats-new-in-vsphere-7-0-storage-part-i-vvols-are-all-over-the-place/ (accessed Jun. 2, 2021).

Hu et al. "Architecture of Highly Available Databases" Lecture Notes in Computer Science (LCNS). vol. 3335, pp. 1-16. May 2004. DOI: 10.1007/978-3-540-30225-4_1. (Year: 2004).

IBM, "Creating a database deployment on the cluster" IBM Cloud Paks 2.1.0 (2021) from https://www.ibm.com/docs/en/cloud-paks/cp-data/2.1.0?topic=database-creating-deployment (accessed Jun. 28, 2021).

Katz, Jonathan S. "Multi-Kubernetes Cluster PostgreSQL Deployments" Crunchy Data. May 7, 2020. Received from https://info.crunchydata.com/blog/multi-kubernetes-cluster-postgresql-deployments (Year: 2020).

Kohavi, Ron et al., "Online Controlled Experiments and A/B Testing" Encyclopedia of Machine Learning and Data Mining, vol. 7, No. 8, pp. 922-929. Jan. 2017. DOI: 10.1007/978-1-4899-7502-7 891-1 (Year: 2017).

Kolasa, Konrad, "Date Picker." Dribbble, published Feb. 28, 2017 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <https://dribbble.com/shots/3326020-Date-Picker> (Year: 2017).

Kubernetes "Configure Access to Multiple Clusters" Kubernetes Documentation. Oct. 22, 2020. Retrieved from https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/ (Year: 2020).

Kubernetes, "Configure Access to Multiple Clusters" Kubernetes Documentation. Oct. 22, 2020. Received from https://kubernetes.io/docs/tasks/access-application-cluster/configure-access-multiple-clusters/ (Year: 2020).

Kumar, Madan. "Managing High Availability in PostgreSQL—Part III: Patroni" ScaleGrid. Aug. 22, 2019. Retrieved from https://scalegrid.io/blog/managing-high-availability-in-postgresql-part-3/ (Year: 2019.

Lctree, "Lctree," Linked Clone Tree Visualizer for vCloud Director, published (Nov. 28, 2012).

Lee, Brandon, "VMware vSphere 7 vVols New Features" VirtualiztaionHowto (Jun. 3, 2020) from https://www.virtualizationhowto.com/2020/06/vmware-vsphere-7-vvols-new-features/ (accessed Jun. 2, 2021).

M. A. Metawai et al. "Load balancing in distributed multi-agent computing systems" Ain Shams Engineering Journal. ASEJ. May 23, 2012. p. 237-249. (Year: 2012).

Matijaca, Ante, "Dashboard" Dribble, published Dec. 21, 2015, retrieved Feb. 11, 2022 from <https://dribbble.com/shots/2417233-Dashboard> (Year: 2015).

Meadowcroft, Ben, "Virtual Volumes First Year In Review" VMware vSAN Virtual Blocks Blog (Mar. 14, 2016) from https://blogs.

vmware.com/virtualblocks/2016/03/14/virtual-volumes-first-year-in-review/ (accessed Jun. 28, 2021).

Mehta, Siddharth, "Analytics with Bower BI Desktop Dynamic Line References" MSSQL Tips, published Oct. 2, 2017, retrieved Feb. 11, 2022 from <https://www.mssqltips.com/sqlservertip/5084/analytics-with-power-bi-desktop-dynamic-line-references/? (Year: 2017).

Mellor, Chris "Beam, Flow and Era: Not a yoga class, silly, Nutanix's move into copy data management" (published May 10, 2019) The Register, from https://www.theregister.co.uk/2018/05/10/nutanix_beam_flow_era/ (accessed Dec. 18, 2019).

Mellor, Chris "Delphix sends database virtualization sailing up the Amazon" (published Dec. 1, 2017) The Register, from https://www.theregister.co.uk/2017/12/01/delphix_database_virtualization_comes_to_aws/ (accessed Dec. 18, 2019).

Microsoft Docs, "Always On availability groups: a high-availability and disaster-recovery solution" Microsoft SQL Docs, Apr. 23, 2019 (2019), https://docs.microsoft.com/en-us/sql/database-engine/availability-groups/windows/always-on-availability-groups-sql-server?view=sql-server-ver15.

Microsoft Docs, "What is an Always On availability group?" Microsoft SQL Docs. Apr. 29, 2020 (2020) https://docs.microsoft.com/en-us/sql/database-engine/availability-groups/windows/overview-of-always-on-availability-groups-sql-server?view=sql-server-ver15.

Microsoft SQL, "Upgrading Always On Availability Group Replica Instances" Microsoft SQL Docs, Jan. 10, 2018, retrieved from https://docs.microsoft.com/en-us/sql/database-engine/availability-groups/windows/upgrading-always-on-availability-group-replica-instances?view=sql-server-ver15 (retrieved Feb. 15, 2021).

Microsoft, "Use a template to create an Access desktop database," Microsoft Office Support, retrieved Sep. 29, 2022 from https://support.microsoft.com/en-us/office/use-a-template-to-create-an-access-desktop-database-d9354d47-e4ce-4efb-878b-c48f3650fb73.

Microsoft, "Database Engine Instances (SQL Server)" Oct. 2, 2020, from https://docs.microsoft.com/en-us/sql/database-engine/configure-windows/database-engine-instances-sql-server?view=sql-server-ver15 (retrieved Jan. 25, 2022).

Mulford, Juan, "vSphere 7—Describe Instant Clone Architecture And Use Cases," Mulcas Cloudy Infrastructures, published Dec. 28, 2021, retrieved Sep. 11, 2022 from https://mulcas.com/vsphere-7-describe-instant-clone-architecture-and-use-cases/.

Murugan, Palani, "Delphix Dynamic Data Platform on VMware vSAN," VMware Virtual Blocks Blog, published Nov. 20, 2017, retrieved on Jan. 2, 2023 from https://blogs.vmware.com/virtualblocks/2017/11/20/delphix-vsan/.

Mvware, "Horizon Architecture", https://techzone.vmware.com/resource/horizon-architecture#introduction.

Net App Support, "Data replication from one destination to another in a series (cascading)" Net App. 2015. Received from https://library.netapp.com/ecmdocs/ECMP1635994/html/GUID-25C143ED-C369-4129-B055-C532FDB8AB79.html (Year: 2015).

Netapp Support, "Cloning databases using SnapManager" (Aug. 2013) from, https://library.netapp.com/ecmdocs/ECMP1217281/html/GUID-EAA4950A-C186-423D-9574-6EA12A92E53D.html (accessed Dec. 17, 2019).

Netapp Support, "Types of SnapManager restore operations" (Aug. 2013) from, https://library.netapp.com/ecmdocs/ECMP1217281/html/GUID-599DF5AE-C49F-4BF0-A96C-E6E71FAFF102.html (accessed Dec. 17, 2019).

Nizhegolenko, Alexey. "High-Availability MySQL cluster with load balancing using HAProxy and Heartbeat." Towards Data Science. Dec. 3, 2018. Retrieved from https://towardsdatascience.com/high-availability-mysql-cluster-with-load-balancing-using-haproxy-and-heartbeat-40a16e134691 (Year: 2018).

Non-Final Office Action on U.S. Appl. No. 16/228,728 dated Mar. 24, 2020.

Non-Final Office Action on U.S. Appl. No. 16/234,547 dated Feb. 22, 2022.

Non-Final Office Action on U.S. Appl. No. 16/234,547 dated Apr. 15, 2021.

Non-Final Office Action on U.S. Appl. No. 16/234,547 dated Nov. 7, 2022.

(56) **References Cited**

OTHER PUBLICATIONS

Non-Final Office Action on U.S. Appl. No. 16/234,553 dated Jan. 6, 2021.

Non-Final Office Action on U.S. Appl. No. 17/122,740 dated Aug. 19, 2022.

Non-Final Office Action on U.S. Appl. No. 17/181,586 dated Jul. 1, 2022.

Non-Final Office Action on U.S. Appl. No. 17/182,511 dated Jul. 21, 2022.

Non-Final Office Action on U.S. Appl. No. 17/237,599 dated Oct. 14, 2022.

Non-Final Office Action on U.S. Appl. No. 17/337,197 dated Sep. 8, 2022.

Notion, "Database templates," Notion Help Center, retrieved Sep. 29, 2022 from https://www.notion.so/help/database-templates.

Nutanix "Nutanix announces Flow, Era and Beam and .Next 2018" (published May 9, 2018) Nutanix Youtube, from https://www.youtube.com/watch?v=w40asaGtrkU (accessed Dec. 19, 2019).

Nutanix, "Blueprints Usage," Nutanix Support and Insights, retrieved Sep. 29, 2022 from https://portal.nutanix.com/page/documents/details?targetId=Nutanix-Calm-Admin-Operations-Guide-v3_2_7:nuc-nucalm-blueprints-intro-c.html.

Nutanix, "Creating a Playbook," Nutanix Support and Insights, retrieved Sep. 29, 2022 from https://portal.nutanix.com/page/documents/details?targetId=Nutanix-Beam-User-Guide:bea-playbook-create-t.html.

Nutanix, "Creating a ServiceNow Template in Beam," Nutanix Support and Insights, retrieved Sep. 29, 2022 from https://portal.nutanix.com/page/documents/details?targetId=Nutanix-Beam-User-Guide:bea-servicenow-template-create-cg-t.html.

Nutanix, "Nutanix Hybrid Cloud Infrastructure Now Available on Amazon Web Services" Nutanix Press Release. Aug. 11, 2020. Received from https://www.nutanix.com/press-releases/2020/nutanix-clusters-on-aws?icid=111AJW0ZPW22N (Year: 2020).

Nyffenegger et al., "SQL Server Instance" 2017, from https://renenyffenegger.ch/notes/development/databases/SQL-Server/architecture/instance (retrieved Jan. 25, 2022).

Opster, "High Availability in Elasticsearch—Cross Cluster Replication and Alternatives" Opster. 2020. Received from https://opster.com/blogs/elasticsearch-cross-cluster-replication-overview/(Year: 2020).

Opster, "Multi-Cluster Load Balancer—An Alternative to Cross Cluster Replication" Opster. 2020. Received from https://opster.com/elasticsearch-multi-cluster-load-balancer/ (Year: 2020).

Or, Andrew, "Understanding your Apache Spark Application Through Visualization" Data Bricks, published Jun. 22, 2015, retrieved Feb. 11, 2022 from <https://databricks.com/blog/2015/06/22/understanding-your-spark-application-through-visualization.html> (Year: 2015).

Oracle Cloud, "Using Oracle Autonomous Database on Shared Exadata Infrastructure" published Dec. 2022.

Oracle Communications, "Provisioning Database Interface User's Guide, Release 16.0" (Sep. 2014) Oracle, p. 1-174.

Oracle Help Center, "Enterprise Manager Lifecycle Management Administrator's Guide, 4. Overview of Database Provisioning" (2019) from https://docs.oracle.com/cd/E24628_01/em.121/e27046/prov_db_overview.htm#EMLCM12206, (accessed Dec. 17, 2019).

Oracle, "Creating Databases Using Database Template," Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/en/enterprise-manager/cloud-control/enterprise-manager-cloud-control/13.4/emclo/creating-databases-using-database-template.html#GUID-BB3923BE-192D-40A2-9C5D-AAC5BA3326C0.

Oracle, "Creating Databases Using Database Template," Cloud Administration Guide, retrieved on Oct. 17, 2022 from https://docs.oracle.com/en/enterprise-manager/cloud-control/enterprise-manager-cloud-control/13.4/emclo/creating-databases-using-database-template.html#GUID-BB3923BE-192D-40A2-9C5D-AAC5BA3326C0.

Oracle, "Creating Databases Using Database Template," Enterprise Manager Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/cd/E91266_01/EMCLO/GUID-BB3923BE-192D-40A2-9C5D-AAC5BA3326C0.htm#EMCLO2097.

Oracle, "Creating Databases Using Database Template," Enterprise Manager Cloud Administration Guide, retrieved on Oct. 17, 2022 from https://docs.oracle.com/cd/E91266_01/EMCLO/GUID-BB3923BE-192D-40A2-9C5D-AAC5BA3326C0.htm#EMCLO2097.

Oracle, "Exadata Cloud@Customer Security Controls", Version 2.18, Jul. 27, 2022, https://www.oracle.com/a/ocom/docs/engineered-systems/exadata/exadata-cloud-at-customer-security-controls.pdf.

Oracle, "Introduction to Blueprints," Enterprise Manager Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/cd/E63000_01/EMCLO/blueprint.htm#EMCLO1910.

Oracle, "Oracle Exadata Cloud@Customer X9M", Version 1.17, 2022, https://www.oracle.com/dk/a/ocom/docs/engineered-systems/exadata/exacc-x9m-ds.pdf.

Oracle, "Oracle Gen 2 Exadata Cloud@Customer Security Controls", version 2.18, Jul. 27, 2022, https://www.oracle.com/a/ocom/docs/engineered-systems/exadata/exadata-cloud-at-customer-security-controls.pdf.

Oracle, "Using the DBaas Self Service Portal," Cloud Administration Guide, retrieved Sep. 29, 2022 from https://docs.oracle.com/en/enterprise-manager/cloud-control/enterprise-manager-cloud-control/13.4/emclo/using-dbaas-self-service-portal.html#GUID-2FDAFF57-E1D2-4049-8E78-2704BB12D2FD.

Oracle, "Using the DBaas Self Service Portal," Cloud Administration Guide, retrieved on Oct. 17, 2022 from https://docs.oracle.com/en/enterprise-manager/cloud-control/enterprise-manager-cloud-control/13.4/emclo/using-dbaas-self-service-portal.html#GUID-2FDAFF57-E1D2-4049-8E78-2704BB12D2FD.

Oracle, "Part III: Database Provisioning" Enterprise Manager Lifecycle Management Administrator's Guide (2012) from https://docs.oracle.com/cd/E24628_01/em.121/e27046/part_db_prov.htm#CHDBHBCE (accessed Jun. 28, 2021).

Palmer, Brent, "Date Range." Dribbble, published Oct. 21, 2015 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <https://dribbble.com/shots/2306949-Date-Range> (Year: 2015).

Patil, Manoj E. et al. "Design and Implementation of Graphical User Interface for Relational Database Management System" (2012), International Journal of Computer Science and Information Technologies (IJCSIT), vol. 3 (3), p. 3871-3874.

Planetscale, Deployment Options Documentation, Aug. 1, 2022, https://planetscale.com/docs/concepts/deployment-options#cloud.

Planetscale, Query Insights Documentation, 2022, https://planetscale.com/docs/concepts/query-insights/insights-page-overview.

Planetscale, The MySQL-compatible serverless database platform, 2022, https://planetscale.com.

Poitras, Steven. "The Nutanix Bible" (Jan. 11, 2014), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).

Poitras, Steven. "The Nutanix Bible" (Oct. 15, 2013), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).

Poitras, Steven. "The Nutanix Bible" (Sep. 17, 2019), from https://nutanixbible.com/.

Poitras, Steven. "The Nutanix Bible" (Jun. 20, 2014), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).

Poitras, Steven. "The Nutanix Bible" (Jan. 7, 2015), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).

Poitras, Steven. "The Nutanix Bible" (Jun. 9, 2015), from http://stevenpoitras.com/the-nutanix-bible/ (Publication date based on indicated capture date by Archive.org; first publication date unknown).

Principled Technologies, "VMware vCloud Automation Center DBaaS: Provision databases in minutes" A Principled Technologies Test Report (Aug. 2014) from https://www.principledtechnologies.com/vmware/vCAC_DBaaS_0914.pdf (accessed Jun. 2, 2021).

Raffic, Mohammed, "Creating Linked Clone Desktop Pools in VMware Horizon View 6.X," VMware Arena, published Mar. 15, 2017, retrieved Sep. 11, 2022 from http://www.vmwarearena.com/creating-linked-clone-desktop-pools-in-vmware-horizon-view-6-x/.

Red Hat "Chapter 4. Configuring The Haproxy Load Balancer" Red Hat Customer Portal. 2020. Retrieved on Dec. 22, 2020 from

(56)            **References Cited**

OTHER PUBLICATIONS

https://access.redhat.com/documentation/en-us/red_hat_cloudforms/
4.6/html/high_availability_guide/configuring_haproxy (Year: 2020).
Reed, Kate "Nutanix Introduces Database Services with Era" (pub-
lished May 9, 2018) Business Wire, from https://www.businesswire.
com/news/home/20180509005397/en/ (accessed Dec. 18, 2019).
Reed, Kate "Nutanix Introduces Database Services with Era" (pub-
lished May 9, 2018) Nutanix Press Releases, from https://ir.nutanix.
com/company/press-releases/press-release-details/2018/Nutanix-
Introdu/ (accessed Dec. 18, 2019).
Rocheleau, Jake, "30 Best Free Calendar & Datepicker jQuery
Plugins." Vandelay Design, published Aug. 29, 2018 (Retrieved
from the Internet Apr. 7, 2020). Internet URL: <https://www.
vandelaydesign.com/30-best-free-jquery-plugins/> (Year: 2018).
Rubrik, "Exploring the Depth of Simplicity: Protecting Microsoft
SQL Server with Rubrik," Technical White Paper, published Mar.
2017, retrieved on Jan. 2, 2023 from https://www.rubrik.com/content/
dam/rubrik/en/resources/white-paper/Protecting-Microsoft-SQLServer-
with-Rubrik.pdf.
Rubrik, "Hyperconverged Infrastructure with the Simplest Data
Protection," published Jan. 2016, retrieved on Jan. 2, 2023 from
https://web.archive.org/web/20210117100439/https://www.rubrik.
com/wp-content/uploads/2015/12/Joint-Solution-Brief-Nutanix-and-
Rubrik.pdf.
Sanglaji, Maryam et al. "Nutanix Era: Databases Made Simple"
(published 2018) Nutanix, from https://www.nutanix.com/blog/
nutanix-era-databases-made-simple (accessed Dec. 18, 2019).
Sanglaji, Maryam et al. "Nutanix Era: One-click Database Man-
agement (London)" (published 2018) .Next Conference 2018, from
https://next.nutanix.com/next-conference-2018-54/nutanix-era-one-
click-database-manag (accessed Dec. 18, 2019).
Sanglaji, Maryam et al. "Nutanix Era: One-click Database Man-
agement" (published 2018) .Next Conference 2018, from https://
www.dropbox.com/s/tfhw1nb0rcvexg3/NEXTEURO2018%20-%
20Nutanix%20Era-One%20click%20Database%20Management.pdf?
dl=0 (accessed Dec. 18, 2019).
Savjani, Parikshit, "Automate your Azure Database for MySQL
deployments using ARM templates," Microsoft Azure, published
Nov. 1, 2018, retrieved Sep. 29, 2022 from https://azure.microsoft.
com/en-us/blog/automate-your-azure-database-for-mysql-deployments-
using-arm-templates/.
Sharif, Ashraf. "Making Your Database Components Highly Avail-
able (HA) via Load Balancers" Several Nines. Mar. 20, 2018.
Retrieved from https://severalnines.com/blog/become-clustercontrol-
dba-making-your-db-components-ha-load-balancers (Year: 2018).
Stack Exchange Users. "PostgreSQL High Availability/Scalability
using HAProxy and PGBouncer" Stack Exchange. Nov. 2020.
Retrieved from https://dba.stackexchange.com/questions/56559/
postgresql-high-availability-scalability-using-haproxy-and-
pgbouncer (Year: 2020).
Stepan, "How to Set Up Multi-Cluster Load Balancing with GKE",
DoiT International. Aug. 17, 2020. Received from https://blog.doit-
intl.com/how-to-setup-multi-cluster-load-balancing-with-gke-
4b407e1f3dff (Year: 2020).
Stone, "Cross Tenant Access", LoanPro Help, https://help.loanpro.
io/article/vyy37c5bhd-cross-tenant-access, accessed Jun. 29, 2022.
Storti, Brian "A Primer on Database Replication" Brianstorti.com
(May 23, 2017) from https://www.brianstorti.com/replication/ (accessed
Jun. 28, 2021).
Tang, "Multi-tenant access control for cloud services", Aug. 2014,
The University of Texas at San Antonio College of Sciences.
Tarvo, Alexander et al., "CanaryAdvisor: a statistical-based tool for
canary testing (demo)" Proceedings of the 2015 International Sym-
posium on Software Testing and Analysis (ISSTA 2015), pp. 418-
422, Jul. 13, 2015, DOI: 10.1145/2771783.2784770 (Year: 2015).
Tessel for Oracle, "Fully-managed, high-performance Oracle data-
bases with enterprise-grade data protection, security, and compli-
ance@ your terms", 2022, https://www.tessell.io/services/oracle.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jan.
12, 2016.

The Nutanix Bible; from https://nutanixbible.com/; accessed on
Jun. 25, 2018.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jan.
3, 2017.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jan.
3, 2018.
The Nutanix Bible; from https://nutanixbible.com/; accessed on
Sep. 4, 2015.
The Nutanix Bible; from https://nutanixbible.com/; accessed on Jun.
8, 2019.
The Nutanix Bible; from https://nutanixbible.com/; accessed on
Jun. 8, 2017.
The Nutanix Bible; from https://nutanixbible.com/; accessed on
Jun. 9, 2016.
U.S. Office Action on U.S. Appl. No. 17/006,595 dated Aug. 27,
2021.
Virtualization Works, "VMware vFabric Data Director" Virtualiza-
tion Works: VMware Authorized Online Reseller, (Jun. 2021) from
https://www.virtualizationworks.com/vFabric-Data-Director.
asp#:~: text=VMware%C2%AE%20vFabric%E2%84%A2%
20Data,agility%20and%20reducing%20database%20TCO (accessed
Jun. 28, 2021).
VMware "VMware vFabric Data Director Administrator and User
Guide: Clone a Database" (2012) from https://pubs.vmware.com/
datadirector/index.jsp?topic=%2Fcom.vmware.datadirector.admin.
doc%2FGUID-426EEA1E-BF44-462F-B400-E2421F53144D.html
(accessed Dec. 17, 2019).
VMware Horizon, "Horizon Control Plane Services Architecture",
Sep. 2021, https://images.techzone.vmware.com/sites/default/files/
resource/horizon_control_plane_services_architecture_noindex.
pdf.
VMware Tanzu, "Innovate and grow your business on any and many
clouds-fast", 2022.
VMware, "Clone a Virtual Machine," VMware Fusion, published
Sep. 3, 2020, retrieved Sep. 11, 2022 from https://docs.vmware.
com/en/VMware-Fusion/12/com.vmware.fusion.using.doc/GUID-
482C606F-0143-4466-A64A-F64116BC5430.html.
VMware, "Create a Workload Cluster Template," VMware Telco
Cloud Automation, published Apr. 6, 2021, retrieved on Sep. 29,
2022 from https://docs.vmware.com/en/VMware-Telco-Cloud-
Automation/19/com.vmware.tca.userguide/GUID-E33A228F-4FB6-
41BB-BC8E-AB0D364ZB788.html.
VMware, "Deploy a Virtual Machine from a Template in the
vSphere Web Client," VMware vSphere, published Apr. 8, 2021,
retrieved Sep. 29, 2022 from https://docs.vmware.com/en/VMware-
vSphere/6.7/com.vmware.vsphere.vm_admin.doc/GUID-8254CD05-
CC06-491D-BA56-A773A32A8130.html.
VMware, "Getting Started with Database Ingestion," VMware
vFabric Data Director 2.0, retrieved Sep. 11, 2022 from https://
www.vmware.com/pdf/vfabric-data-director-20-database-ingestion-
guide.pdf.
VMware, "Horizon 7 Administration," VMware Horizon 7 7.13,
published Oct. 2020, retrieved Sep. 11, 2022 from https://docs.
vmware.com/en/VMware-Horizon-7/7.13/horizon-administration.
pdf.
VMware, "Horizon Cloud on Microsoft Azure Architecture", https://
techzone.vmware.com/resource/horizon-cloud-on-microsoft-azure-
architecture#introduction.
VMware, "Horizon Cloud Pods in Microsoft Azure—Create a VDI
Multi-Cloud Assignment in Your Horizon Cloud Tenant Environ-
ment", Aug. 8, 2022, https://docs.vmware.com/en/VMware-Horizon-
Cloud-Service/services/hzncloudmsazure.admin15/GUID-9EE86FC9-
49CB-4995-8346-3AA76CCE96F8.html.
VMware, "Horizon Control Plane Services Architecture", Sep.
2021, https://images.techzone.vmware.com/sites/default/files/resource/
horizon_control_plane_services_architecture_noindex.pdf.
VMware, "Horizon Messaging", https://docs.vmware.com/en/
VMware-Horizon-7/7.13/horizon-architecture-planning/GUID-
39B5D03B-F619-4355-A30A-F8544D95539C.html.
VMware, "Learn More About Network Profiles in vRealize Auto-
mation Cloud", https://docs.vmware.com/en/vRealize-Automation/
services/Using-and-Managing-Cloud-Assembly/GUID-01E442EE-
4004-4ED1-AA32-9CF73F24CB09.html.

# US 11,860,818 B2

Page 9

(56)         **References Cited**

OTHER PUBLICATIONS

VMware, "Managing Virtual Machines in VMware Cloud on AWS," VMware Cloud on AWS, published Feb. 11, 2021, retrieved on Sep. 29, 2022 from https://docs.vmware.com/en/VMware-Cloud-on-AWS/services/com.vmware.vsphere.vmc-aws-manage-data-center-vms.doc/GUID-5ED3C460-9E84-4E12-90CF-48EB9EDDCDD6.html.

VMware, "Setting Up Virtual Desktops in Horizon Console," VMware Horizon 7 7.13, published Oct. 2020, retrieved Sep. 11, 2022 from https://docs.vmware.com/en/VMware-Horizon-7/7.13/virtual-desktops.pdf.

VMware, "Snapshot Files," VMware vSphere, published Jul. 29, 2022, retrieved Sep. 11, 2022 from https://docs.vmware.com/en/VMware-vSphere/7.0/com.vmware.vsphere.vm_admin.doc/GUID-38F4D574-ADE7-4B80-AEAB-7EC502A379F4.html.

VMware, "Understanding Clones in VMware vSphere 7," Performance Study, published May 27, 2021, retrieved on Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/techpaper/performance/cloning-vSphere7-perf.pdf.

VMware, "Using VMware Workstation Pro," VMware Workstation Pro 16.0, published 2021, retrieved Sep. 11, 2022 from https://docs.vmware.com/en/VMware-Workstation-Pro/16.0/workstation-pro-16-user-guide.pdf.

VMware, "VMware Horizon 7 Instant-Clone Desktops And RDSH Servers," VMware Horizon 7.x, published Jul. 2017, retrieved Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/techpaper/vmware-horizon-view-instant-clone-technology.pdf.

VMware, "VMware Horizon on VMware vSAN Best Practices," Technical White Paper, published Dec. 2020, retrieved Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/products/vsan/vmware-horizon-7-on-vmware-vsan-best-practices.pdf.

VMware, "VMware vFabric Data DirectorAdministrator and User Guide," vFabric Data Director 1.0, retrieved Sep. 11, 2022 from https://usermanual.wiki/vmware/vfabricdatadirector10ag.715740134/view.

VMware, "VMware vStorage Virtual Machine File System," Vmware Technical White Paper Updated for VMware Vsphere 4 Version 2.0, retrieved Sep. 11, 2022 from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/techpaper/vmware-vmfs-tech-overview-white-paper.pdf.

VMware, "vRealize Automation Cloud and VMware Cloud on AWS", https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/vrealize-automation/vmw-vrealize-automation-cloud-on-aws-solution-brief.pdf.

VMware, "Create a Workload Cluster Template" (published Apr. 6, 2021) from https://docs.vmware.tca.userguide/GUID-E33A228F-4FB6-41BB-BC8E-AB0D3642B788.html (accessed Sep. 10, 2021).

VMware, "Deploy a Virtual Machine from a Template in the vSphere Web Client" (published Apr. 8, 2021) from https://docs.vmware.com/en/VMware-vSphere/6.7/com.vmware.vsphere.vm_admin.doc/GUID-8254CD05-CC06-491D-BA56-A773A32A8130.html (accessed Sep. 10, 2021).

VMware, "Getting Started with Database-as-a-Service" VMware vFabric Data Director 2.0 (2012) from https://www.vmware.com/pdf/vfabric-data-director-20-database-as-a-service-guide.pdf (accessed Jun. 2, 2021).

VMware, "Managing Virtual Machines in VMware Cloud on AWS" (published Feb. 11, 2021) from https://docs.vmware.com/en/VMware-Cloud-on-AWS/services/com.vmware.vsphere.vmc-aws-manage-data-center-vms.doc/GUID-5ED3C460-9E84-4E12-90CF-48EB9EDDCDD6.html (accessed Sep. 10, 2021).

VMware, "Virtual Volumes and Replication" VMware Docs (May 31, 2019) from https://docs.vmware.com/en/VMware-vSphere/6.5/com.vmware.vsphere.storage.doc/GUID-6346A936-5084-4F38-ACB5-B5EC70AB8269.html (accessed Jun. 2, 2021).

VMware, "VMware vFabric Data Director 2.0: Getting Started with Database Provisioning" (2012) from https://www.vmware.com/pdf/vfabric-data-director-20-database-provision-guide.pdf (accessed Dec. 18, 2019).

VMware, "What's New in vSphere 7 Core Storage" VMware The Cloud Platform Tech Zone (May 17, 2021) from https://core.vmware.com/resource/whats-new-vsphere-7-core-storage#sec2-sub5 (accessed Jun. 2, 2021).

VMware, "What's New: vSphere Virtual Volumes" VMware Storage Business Unit Documentation (Aug. 2015) from https://www.vmware.com/content/dam/digitalmarketing/vmware/en/pdf/products/virtualvolumes/vmware-whats-new-vsphere-virtual-volumes.pdf (accessed Jun. 2, 2021).

VMware, Cloud Control Plane Management, "Horizon Control Plane Services", https://www.vmware.com/in/products/horizon/controlplane.html.

VMware, Create Network Profiles, https://vdc-repo.vmware.com/vmwb-repository/dcr-public/e07569a6-6154-45d7-acdf-595e0b089892/44bb2e01-dd74-44e8-98da-b16f257b9a8d/GUID-35DF1889-6E34-449E-915A-3BC5C4DA172C.html.

Warner, Alex et al., "Chapter 16 — Canarying Releases" (published 2018) Google Workbook published by O'Reilly Media, Inc., from https://sre.google/workbook/canarying-releases/ (accessed Sep. 14, 2021).

Warren, "Internet Archive Wayback Machine Introduces New Beta Version With Calendar View." warren's blog, published Jan. 23, 2011 (Retrieved from the Internet Apr. 7, 2020). Internet URL: <warrenduecker.blogspot.com/2011/01/internet-archive-wayback-machine.html> (Year: 2011).

WebDeveloper Juice, "7 Beatiful Web Based Timeline Using Javascript and CSS," WebDeveloper Juice, published Sep. 28, 2011, retrieved Feb. 11, 2022 from <https://www.webdeveloperjuice.com/2011/09/28/7-beautiful-web-based-timeline-using-javascript-and-css/> (Year: 2011).

Wickstrom, Frank, "Keeping personal data personal with database sanitization" Anders. (Jun. 26, 2019) from https://www.anders.com/en/blog/keeping-personal-data-personal-with-database-sanitization/ (accessed Jun. 28, 2021).

YouTube Video for Delphix Corp., "How To Create Database Copies with Delphix," YouTube, Apr. 3, 2018, https://www.youtube.com/watch?v=1EjR-k4EJ68 [youtube.com].

YouTube Video for Rubrik, "Item-level Recovery with Rubrik SQL Server Live Mount," YouTube, Jul. 12, 2018, https://www.youtube.com/watch?app=desktop&v=Upp4Ume03P0&feature=youtu.be [youtube.com].

YouTube Video screenshots for "Nutanix Business Critical Applications & Databases—.Next Europe 2019," YouTube, Oct. 16, 2019, https://www.youtube.com/watch?v=KI7IEmm6j60 [youtube.com].

YouTube Video screenshots for "Nutanix Era .Next 2019 Demo," YouTube, May 10, 2019, https://www.youtube.com/watch?v=PAWHHdCEArc&t=267s [youtube.com].

YouTube Video screenshots for Nutanix , "Nutanix Era .Next 2019 Demo", YouTube, May 10, 2019, https://youtu.be/PAWHHdCEArc [youtube.com].

YouTube Video screenshots for Nutanix , "Unify Private and Public Clouds with Nutanix Clusters", YouTube, Jul. 31, 2020, https://www.youtube.com/watch?v=xuw4F4wBDoc [youtube.com].

Zhang, Junchi, "vFabric Data Director 2.7 customer deck," published May 17, 2013, retrieved Sep. 11, 2022 from https://www.slideshare.net/harryaya/vfabric-data-director-27-customer-deck.

AWS. "Create a custom Windows AMI" Amazon Elastic Compute Cloud. Jan. 15, 2013. Retrieved from https://docs.aws.amazon.com/AWSEC2/latest/WindowsGuide/Creating_EBSbacked_WinAMI.html (accessed Aug. 30, 2023).

AWS. "Creating and connecting to an Oracle DB instance" Amazon Relational Database Service. Jun. 6, 2014. Retrieved from https://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/CHAP_GettingStarted.CreatingConnecting.Oracle.html (accessed Aug. 30, 2023).

AWS. "Maintaining a DB instance" Amazon Relational Database Service. Sep. 5, 2015. Retrieved from https://docs.aws.amazon.com/

(56)          **References Cited**

OTHER PUBLICATIONS

AmazonRDS/latest/UserGuide/USER_UpgradeDBInstance. Maintenance.html#OS_Updates (accessed Aug. 30, 2023).
CloudThat. "Virtualization in Amazon Web Services" CloudThat. Oct. 16, 2014. Retrieved from https://www.cloudthat.com/resources/blog/virtualization-in-amazon-web-services (accessed Aug. 30, 2023).
Havewala, Porus. "Back Up a Thousand Databases Using Enterprise Manager Cloud Control 12c" Technical Article. Jan. 2014. Retrieved from https://www.oracle.com/technical-resources/articles/enterprise-manager/havewala-rman-em12c.html (accessed Aug. 30, 2023).
Matijaca, Ante, "Dashboard" Dribbble, published Dec. 21, 2015, retrieved Feb. 11, 2022 from <https://dribbble.com/shots/2417233-Dashboard> (Year: 2015).
Mongodb. "mongodb" GitHub. Mar. 2015. Retrieved from https://github.com/mongodb/docs/blob/v4.2/source/core/replica-set-priority-0-member.txt (accessed Aug. 30, 2023).
Non-Final Office Action on U.S. Appl. No. 17/694,964 dated Aug. 9, 2023.
Oracle. "About Managed Targets" Enterprise Manager Cloud Control Extensibility Programmer's Guide. May 2014. Retrieved from https://docs.oracle.com/cd/E24628_01/doc.121/e25159/managed_targets.htm#EMPRG140 (accessed Aug. 30, 2023).
Oracle. "Managing Groups" Enterprise Manager Cloud Control Administrator's Guide. Feb. 2016. Retrieved from https://docs.oracle.com/cd/E24628_01/doc.121/e24473/group_management.htm#EMADM9216 (accessed Aug. 30, 2023).
Quest. "Creating custom User-defined Database Groups" Support. Aug. 16, 2017. Retrieved from https://support.quest.com/kb/4229519/creating-custom-user-defined-database-groups (accessed Aug. 30, 2023).
Reinero, Bryan. "Your Ultimate Guide to Rolling Upgrades" MongoDB. May 1, 2018. Retrieved from https://www.mongodb.com/blog/post/your-ultimate-guide-to-rolling-upgrades (accessed Aug. 30, 2023).
Steven Tom, Idaho National Laboratory, "Recommended Practice for Patch Management of Control Systems", Dec. 2008, Cybersecurity Infrastructure Security Agency (CISA), U.S. Department of Homeland Security. (Year: 2008).
YouTube Video screenshots for Alibaba Cloud. "How-to | Launch a MySQL Instance on Alibaba Cloud ApsaraDB for Relational Database Service" YouTube. Feb. 27, 2017. https://youtu.be/E5wGoIVFBuU [youtube.com].
YouTube Video screenshots for Alibaba Cloud. "How-to | Set Up a Multi tier WordPress Site on Alibaba Cloud" YouTube. Jun. 25, 2018. https://youtu.be/yWXhibyIW6M [youtube.com].
YouTube Video screenshots for Amazon Web Services. "Amazon ECS: Core Concepts" YouTube. Aug. 31, 2017. https://www.youtube.com/watch?app=desktop&v=eq4wL2MiNqo&feature=youtu.be [youtube.com].
AWS. "Create a DB instance" Amazon Relational Database Service. Jan. 2016. Retrieved from https://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/CHAP_Tutorials.WebServerDB.CreateDBInstance.html (accessed Jul. 26, 2023).
AWS. "Creating and connecting to a MySQL DB instance" Amazon Relational Database Service. May 2014. Retrieved from https://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/CHAP_GettingStarted.CreatingConnecting.MySQL.html (accessed Jul. 26, 2023).
Jain, Viral. "How To Create SQL Database In AWS" C-Sharp Corner. May 4, 2018. Retrieved from https://www.c-sharpcorner.com/article/how-to-create-sql-database-in-aws/ (accessed Jul. 26, 2023).
Sharma, Madhurkant. "Cloud Computing Platforms and Technologies" Geeks for Geeks. Sep. 8, 2018. Retrieved from https://www.geeksforgeeks.org/cloud-computing-platforms-and-technologies/ (accessed Jul. 26, 2023).
YouTube Video screenshots for Alibaba Cloud. "How-to | Launch a MySQL Instance on Alibaba Cloud ApsaraDB for Relational Database Service" YouTube. Feb. 27, 2017. https://youtube.com/watch?v=E5wGoIVFBuU [youtube.com].

AWS. "Amazon Relational Database Service (RDS)" Amazon Relational Database Service. Dec. 24, 2017. Retrieved from https://web.archive.org/web/20171224182936/https://aws.amazon.com/rds/#features (accessed Sep. 6, 2023).
AWS. "Creating a MySQL DB Instance and Connecting to a Database on a MySQL DB Instance" Amazon Relational Database Service. Dec. 22, 2017. Retrieved from https://web.archive.org/web/20171222204154/https://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/CHAP_GettingStarted.CreatingConnecting.MySQL.html (accessed Sep. 6, 2023).
AWS. "Regions and Availability Zones" Amazon Relational Database Service. Dec. 22, 2017. Retrieved from https://web.archive.org/web/20171222195304/http://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/Concepts.RegionsAndAvailabilityZones.html (accessed Sep. 6, 2023).
Google Cloud. "Creating Instances" Database Products. Sep. 18, 2018. Retrieved from https://web.archive.org/web/20180918103721/https://cloud.google.com/sql/docs/mysql/create-instance (accessed Sep. 6, 2023).
MYSQL. "Creating a MySQL Server Deployment" Documentation. Mar. 13, 2017. Retrieved from https://web.archive.org/web/20170313043247/http://docs.oracle.com/cloud/latest/mysql-cloud/UOMCS/GUID-D03FE523-AD8D-4C53-935C-D5D6513D2A24.htm#GUID-D03FE523-AD8D-4C53-935C-D5D6513D2A24 (accessed Sep. 6, 2023).
Actifio Enablement Team, "https://Awww.youtube.com/watch?v=7mCcJTXxFM3|", "Oracle Advanced Data Protection and Workflows", May 15, 2018 ) (Year: 2018).
AWS. "Amazon DocumentDB elastic clusters: how it works" Amazon DocumentDB. Retrieved from https://docs.aws.amazon.com/documentdb/latest/developerguide/elastic-how-it-works.html (accessed Apr. 6, 2023).
AWS. "Amazon EC2 M5 Instances" Amazon DocumentDB. Amazon EC2. Retrieved from https://aws.amazon.com/ec2/instance-types/m5/ (accessed Apr. 6, 2023).
AWS. "Amazon ECS clusters" Amazon Elastic Container Service. Retrieved from https://docs.aws.amazon.com/AmazonECS/latest/developerguide/clusters.html (accessed Apr. 6, 2023).
AWS. "Amazon Virtual Private Cloud" User Guide. Retrieved from https://docs.aws.amazon.com/pdfs/vpc/latest/userguide/vpc-ug.pdf#what-is-amazon-vpc (accessed Apr. 6, 2023).
AWS. "AWS glossary" AWS General Reference Guide. Retrieved from https://docs.aws.amazon.com/general/latest/gr/glos-chap.html (accessed Apr. 6, 2023).
AWS. "Copy a snapshot" Amazon Elastic Compute Cloud. Retrieved from https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/ebs-copy-snapshot.html#ebs-snapshot-copy (accessed Apr. 6, 2023).
AWS. "CopySnapshot" Amazon Elastic Compute Cloud. Retrieved from https://docs.aws.amazon.com/AWSEC2/latest/APIReference/API_CopySnapshot.html (accessed Apr. 6, 2023).
AWS. "CreateDBInstanceReadReplica" Amazon Relational Database Service. Retrieved from https://docs.aws.amazon.com/AmazonRDS/latest/APIReference/API_CreateDBInstanceReadReplica.html (accessed Apr. 25, 2023).
AWS. "Introducing Five New Amazon EC2 Bare Metal Instances" Amazon Web Services. Feb. 13, 2019. Retrieved from https://aws.amazon.com/about-aws/whats-new/2019/02/introducing-five-new-amazon-ec2-bare-metal-instances/ (accessed Apr. 6, 2023).
AWS. "Kubernetes on AWS" Amazon Web Services. Retrieved from https://aws.amazon.com/kubernetes/#:~:text=Kubernetes%20manages%20clusters%20of%20Amazon,premises%20and%20in%20the%20cloud (accessed Apr. 6, 2023).
AWS. "Storage" Amazon Elastic Compute Cloud. Retrieved from https://docs.aws.amazon.com/AWSEC2/latest/WindowsGuide/Storage.html (accessed Apr. 6, 2023).
AWS. "Use EBS direct APIs to access the contents of an EBS snapshot" Amazon Elastic Compute Cloud. Retrieved from https://docs.aws.amazon.com/AWSEC2/latest/UserGuide/ebs-accessing-snapshot.html (accessed Apr. 6, 2023).
AWS. "User Guide for Linux Instances" Amazon Elastic Compute Cloud. 2023. Retrieved from https://docs.aws.amazon.com/pdfs/AWSEC2/latest/UserGuide/ec2-ug.pdf#ebs-accessing-snapshot (accessed Apr. 6, 2023).

(56)          **References Cited**

OTHER PUBLICATIONS

AWS. "What Is An Instance In Cloud Computing?" Amazon Web Services. Retrieved from https://aws.amazon.com/what-is/cloud-instances/#:~:text=You%20can%20run%20multiple%20virtual,of%20sharing%20and%20scaling%20resources (accessed Apr. 6, 2023).

AWS. "Working with DB instance read replicas" Amazon Relational Database Service. Retrieved from https://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/USER_ReadRepl.html (accessed Apr. 25, 2023).

AWS. "Working with read replicas for Microsoft SQL Server in Amazon RDS" Amazon Relational Database Service. Retrieved from https://docs.aws.amazon.com/AmazonRDS/latest/UserGuide/SQLServer.ReadReplicas.html (accessed Apr. 25, 2023).

Barr, Jeff. "Amazon EC2 Bare Metal Instances with Direct Access to Hardware" AWS News Blog. Nov. 28, 2017. Retrieved from https://aws.amazon.com/blogs/aws/new-amazon-ec2-bare-metal-instances-with-direct-access-to-hardware/ (accessed Apr. 6, 2023).

Barr, Jeff. "New—Cross-Account Copying of Encrypted EBS Snapshots" AWS News Blog. Jun. 21, 2016. Retrieved from https://aws.amazon.com/blogs/aws/new-cross-account-copying-of-encrypted-ebs-snapshots/ (accessed Apr. 6, 2023).

Featonby, Malcolm. "Amazon ECS availability best practices" Containers. Nov. 8, 2019. Retrieved from https://aws.amazon.com/blogs/containers/amazon-ecs-availability-best-practices/ (accessed Apr. 6, 2023).

Final Office Action on U.S. Appl. No. 16/234,547 dated May 11, 2023.

Final Office Action on U.S. Appl. No. 16/805,581 dated Jul. 6, 2022.

Flexera. "How can I copy an EBS snapshot between different EC2 regions?" Flexera CMP Docs. Retrieved from https://docs.rightscale.com/faq/clouds/aws/How_can_I_copy_an_EBS_snapshot_between_different_EC2_regions.html (accessed Apr. 6, 2023).

Microsoft. "Basic Always On availability groups for a single database" SQL Server. Mar. 3, 2023. Retrieved from https://learn.microsoft.com/en-us/sql/database-engine/availability-groups/windows/basic-availability-groups-always-on-availability-groups?view=sql-server-ver16 (accessed Apr. 25, 2023).

Microsoft. "What is BareMetal Infrastructure on Azure?" BareMetal Infrastructure. Apr. 10, 2023. Retrieved from https://learn.microsoft.com/en-us/azure/baremetal-infrastructure/concepts-baremetal-infrastructure-overview (accessed Apr. 20, 2023).

Non-Final Office Action on U.S. Appl. No. 16/805,581 dated Jan. 14, 2022.

Non-Final Office Action on U.S. Appl. No. 16/805,581 dated Oct. 12, 2022.

Non-Final Office Action on U.S. Appl. No. 17/337,197 dated Jun. 6, 2023.

Notice of Allowance on U.S. Appl. No. 16/805,581 dated Apr. 3, 2023.

Nutanix Inc., "Prism 5.5, Prism Central Guide" (Jul. 7, 2020) pp. 1-618.

Nutanix, Inc. "Prism Central Guide", Acropolis 5.0, (Oct. 18, 2018), pp. 1-374.

Nutanix, Inc., "Acropolis Advance Administration Guide" Acropolis 5.0 Feb. 9, 2018, pp. 1-60.

Nutanix, Inc., "Acropolis Advanced Administration Guide" Acropolis 5.1, Jul. 11, 2018, pp. 1-63.

Nutanix, Inc., "Prism Central Guide", Acropolis 5.1, (Oct. 18, 2018), pp. 1-410.

Nutanix, Inc., "Prism Web Console Guide" Prism 5.8, (Mar. 19, 2019), pp. 1-808.

PlanetScale. "PlanetScale is the world's most advanced serverless MySQL platform" PlanetScale. Retrieved from https://planetscale.com/ (accessed Apr. 6, 2023).

Polovyi, Ivan. "AWS ECS Cluster using the EC2 Launch Type" AWS in Plain English. Jul. 25, 2021. Retrieved from https://aws.plainenglish.io/aws-ecs-cluster-using-the-ec2-launch-type-cb5ae2347b46 (accessed Apr. 6, 2023).

Singh, Deepak. "Cluster Management with Amazon ECS" AWS Compute Blog. Feb. 6, 2015. Retrieved from https://aws.amazon.com/blogs/compute/cluster-management-with-amazon-ecs/ (accessed Apr. 6, 2023).

Tahir, Saqlain. "Field Notes: SQL Server Deployment Options on AWS Using Amazon EC2" Aws Architecture Blog. Jun. 18, 2021. Retrieved from https://aws.amazon.com/blogs/architecture/field-notes-sql-server-deployment-options-on-aws-using-amazon-ec2/ (accessed Apr. 6, 2023).

Tessell. "Differentiated Infrastructure. Delightful Management." Tessell. Retrieved from https://query.prod.cms.rt.microsoft.com/cms/api/am/binary/RW13XNT (accessed Apr. 6, 2023).

Tessell. "Multi-AZ High Availability for Oracle Standard Edition 2" Tessell. Retrieved from https://query.prod.cms.rt.microsoft.com/cms/api/am/binary/RW13XNV (accessed Apr. 6, 2023).

Tessell. "The Tessell platform provides unparalleled security for your data and users" Tessell. Retrieved from https://query.prod.cms.rt.microsoft.com/cms/api/am/binary/RW13XNU (accessed Apr. 6, 2023).

Vogels, Werner. "Under the Hood of Amazon EC2 Container Service" All Things Distributed. Jul. 20, 2015. Retrieved from https://www.allthingsdistributed.com/2015/07/under-the-hood-of-the-amazon-ec2-container-service.html (accessed Apr. 6, 2023).

Non-Final Office Action on U.S. Appl. No. 17/951,632 dated Sep. 14, 2023.

Kubernetes. "Authenticating" Kubernetes Documentation. Jul. 12, 2018. Retrieved from https://kubernetes.io/docs/reference/access-authn-authz/authentication/ (accessed Oct. 11, 2023).

Kubernetes. "Nodes" Kubernetes Documentation. Jul. 14, 2017. Retrieved from https://kubernetes.io/docs/concepts/architecture/nodes/ (accessed Oct. 11, 2023).

Kubernetes. "Operating etcd clusters for Kubernetes" Kubernetes Documentation. Sep. 27, 2018. Retrieved from https://kubernetes.io/docs/tasks/administer-cluster/configure-upgrade-etcd/ (accessed Oct. 11, 2023).

Progress. "Multi-tenant features" Progress Documentation. Apr. 12, 2017. Retrieved from https://docs.progress.com/bundle/openedge-database-management-117/page/Multi-tenant-features.html (accessed Sep. 28, 2023).

Progress. "Simple tenancy" Progress Documentation. Apr. 12, 2017. Retrieved from https://docs.progress.com/bundle/openedge-database-management-117/page/Simple-tenancy.html (accessed Sep. 28, 2023).

Progress. "Tenant ID" Progress Documentation. Apr. 12, 2017. Retrieved from https://docs.progress.com/bundle/openedge-database-multitenancy-117/page/Tenant-ID.html (accessed Sep. 28, 2023).

Progress. "Tenant-ID( ) method" Progress Documentation. Jun. 2011. Retrieved from https://docs.progress.com/bundle/abl-reference/page/TENANT-ID-method.html# (accessed Sep. 28, 2023).

Progress. "What is multi-tenancy?" Progress Documentation. Apr. 12, 2017. Retrieved from https://docs.progress.com/bundle/openedge-database-multitenancy-117/page/What-is-multi-tenancy.html (accessed Sep. 28, 2023).

Tabbara, Bassam, et al. "Introducing Crossplane—An Open Source Multi-Cloud Control-Plane" Dec. 4, 2018. Retrieved from https://docs.google.com/document/d/1whncqdUeU2cATGEJhHvzXWC9xdK29Er45NJeoemxebo/mobilebasic (accessed Sep. 28, 2023).

Ten Six. "How to Assign a Task Calendar in Microsoft Project" Ten Six Consulting. Feb. 27, 2018. Retrieved from https://tensix.com/how-to-assign-a-task-calendar-in-microsoft-project/ (accessed Sep. 28, 2023).

YouTube Video screenshots for Progress User Assistance. "Creating tenants, domains, and users in a Progress OpenEdge multi tenant database" YouTube. May 23, 2016. Retrieved from https://youtu.be/3kGL2afVV_E [youtube.com] (accessed Sep. 28, 2023).

YouTube Video screenshots for Progress. "Data Management: Table Partitioning and Multi-tenancy" YouTube. Oct. 8, 2018. Retrieved from https://www.youtube.com/watch?v=NbEuNmSazh8 [youtube.com] (accessed Sep. 28, 2023).

* cited by examiner

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 12 of 65

Case 5:24-cv-01729  Document 1-4  Filed 03/20/24  Page 13 of 65



FIG. 1



FIG. 2



300

305 — START

310 — PRESENT DATABASE ENGINE TYPE OPTIONS ON DASHBOARD AND RECEIVE SELECTION OF ONE DATABASE ENGINE TYPE

315 — PRESENT OPTIONS FOR CREATING NEW OR USING EXISTING SOURCE DATABASE VIRTUAL MACHINE, AND RECEIVE SELECTION OF PARAMETERS FOR CREATING NEW SOURCE DATABASE VIRTUAL MACHINE OR IDENTIFICATION OF EXISTING SOURCE DATABASE VIRTUAL MACHINE

320 — RECEIVE SELECTION OF PARAMETERS FOR CREATING/ REGISTRING SOURCE DATABASE SOURCE DATABASE VIRTUAL MACHINE

325 — PRESENT AND RECEIVE SELECTION OF PROTECTION SCHEDULE AND SLA FOR CREATING INSTANCE OF DATABASE PROTECTION SYSTEM

330 — END

FIG. 3

Case 5:24-cv-01729  Document 1-4  Filed 03/20/24  Page 16 of 65



FIG. 4A



FIG. 4B



FIG. 4C

Case 5:24-cv-01729 Document 1-4 Filed 03/20/24 Page 19 of 65



FIG. 4D

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 20 of 65



FIG. 4E



FIG. 4F

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 22 of 65



FIG. 4G

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 23 of 65



FIG. 5A



FIG. 5B

Case 5:24-cv-01729 Document 1-4 Filed 03/20/24 Page 25 of 65



FIG. 5C



FIG. 5D



FIG. 5E



FIG. 6



FIG. 7A



FIG. 7B



FIG. 7C



FIG. 7D



FIG. 7E



FIG. 7F



FIG. 8

Case 5:24-cv-01729  Document 1-4  Filed 03/25/24  Page 36 of 65



FIG. 9A

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 37 of 65



FIG. 9B

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 38 of 65



FIG. 9C

Case 5:24-cv-01729   Document 1-4   Filed 03/20/24   Page 39 of 65



FIG. 9D

Case 5:24-cv-01729 Document 1-4 Filed 03/20/24 Page 40 of 65



FIG. 9E



FIG. 9F



FIG. 9G

Case 5:24-cv-01729 Document 1-4 Filed 03/20/24 Page 43 of 65



START

1005

BACKUP EXTERNAL DATABASE

1010

CREATE SNAPSHOTS/TRANSACTIONAL LOGS FROM BACKUP

1015

CREATE CLONE FROM SNAPSHOTS/ TRANSACTIONAL LOGS

1020

RECREATE EXTERNAL DATABASE FROM CLONE

1025

SAVE RECREATED DATABASE

1030

END

1035

1000

FIG. 10

US 11,860,818 B2

1

# SYSTEM AND METHOD FOR PROVISIONING DATABASES IN A HYPERCONVERGED INFRASTRUCTURE SYSTEM

## CROSS-REFERENCE TO RELATED PATENT APPLICATIONS

This application is a continuation of U.S. patent application. Ser. No. 17/237,599, titled "System and Method for Provisioning Databases in a Hyperconverged Infrastructure System," filed on Apr. 22, 2021, which is a continuation of U.S. patent application Ser. No. 16/234,553, titled "System and Method for Provisioning Databases in a Hyperconverged Infrastructure System," filed on Dec. 27, 2018, the entireties of which are incorporated by reference herein.

## BACKGROUND

Virtual computing systems are widely used in a variety of applications. Virtual computing systems include one or more host machines running one or more virtual machines and other entities (e.g., containers) concurrently. Modern virtual computing systems allow several operating systems and several software applications to be safely run at the same time, thereby increasing resource utilization and performance efficiency. However, the present day virtual computing systems have limitations due to their configuration and the way they operate.

## SUMMARY

In accordance with some aspects of the present disclosure, a method is disclosed. The method includes receiving, by a database engine of a database system associated with a virtual computing system, a user request via a dashboard for provisioning a source database with the database system, receiving, by the database engine via the dashboard, selection of a database engine type, and receiving, by the database engine via the dashboard, selection of a Service Level Agreement ("SLA") and a protection schedule. The method also includes provisioning, by the database engine, the source database based upon the database engine type, creating, by the database engine, an instance of a database protection system based upon the SLA and the protection schedule, including associating the instance of the database protection system with the source database, and displaying, by the database engine, the source database within the dashboard.

In accordance with some other aspects of the present disclosure, a system is disclosed. The system includes a dashboard, a database engine configured to receive input from and provide output to the dashboard, and a database storage system configured to store a source database upon provisioning. The database engine is configured to receive a user request via the dashboard for provisioning the source database, receive selection of a database engine type via the dashboard, receive selection of a Service Level Agreement ("SLA") and a protection schedule via the dashboard, and provision the source database based upon the database engine type and store the source database within the database storage system. The database engine is also configured to create an instance of a database protection system based upon the SLA and the protection schedule, including associating the instance of the database protection system with the source database and display the source database within the dashboard.

2

In accordance with yet other aspects of the present disclosure, a non-transitory computer readable media with computer-executable instructions embodied thereon is disclosed. The instructions when executed by a processor of a database engine associated with a database system of a virtual computing system cause the database engine to perform a process. The process includes receiving a user request via a dashboard for provisioning a source database with the database system, receiving, via the dashboard, selection of a database engine type, and receiving, via the dashboard, selection of a Service Level Agreement ("SLA") and a protection schedule. The process also includes provisioning the source database based upon the database engine type, creating an instance of a database protection system based upon the SLA and the protection schedule, including associating the instance of the database protection system with the source database, and displaying the source database within the dashboard.

The foregoing summary is illustrative only and is not intended to be in any way limiting. In addition to the illustrative aspects, embodiments, and features described above, further aspects, embodiments, and features will become apparent by reference to the following drawings and the detailed description.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is an example block diagram of a cluster of a virtual computing system, in accordance with some embodiments of the present disclosure.

FIG. **2** is an example block diagram of a database system of the virtual computing system of FIG. **1**, in accordance with some embodiments of the present disclosure.

FIG. **3** is an example flowchart outlining operations for provisioning databases by the database system of FIG. **2**, in accordance with some embodiments of the present disclosure.

FIGS. **4A-4G** are example screenshots showing the operations of FIG. **3** for creating a new database, in accordance with some embodiments of the present disclosure.

FIGS. **5A-5E** are example screenshots showing the operations of FIG. **3** for registering an existing database, in accordance with some embodiments of the present disclosure.

FIG. **6** is an example block diagram showing a database protection system of the database system of FIG. **2**, in accordance with some embodiments of the present disclosure.

FIGS. **7A-7F** are example screenshots showing creating cloned databases from source databases, in accordance with some embodiments of the present disclosure.

FIG. **8** is an example flowchart outlining operations for creating cloned databases using the database protection system of FIG. **6**, in accordance with some embodiments of the present disclosure.

FIGS. **9A-9G** are example screenshots showing how snapshots and transactional logs are stored within the database system, in accordance with some embodiments of the present disclosure.

FIG. **10** is an example flowchart outlining operations for protecting an external database, in accordance with some embodiments of the present disclosure.

The foregoing and other features of the present disclosure will become apparent from the following description and appended claims, taken in conjunction with the accompanying drawings. Understanding that these drawings depict only several embodiments in accordance with the disclosure

3

4

and are therefore, not to be considered limiting of its scope, the disclosure will be described with additional specificity and detail through use of the accompanying drawings.

DETAILED DESCRIPTION

In the following detailed description, reference is made to the accompanying drawings, which form a part hereof. In the drawings, similar symbols typically identify similar components, unless context dictates otherwise. The illustrative embodiments described in the detailed description, drawings, and claims are not meant to be limiting. Other embodiments may be utilized, and other changes may be made, without departing from the spirit or scope of the subject matter presented here. It will be readily understood that aspects of the present disclosure, as generally described herein, and illustrated in the figures, can be arranged, substituted, combined, and designed in a wide variety of different configurations, all of which are explicitly contemplated and made part of this disclosure.

The present disclosure is generally directed to a virtual computing system having a plurality of clusters, with each of the plurality of clusters having a plurality of nodes. Each of the plurality of nodes includes one or more virtual machines and other entities managed by an instance of a monitor such as a hypervisor. These and other components may be part of a datacenter, which may be managed by a user (e.g., an administrator or other authorized personnel). A distributed storage system, for providing storage and protection capabilities, is associated with the virtual computing system. The virtual computing system may be configured for providing database management services. For example, at least some of the one or more virtual machines within the virtual computing system may be configured as database virtual machines for storing one or more databases. These databases may be managed by a database system. The database system may provide a plurality of database services. For example, in some embodiments, the database system may provide database provisioning services and copy data management services.

Database provisioning services involve creating and/or associating databases with the database system for management and use. Creating a new database and associating the database with the database system may be a complex and long drawn process. A user desiring to create a new database with a provider of the database system may make a new database creation request with the database provider. The user request may pass through multiple entities (e.g., people, teams, etc.) of the database provider before a database satisfying the user request may be created. For example, the user may be required to work with a first entity of the database provider to specify the configuration (e.g., database engine type, number of storage disks needed, etc.) of the database that is desired. Upon receiving the database configuration, another entity of the database provider may configure a database virtual machine for hosting the database, while yet another entity may configure the networking settings to facilitate access to the database upon creation. Yet another entity of the database provider may configure database protection services to backup and protect the database. All of these tasks may take a few to several days. Thus, creating the database is a time intensive process and inconvenient for the user. The user may not have the time or desire to wait for the multiple days to create the database.

Further, creating the database using the above procedure requires the user to rely on the other entities. If these other entities become unavailable, the user may have no choice but to wait for those entities to become operational again. Additionally, the user may not be fully privy to or even understand the various configurational details of the desired database that the user may be asked to provide to the other entities for creating the database. The present disclosure provides technical solutions to the above problems. Specifically, the database system of the present disclosure greatly simplifies the database provisioning service. The database system of the present disclosure allows the user to quickly and conveniently create a new database and associate the database with the database system without the need for contacting and working with multiple entities. The entire process of creating and associating the database with the database system may be completed by the user within a span of a few minutes instead of the multiple days mentioned above.

The database system of the present disclosure provides a user friendly, intuitive user interface that solicits information from and conveniently walks the user through the various steps for creating a new database within minutes. The database system may include a catalog of standardized configurations, which the user may select from the user interface for creating the database. The user may modify the standardized configurations or create custom configurations to suit their needs. By virtue of providing standardized configurations, the present disclosure simplifies the database creation process for the user. The user interface also hides the complexity of creating the database from the user. For example, the user need not worry about creating, partitioning, or associating storage space (e.g., storage disk space) with the database that is being created. The user may simply specify a size of the database that is desired in the user interface and the database system automatically translates that size into storage space. Thus, based upon the needs of the user, the user is able to specifically tailor the database during creation and create the database easily and quickly using the user interface.

The database system also provides the ability to register an existing database with the database system. Such existing databases may have been created outside of the database system. Users having existing databases may desire to associate their databases with the database system for management. Similar to creating a new database in the database system, registering an existing database with the database system is easy, convenient, and may be completed within a span of a few minutes via the user interface. As with the creation of a new database, the user interface walks the user through the registration process, provides standardized configurations for the user to select from, ability to modify the standardized configurations, and create new configurations. Upon registering the database with the database system, the database may take advantage of other database management services offered by the database system.

Copy data management services involve protecting a database. Protecting a database means replicating a state of the database for creating a fully functional copy of the database. Replicating the state of the database may involve creating fully functional clones (e.g., back-ups) of the database. Since the clones are fully functional copies of the original or source database, a user may perform operations on the cloned copy that would otherwise be performed on the original database. For example, the user may perform reporting, auditing, testing, data analysis, etc. on the cloned copy of the original database. A cloned database may be created by periodically capturing snapshots of the source database. A snapshot stores the state of the source database at the point in time at which the snapshot is captured. The

Case 5:24-cv-01529  Document 1-4  Filed 03/20/24  Page 46 of 65

5
6

snapshot is thus a point in time image of the database. The snapshot may include a complete encapsulation of the virtual machine on which the database is created, including the configuration data of the virtual machine, the data stored within the database, and any metadata associated with the virtual machine. Any of a variety of snapshotting techniques may be used. For example, in some embodiments, copy-on-write, redirect-on-write, near-sync, or other snapshotting methods may be used to capture snapshots. From the snapshot, the source database may be recreated to the state at which the snapshot was captured.

However, the number of snapshots that are captured in a given day may be limited. Specifically, because capturing a snapshot requires quiescing (e.g., pausing) the source database and entering a safe mode in which user operations are halted, it is desirable to take only a minimum number of snapshots in a day. Thus, choices of state that may recreated from a snapshot may be limited. If a state is desired that falls between the capture of two snapshots, the user is generally out of luck. Thus, the desire to limit the number of snapshots in a day results in a significant technical problem that results in losing changes made to a database since the last snapshot capture or between two snapshot captures. The present disclosure provides technical solutions to this problem.

Specifically, the present disclosure automatically creates an instance of a database protection system for each database (e.g., source database) that is created within or registered with the database system. The database protection system instance may be configured to protect the source database by automatically capturing snapshots of the source database. Additionally, to avoid losing changes in state between two snapshot captures or since the last snapshot capture, the database system may capture transactional logs. A transactional log may be a text, image, disk, or other type of file that records every transaction or change that occurs on the source database since a last snapshot capture. Thus, by using the snapshots or a combination of snapshots and transactional logs, any state of the source database down to the last second (or even fractions of seconds or other time granularities) may be recreated. Specifically, states of the source database that fall between the capture of two snapshots may be recreated by using a combination of snapshots and transactional logs.

The frequency of capturing transactional logs may be higher than the frequency of capturing snapshots in a day. For example, in some embodiments, by default, a transactional log may be captured every 30 minutes. In other embodiments, the user may define the frequency of capturing transactional logs. Further, since the source database is not quiesced (paused) for capturing the transactional log, user operations may continue while the transactional logs are being captured. Further, since the transactional logs only capture the changes in the database since the last snapshot capture, the transactional logs do not consume a lot of space. Thus, clones of the source database can be created to a point in time by using a combination of transactional logs and snapshots (e.g., between two snapshot captures), or based upon available snapshots (e.g., at the point of snapshot capture).

Further, the frequency with which the snapshots and transactional logs are captured by the database system may depend upon the level of protection desired by the user. The database system may solicit a protection schedule and definition of a Service Level Agreement ("SLA") from the user. For convenience, the database system may include built-in defaults of the protections schedule and SLA levels that the user may select from. The user may modify the

defaults or define new parameters for the protection schedule and SLA. Thus, the level of protection accorded to each database associated with the database system may be individually tailored based upon the requirements of the user. The protection schedule may allow the user to define the frequency of snapshots and transactional logs to be captured each day, and the time-period for capturing daily, weekly, monthly, and/or quarterly snapshots based upon the SLA.

Thus, the present disclosure provides an easy, convenient, cost effective, and user-friendly mechanism for creating and registering databases, as well as effectively protecting those databases.

Referring now to FIG. 1, a cluster 100 of a virtual computing system is shown, in accordance with some embodiments of the present disclosure. The cluster 100 includes a plurality of nodes, such as a first node 105, a second node 110, and a third node 115. Each of the first node 105, the second node 110, and the third node 115 may also be referred to as a "host" or "host machine." The first node 105 includes database virtual machines ("database VMs") 120A and 120B (collectively referred to herein as "database VMs 120"), a hypervisor 125 configured to create and run the database VMs, and a controller/service VM 130 configured to manage, route, and otherwise handle workflow requests between the various nodes of the cluster 100. Similarly, the second node 110 includes database VMs 135A and 135B (collectively referred to herein as "database VMs 135"), a hypervisor 140, and a controller/service VM 145, and the third node 115 includes database VMs 150A and 150B (collectively referred to herein as "database VMs 150"), a hypervisor 155, and a controller/service VM 160. The controller/service VM 130, the controller/service VM 145, and the controller/service VM 160 are all connected to a network 165 to facilitate communication between the first node 105, the second node 110, and the third node 115. Although not shown, in some embodiments, the hypervisor 125, the hypervisor 140, and the hypervisor 155 may also be connected to the network 165. Further, although not shown, one or more of the first node 105, the second node 110, and the third node 115 may include one or more containers managed by a monitor (e.g., container engine).

The cluster 100 also includes and/or is associated with a storage pool 170 (also referred to herein as storage subsystem). The storage pool 170 may include network-attached storage 175 and direct-attached storage 180A, 180B, and 180C. The network-attached storage 175 is accessible via the network 165 and, in some embodiments, may include cloud storage 185, as well as a networked storage 190. In contrast to the network-attached storage 175, which is accessible via the network 165, the direct-attached storage 180A, 180B, and 180C includes storage components that are provided internally within each of the first node 105, the second node 110, and the third node 115, respectively, such that each of the first, second, and third nodes may access its respective direct-attached storage without having to access the network 165.

It is to be understood that only certain components of the cluster 100 are shown in FIG. 1. Nevertheless, several other components that are needed or desired in the cluster 100 to perform the functions described herein are contemplated and considered within the scope of the present disclosure.

Although three of the plurality of nodes (e.g., the first node 105, the second node 110, and the third node 115) are shown in the cluster 100, in other embodiments, greater than or fewer than three nodes may be provided within the cluster. Likewise, although only two database VMs (e.g., the database VMs 120, the database VMs 135, the database

Case 5:24-cv-01729 Document 1-4 Filed 03/20/24 Page 47 of 65

VMs **150**) are shown on each of the first node **105**, the second node **110**, and the third node **115**, in other embodiments, the number of the database VMs on each of the first, second, and third nodes may vary to include other numbers of database VMs. Further, the first node **105**, the second node **110**, and the third node **115** may have the same number of database VMs (e.g., the database VMs **120**, the database VMs **135**, the database VMs **150**) or different number of database VMs.

In some embodiments, each of the first node **105**, the second node **110**, and the third node **115** may be a hardware device, such as a server. For example, in some embodiments, one or more of the first node **105**, the second node **110**, and the third node **115** may be an NX-1000 server, NX-3000 server, NX-6000 server, NX-8000 server, etc. provided by Nutanix, Inc. or server computers from Dell, Inc., Lenovo Group Ltd. or Lenovo PC International, Cisco Systems, Inc., etc. In other embodiments, one or more of the first node **105**, the second node **110**, or the third node **115** may be another type of hardware device, such as a personal computer, an input/output or peripheral unit such as a printer, or any type of device that is suitable for use as a node within the cluster **100**. In some embodiments, the cluster **100** may be part of a data center. Further, one or more of the first node **105**, the second node **110**, and the third node **115** may be organized in a variety of network topologies. Each of the first node **105**, the second node **110**, and the third node **115** may also be configured to communicate and share resources with each other via the network **165**. For example, in some embodiments, the first node **105**, the second node **110**, and the third node **115** may communicate and share resources with each other via the controller/service VM **130**, the controller/service VM **145**, and the controller/service VM **160**, and/or the hypervisor **125**, the hypervisor **140**, and the hypervisor **155**.

Also, although not shown, one or more of the first node **105**, the second node **110**, and the third node **115** may include one or more processing units configured to execute instructions. The instructions may be carried out by a special purpose computer, logic circuits, or hardware circuits of the first node **105**, the second node **110**, and the third node **115**. The processing units may be implemented in hardware, firmware, software, or any combination thereof. The term "execution" is, for example, the process of running an application or the carrying out of the operation called for by an instruction. The instructions may be written using one or more programming language, scripting language, assembly language, etc. The processing units, thus, execute an instruction, meaning that they perform the operations called for by that instruction.

The processing units may be operably coupled to the storage pool **170**, as well as with other elements of the first node **105**, the second node **110**, and the third node **115** to receive, send, and process information, and to control the operations of the underlying first, second, or third node. The processing units may retrieve a set of instructions from the storage pool **170**, such as, from a permanent memory device like a read only memory ("ROM") device and copy the instructions in an executable form to a temporary memory device that is generally some form of random access memory ("RAM"). The ROM and RAM may both be part of the storage pool **170**, or in some embodiments, may be separately provisioned from the storage pool. In some embodiments, the processing units may execute instructions without first copying the instructions to the RAM. Further, the processing units may include a single stand-alone pro-

cessing unit, or a plurality of processing units that use the same or different processing technology.

With respect to the storage pool **170** and particularly with respect to the direct-attached storage **180**A, **180**B, and **180**C, each of the direct-attached storage may include a variety of types of memory devices that are suitable for a virtual computing system. For example, in some embodiments, one or more of the direct-attached storage **180**A, **180**B, and **180**C may include, but is not limited to, any type of RAM, ROM, flash memory, magnetic storage devices (e.g., hard disk, floppy disk, magnetic strips, etc.), optical disks (e.g., compact disk ("CD"), digital versatile disk ("DVD"), etc.), smart cards, solid state devices, etc. Likewise, the network-attached storage **175** may include any of a variety of network accessible storage (e.g., the cloud storage **185**, the networked storage **190**, etc.) that is suitable for use within the cluster **100** and accessible via the network **165**. The storage pool **170**, including the network-attached storage **175** and the direct-attached storage **180**A, **180**B, and **180**C, together form a distributed storage system configured to be accessed by each of the first node **105**, the second node **110**, and the third node **115** via the network **165**, the controller/service VM **130**, the controller/service VM **145**, the controller/service VM **160**, and/or the hypervisor **125**, the hypervisor **140**, and the hypervisor **155**. In some embodiments, the various storage components in the storage pool **170** may be configured as virtual disks for access by the database VMs **120**, the database VMs **135**, and the database VMs **150**.

Each of the database VMs **120**, the database VMs **135**, the database VMs **150** is a software-based implementation of a computing machine. The database VMs **120**, the database VMs **135**, the database VMs **150** emulate the functionality of a physical computer. Specifically, the hardware resources, such as processing unit, memory, storage, etc., of the underlying computer (e.g., the first node **105**, the second node **110**, and the third node **115**) are virtualized or transformed by the respective hypervisor **125**, the hypervisor **140**, and the hypervisor **155**, into the underlying support for each of the database VMs **120**, the database VMs **135**, the database VMs **150** that may run its own operating system and applications on the underlying physical resources just like a real computer. By encapsulating an entire machine, including CPU, memory, operating system, storage devices, and network devices, the database VMs **120**, the database VMs **135**, the database VMs **150** are compatible with most standard operating systems (e.g. Windows, Linux, etc.), applications, and device drivers.

Thus, each of the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** is a virtual machine monitor that allows a single physical server computer (e.g., the first node **105**, the second node **110**, third node **115**) to run multiple instances of the database VMs **120**, the database VMs **135**, and the database VMs **150** with each VM sharing the resources of that one physical server computer, potentially across multiple environments. For example, each of the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** may allocate memory and other resources to the underlying VMs (e.g., the database VMs **120**, the database VMs **135**, the database VM **150**A, and the database VM **150**B) from the storage pool **170** to perform one or more functions.

By running the database VMs **120**, the database VMs **135**, and the database VMs **150** on each of the first node **105**, the second node **110**, and the third node **115**, respectively, multiple workloads and multiple operating systems may be run on a single piece of underlying hardware computer (e.g., the first node, the second node, and the third node) to

Case 5:24-cv-01729 Document 1-4 Filed 03/20/24 Page 48 of 65

increase resource utilization and manage workflow. When new database VMs are created (e.g., installed) on the first node **105**, the second node **110**, and the third node **115**, each of the new database VMs may be configured to be associated with certain hardware resources, software resources, storage resources, and other resources within the cluster **100** to allow those virtual VMs to operate as intended.

The database VMs **120**, the database VMs **135**, the database VMs **150**, and any newly created instances of the database VMs may be controlled and managed by their respective instance of the controller/service VM **130**, the controller/service VM **145**, and the controller/service VM **160**. The controller/service VM **130**, the controller/service VM **145**, and the controller/service VM **160** are configured to communicate with each other via the network **165** to form a distributed system **195**. Each of the controller/service VM **130**, the controller/service VM **145**, and the controller/service VM **160** may be considered a local management system configured to manage various tasks and operations within the cluster **100**. For example, in some embodiments, the local management system may perform various management related tasks on the database VMs **120**, the database VMs **135**, and the database VMs **150**.

The hypervisor **125**, the hypervisor **140**, and the hypervisor **155** of the first node **105**, the second node **110**, and the third node **115**, respectively, may be configured to run virtualization software, such as, ESXi from VMWare, AHV from Nutanix, Inc., XenServer from Citrix Systems, Inc., etc. The virtualization software on the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** may be configured for running the database VMs **120**, the database VMs **135**, the database VM **150A**, and the database VM **150B**, respectively, and for managing the interactions between those VMs and the underlying hardware of the first node **105**, the second node **110**, and the third node **115**. Each of the controller/service VM **130**, the controller/service VM **145**, the controller/service VM **160**, the hypervisor **125**, the hypervisor **140**, and the hypervisor **155** may be configured as suitable for use within the cluster **100**.

The network **165** may include any of a variety of wired or wireless network channels that may be suitable for use within the cluster **100**. For example, in some embodiments, the network **165** may include wired connections, such as an Ethernet connection, one or more twisted pair wires, coaxial cables, fiber optic cables, etc. In other embodiments, the network **165** may include wireless connections, such as microwaves, infrared waves, radio waves, spread spectrum technologies, satellites, etc. The network **165** may also be configured to communicate with another device using cellular networks, local area networks, wide area networks, the Internet, etc. In some embodiments, the network **165** may include a combination of wired and wireless communications. The network **165** may also include or be associated with network interfaces, switches, routers, network cards, and/or other hardware, software, and/or firmware components that may be needed or considered desirable to have in facilitating intercommunication within the cluster **100**.

Referring still to FIG. **1**, in some embodiments, one of the first node **105**, the second node **110**, or the third node **115** may be configured as a leader node. The leader node may be configured to monitor and handle requests from other nodes in the cluster **100**. For example, a particular database VM (e.g., the database VMs **120**, the database VMs **135**, or the database VMs **150**) may direct an input/output request to the controller/service VM (e.g., the controller/service VM **130**, the controller/service VM **145**, or the controller/service VM **160**, respectively) on the underlying node (e.g., the first node

**105**, the second node **110**, or the third node **115**, respectively). Upon receiving the input/output request, that controller/service VM may direct the input/output request to the controller/service VM (e.g., one of the controller/service VM **130**, the controller/service VM **145**, or the controller/service VM **160**) of the leader node. In some cases, the controller/service VM that receives the input/output request may itself be on the leader node, in which case, the controller/service VM does not transfer the request, but rather handles the request itself.

The controller/service VM of the leader node may fulfil the input/output request (and/or request another component within/outside the cluster **100** to fulfil that request). Upon fulfilling the input/output request, the controller/service VM of the leader node may send a response back to the controller/service VM of the node from which the request was received, which in turn may pass the response to the database VM that initiated the request. In a similar manner, the leader node may also be configured to receive and handle requests (e.g., user requests) from outside of the cluster **100**. If the leader node fails, another leader node may be designated.

Additionally, in some embodiments, although not shown, the cluster **100** may be associated with a central management system that is configured to manage and control the operation of multiple clusters in the virtual computing system. In some embodiments, the central management system may be configured to communicate with the local management systems on each of the controller/service VM **130**, the controller/service VM **145**, the controller/service VM **160** for controlling the various clusters.

Again, it is to be understood again that only certain components and features of the cluster **100** are shown and described herein. Nevertheless, other components and features that may be needed or desired to perform the functions described herein are contemplated and considered within the scope of the present disclosure. It is also to be understood that the configuration of the various components of the cluster **100** described above is only an example and is not intended to be limiting in any way. Rather, the configuration of those components may vary to perform the functions described herein.

Turning now to FIG. **2**, an example block diagram of a database system **200** is shown, in accordance with some embodiments of the present disclosure. FIG. **2** is discussed in conjunction with FIG. **1**. The database system **200** or portions thereof may be configured as utility software for creating and implementing database management services. The database system **200** is configured to facilitate creation/registration, querying, and/or administration of the databases associated therewith. Thus, the database system **200** includes a database engine **205** that is configured to receive input from and provide output to a user via a dashboard **210**. The database engine **205** is also associated with a database storage system **215** that is configured to store one or more databases under management of the database system **200**. In association with the dashboard **210** and the database storage system **215**, the database engine **205** is configured to implement one or more database management services of the database system **200**. For example, the database engine **205** is configured to provide database provisioning services to create new databases and register existing databases with the database system **200** using a database provisioning system **220**. The database engine **205** is also configured to receive databases created or registered by the database provisioning system **220** via a database protection system **225**. Although the database provisioning system **220**, and the database

US 11,860,818 B2

11 12

protection system 225 are shown as separate components, in some embodiments, the database provisioning system and the database protection system may be combined and the combined component may perform the operations of the individual components. The database provisioning system 220 and the database protection system 225 are both discussed in greater detail below.

The database system 200 may be installed on a database VM (e.g., the database VMs 120, the database VMs 135, the database VMs 150 of FIG. 1). The database system 200 may be installed via the controller/service VM (e.g., the controller/service VM 130, the controller/service VM 145, the controller/service VM 160) of the node (e.g., the first node 105, the second node 110, and the third node 115) on which the database system is to be installed. For example, an administrator desiring to install the database system 200 may download a copy on write image file (e.g., qcow or qcow2 image file) on the controller/service VM to define the content and structure of a disk volume to be associated with the database system 200. In some embodiments, instead of a copy on write image file, another type of disk image file, depending upon the type of underlying hypervisor, may be installed. Further, the administrator may create or one or more new database VMs on which the database system 200 is to reside. As part of creating the database VMs, the administrator may allocate a particular number of virtual central processing units (vCPU) to each of the database VMs, define the number of cores that are desired in each vCPU, designate a specific amount of memory to each of the database VMs, and attach a database storage device (e.g., a virtual disk from the storage pool 170) with each of the database VMs. In some embodiments, at least a portion of the database storage device attached to the database system 200 may form the database storage system 215. The administrator may also create a new network interface (e.g., associate a virtual local area network (VLAN), assign an Internet Protocol ("IP") address to access the database system 200, etc.) with each of the database VMs. The administrator may perform additional and/or other actions to create the database VMs on which the database system 200 resides upon creation and installation of the disk image file.

In some embodiments, the database VMs on which the database system 200 resides may all be located on a single node (e.g., one of the first node 105, the second node 110, and the third node 115). In other embodiments, the database VMs on which the database system 200 resides may be spread across multiple nodes within a single cluster, or possibly amongst multiple clusters. When spread across multiple clusters, each of the associated multiple clusters may be configured to at least indirectly communicate with one another to facilitate operation of the database system 200. Upon installing the database system 200, a user (e.g., the administrator or other user authorized to access the database system) may access the dashboard 210. The dashboard 210, thus, forms the front end of the database system 200 and the database engine 205 and the database storage system 215 form the backend of the database system.

The database system 200 may be accessed via a computing device associated with the virtual computing system 100. In other embodiments, instead of or in addition to being accessible via a particular computing device, the database system 200 may be hosted on a cloud service and may be accessed via the cloud. In some embodiments, the database system 200 may additionally or alternatively be configured as a mobile application suitable for access from a mobile computing device (e.g., a mobile phone). In some embodiments, the database system 200 and particularly the dashboard 210 may be accessed via an Application Programming Interface ("API") 230. To access the dashboard 210 via the API 230, a user may use designated devices such as laptops, desktops, tablets, mobile devices, other handheld or portable devices, and/or other types of computing devices that are configured to access the API. These devices may be different from the computing device on which the database system 200 is installed.

In some embodiments and when the dashboard 210 is configured for access via the API 230, the user may access the dashboard via a web browser and upon entering a uniform resource locator ("URL") for the API such as the IP address of the database system 200 or other web address. Using the API 230 and the dashboard 210, the users may then send instructions to the database engine 205 and receive information back from the database engine. In some embodiments, the API 230 may be a representational state transfer ("REST") type of API. In other embodiments, the API 230 may be any other type of web or other type of API (e.g., ASP.NET) built using any of a variety of technologies, such as Java, .Net, etc., that is capable of accessing the database engine 205 and facilitating communication between the users and the database engine. In some embodiments, the API 230 may be configured to facilitate communication via a hypertext transfer protocol ("HTTP") or hypertext transfer protocol secure ("HTTPS") type request. The API 230 may receive an HTTP/HTTPS request and send an HTTP/HTTPS response back. In other embodiments, the API 230 may be configured to facilitate communication using other or additional types of communication protocols. In other embodiments, the database system 200 may be configured for access in other ways.

The dashboard 210 provides a user interface that facilitates human-computer interaction between the users and the database engine 205. The dashboard 210 is configured to receive user inputs from the users via a graphical user interface ("GUI") and transmit those user inputs to the database engine 205. The dashboard 210 is also configured to receive outputs/information from the database engine 205 and present those outputs/information to the users via the GUI of the management system. The GUI may present a variety of graphical icons, windows, visual indicators, menus, visual widgets, and other indicia to facilitate user interaction. In other embodiments, the dashboard 210 may be configured as other types of user interfaces, including for example, text-based user interfaces and other man-machine interfaces. Thus, the dashboard 210 may be configured in a variety of ways.

Further, the dashboard 210 may be configured to receive user inputs in a variety of ways. For example, the dashboard 210 may be configured to receive the user inputs using input technologies including, but not limited to, a keyboard, a stylus and/or touch screen, a mouse, a track ball, a keypad, a microphone, voice recognition, motion recognition, remote controllers, input ports, one or more buttons, dials, joysticks, etc. that allow an external source, such as the user, to enter information into the database system 200. The dashboard 210 may also be configured to present outputs/information to the users in a variety of ways. For example, the dashboard 210 may be configured to present information to external systems such as users, memory, printers, speakers, etc. Therefore, although not shown, dashboard 210 may be associated with a variety of hardware, software, firmware components, or combinations thereof. Generally speaking, the dashboard 210 may be associated with any type of

Case 5:24-cv-01729  Document 1-4  Filed 03/20/24  Page 50 of 65

hardware, software, and/or firmware component that enables the database engine **205** to perform the functions described herein.

Thus, the dashboard receives a user request (e.g., an input) from the user and transmits that user request to the database engine **205**. In some embodiments, the user request may be to request a database management service. For example, in some embodiments, the user request may be to request a database provisioning service. In response to the user request for a database provisioning service, the database engine **205** may activate the database provisioning system **220**. The database provisioning system **220** includes a database creation system **235** for creating new databases within the database system **200** and a database registration system **240** for registering databases that were previously created outside of the database system with the database system. Although the database creation system **235** and the database registration system **240** are shown as separate components, in some embodiments, those components may be combined together and the combined component may perform the functions of the individual components. The database creation system **235** and the database registration system **240** are discussed in greater detail in FIGS. **3-5**E below.

The database protection system **225** is configured to protect databases associated with the database system **200**. Thus, the database protection system **225** implements a copy data management service of the database system **200**. During creation or registration of a database, the database provisioning system **220** creates an instance of a database protection system **225** for protecting the associated database. Thus, upon the creation or registration of a database, that database may be protected by the associated instance of the database protection system **225** by capturing snapshots, transactional logs, and creating cloned databases. Each instance of the database protection system **225** may receive a variety of user defined constraints in accordance with which the associated database is protected. The database protection system **225** is discussed in greater detail in FIG. **6** below.

The database engine **205**, including the database provisioning system **220** and the database protection system **225** may be configured as, and/or operate in association with, hardware, software, firmware, or a combination thereof. Specifically, the database engine **205** may include a processing unit **245** configured to execute instructions for implementing the database management services of the database system **200**. In some embodiments, each of the database provisioning system **220** and the database protection system **225** may have their own separate instance of the processing unit **245**. The processing unit **245** may be implemented in hardware, firmware, software, or any combination thereof. "Executing an instruction" means that the processing unit **245** performs the operations called for by that instruction. The processing unit **245** may retrieve a set of instructions from a memory for execution. For example, in some embodiments, the processing unit **245** may retrieve the instructions from a permanent memory device like a read only memory (ROM) and copy the instructions in an executable form to a temporary memory device that is generally some form of random access memory (RAM). The ROM and RAM may both be part of the storage pool **170** and/or provisioned separately from the storage pool. In some embodiments, the processing unit **245** may be configured to execute instructions without first copying those instructions to the RAM. The processing unit **245** may be a special purpose computer, and include logic circuits, hardware

circuits, etc. to carry out the instructions. The processing unit **245** may include a single stand-alone processing unit, or a plurality of processing units that use the same or different processing technology. The instructions may be written using one or more programming language, scripting language, assembly language, etc.

The database engine **205** may also include a memory **250**. The memory **250** may be provisioned from or be associated with the storage pool **170**. In some embodiments, the memory **250** may be separate from the storage pool **170**. The memory **250** may be any of a variety of volatile and/or non-volatile memories that may be considered suitable for use with the database engine **205**. In some embodiments, the memory **250** may be configured to store the instructions that are used by the processing unit **245**. Further, although not shown, in some embodiments, the database provisioning system **220** and the database protection system **225** may each, additionally or alternatively, have their own dedicated memory.

Further, the database engine **205** may be configured to handle a variety of types of database engines. For example, in some embodiments, the database engine **205** may be configured to manage PostgreSQL, Oracle, Microsoft SQL server, and MySQL database engines. In other embodiments, the database engine **205** may be configured to manage other or additional database engines. Each database that is created within or registered with the database system **200** may be of a particular "database engine type." The database engine type may identify the type of database management system (e.g., Oracle, PostgreSQL, etc.) of a particular database. By virtue of creating or registering a database with a particular database engine type, that database is managed in accordance with the rules of that database engine type. Thus, the database engine **205** is configured to be operable with and manage databases associated with a variety of database engine types.

It is to be understood that only some components of the database engine **205** are shown and discussed herein. In other embodiments, the database engine **205** may also include other components that are considered necessary or desirable in implementing the various database management services discussed herein. Similarly, the database provisioning system **220** and the database protection system **225** may have components that are considered necessary or desirable in implementing the various database management services discussed herein.

Referring still to FIG. **2**, the database storage system **215** is configured to store one or more databases that are either created within the database system **200** or registered with the database system. The database storage system **215** may include a source database storage **255** and a target database storage **260**. The source database storage **255** is configured to store the original instances of the databases (also referred to herein as source databases) that are created within or registered with the database system **200**. The target database storage **260** is configured to store the clones of the source databases (also referred to herein as cloned databases). In some embodiments, the source database storage **255** and the target database storage **260** may be provisioned from the storage pool **170** and may include virtual disk storage that is associated with the database VMs (e.g., the database VMs **120**, the database VMs **135**, the database VMs **150**) on which the database system **200**, the source databases, and the cloned databases reside. For example, in some embodiments, the source database storage **255** may be associated with one or more database VMs (referred to herein as source database VMs) and the source databases stored within the

**15**

source database storage may be stored within the virtual disks associated with the source database VMs. Similarly, in some embodiments, the target database storage **260** may be associated with one or more database VMs (referred to herein as target database VMs) and the databases stored within the target database storage may be stored within the virtual disks associated with the target database VMs. In some embodiments, each source database VM may be configured to store one or more source databases and each target database VM may be configured to store one or more target databases. In other embodiments, the source database storage **255** and the target database storage **260** may additionally or alternatively be provisioned from other types of storage associated with the database system **200**.

Further, depending upon the size of a particular database and the size of the virtual disk associated with a particular source database VM, a source database may be stored in its entirety on a single source database VM or may span multiple source database VMs. Further, as the size of that source database increases, the source database may be moved to another source database VM, may be stored onto multiple source database VMs, and/or additional storage may be provisioned to the source database VM to house the increased size of the source database. Similarly, depending upon the size of a cloned database and the size of the virtual disk associated with a particular target database VM, the cloned database may be stored on a single or multiple target database VMs. Further, as the size of the cloned database increases (e.g., by virtue of updating the cloned database to incorporate any changes in the source database), the cloned database may be moved to another target database VM of appropriate size, may be divided amongst multiple target database VMs, and/or additional virtual disk space may be provisioned to the target database VM. Thus, the database storage system **215** is structured with the flexibility to expand and adapt to accommodate databases of various sizes.

The database storage system **215** also includes a database manager **265**. In some embodiments, each instance of the source database within the source database storage **255** may include an instance of the database manager **265**. In other embodiments, a single instance of the database manager **265** may manage multiple or all source databases. The database manager **265** is configured to work with the database protection system **225** to protect the source databases stored within the source database storage **255**. The database manager **265** is discussed in greater detail in FIG. **6** below. Although not shown, the database manager **265** may include a processing unit (e.g., similar to the processing unit **245**), a memory (e.g., similar to the memory **250**), and other hardware, software, and/or firmware components that are necessary or considered desirable for performing the functions described herein. Further, although the cloned databases in the target database storage **260** are shown as having a database manager, in some embodiments, each cloned database may be associated with a database manager for managing the cloned databases.

Turning now to FIG. **3**, an example flow chart outlining operations of a process **300** is shown, in accordance with some embodiments of the present disclosure. The process **300** may include additional, fewer, or different operations, depending on the particular embodiment. The process **300** may be used to implement the database provisioning service. Thus, the process **300** may be used to create a new database or register an existing database. The process **300** is discussed in conjunction with FIGS. **1** and **2** and is implemented by the database provisioning system **220** of the database engine

**16**

**205** in conjunction with the dashboard **210**. Specifically, the database provisioning system **220** receives inputs from the user via the dashboard **210** and performs operations in response to those inputs for creating a new database or registering an existing database. Thus, the process **300** starts at operation **305** with the database provisioning system **220** receiving a user request via the dashboard **210** for either creating a new database or registering an existing database. Specifically, once the database system **200** is installed and the user is able to access the dashboard **210**, the dashboard may present an option to create a new database or register an existing database. If the user desires to create a new database, the user may select the database creation option from the dashboard **210** and activate the database creation system **235** of the database provisioning system **220**. If the user desires to register an existing database, the user may select the database registration option and activate the database registration system **240** of the database provisioning system **220**.

Upon activation, the database creation system **235** or the database registration system **240** may present one or more user interfaces to the user for soliciting parameters for creating a new database or registering an existing database, respectively. For example, at operation **310**, the activated one of the database creation system **235** or the database registration system **240** presents, via the dashboard **210**, a user interface for requesting the database engine type of the database to be created or registered. The dashboard **210** may present a selection of the database engine types that are supported by the database engine **205**. The user may select one of the various database engine types presented on the dashboard **210**. As noted above, the database engine type defines the database management system of the database being created or registered. For example, if the user desires to create a database with the database engine type Oracle, and if Oracle is presented as an option on the dashboard at the operation **310**, the user may select Oracle on the dashboard. As another example, if the user desires to register an existing database that has been configured with the database engine type Oracle, the user may select Oracle from the dashboards at the operation **310**.

The database creation system **235** or the database registration system **240** receives the user's selection of the database engine type at the operation **310**. Additionally, the database creation system **235** or the database registration system **240** configures the remaining user interfaces that are presented to the user on the dashboard **210** based on the database engine type selected by the user at the operation **310**. For example, if the user selected Oracle as the database engine type at the operation **315**, the database creation system **235** or the database registration system **240** may configure the remaining database creation process or the database registration process in accordance with requirements for Oracle. Thus, at operation **315**, the database creation system **235** or the database registration system **240** presents one or more user interfaces to the user, via the dashboard **210**, for requesting a selection of parameters for defining the configuration for and creating a new source database VM on which the database being created or registered will ultimately reside.

For example, in some embodiments, the activated one of the database creation system **235** or the database registration system **240** may request parameters for defining a software profile, a network profile, a compute profile, and a database parameter profile to be associated with the new source database VM. In other embodiments, the database provisioning system **220** may request other or additional types of

US 11,860,818 B2

17

parameters from the user for creating the source database VM based upon the database engine type selected at the operation **310**. The user interface may present one or more standardized profiles for one or more of the software profile, network profile, compute profile, and database parameter profile. The user may select from the standardized profiles in some embodiments. In some embodiments, the database creation system **235** or the database registration system **240** may also allow the user to modify a standardized profile and/or create new profiles from scratch based upon the user's preferences. Each of the profiles is based upon the database engine type selected at the operation **310**. Thus, the standardized profiles that are presented to the user are in compliance with the database engine type. Similarly, the database creation system **235** or the database registration system **240** only allow those changes to the standardized profiles or creation of new profiles that comply with the database engine type.

The software profile defines the software and operating system parameters for the database engine type that is selected at the operation **310**. For example, if at the operation **310**, the database engine type is selected as PostgreSQL, the software profile may include one or more software and operations system image profiles associated with PostgreSQL. Each software profile may define the rules that are to be applied in managing the database being created or registered. In some embodiments, one or more sample software profiles may be available for the user to select. In other embodiments, the user may create their own custom software profile or modify an existing software profile to suit their needs. When creating their own custom software profile or modifying an existing software profile, in some embodiments, the user may be required to create/modify the software profile before starting the process **300**, while in other embodiments, the user may be able to create the custom software profile as part of the operation **315**.

The network profile identifies the network location of the database being created or registered to facilitate access to the database after creation or registration. In some embodiments, the network profile may be the same profile that is created during installation of the database system **200**. In other embodiments, a different network profile may be used. Similar to the software profile, the database creation system **235** or the database registration system **240** may make a sample network profile available for the user to select. Alternatively, the user may create a new network profile or modify an existing network profile either before starting the process **300** or during the operation **315**. The compute profile defines the size/configuration of the source database VM. For example, the compute profile may define the number of vCPUs, number of cores per vCPU, and memory capacity to be associated with the source database VM. In other embodiments, the compute profile may define other or additional configurational parameters. At the operation **315**, the database creation system **235** or the database registration system **240** may also request the database parameter profile from the user. The database parameter profile defines the custom parameters that are applied to the database being created or registered. Again, the database creation system **235** or the database registration system **240** may make sample compute profiles and/or a sample database parameter profiles available for the user to select in some embodiments. Alternatively, the user may create custom compute and/or database parameter profiles or modify existing compute and/or database parameter profiles, either before starting the process **300** or during the operation **315**.

18

In some embodiments, the database creation system **235** or the database registration system **240** may pre-select a default option for the user for one or more of the software profile, compute profile, network profile, and the database parameter profile. The database creation system **235** or the database registration system **240** may allow the user to change the default options by selecting another standardized option, modifying a standardized option, or creating a new profile. Thus, at the operation **315**, the database creation system **235** or the database registration system **240** receives selection of the various parameters for creating a new source database VM.

In some embodiments, based upon the parameters received from the user, the database creation system **235** or the database registration system **240** may create a new source database VM at the operation **315**. In other embodiments, the database creation system **235** or the database registration system **240** may wait until other remaining parameters are received before creating the source database VM. In some embodiments, instead of creating a new source VM, the database creation system **235** or the database registration system **240** may allow the user to use a previously created source database VM. Thus, at the operation **315**, the database creation system **235** or the database registration system **240** may first request the user to select one option from either creating a new source database VM or using an existing (e.g., previously created) source database VM. Based on the user's selection, the database creation system **235** or the database registration system **240** may request the various profiles discussed above or request the user to identify the existing source database VM to use. In some embodiments, the database creation system **235** or the database registration system **240** may present a list of existing source database VMs created previously for the database engine type selected at the operation **310** and that have space available to receive the database being created or registered. The user may select one source database VM from the list. The database creation system **235** or the database registration system **240** may facilitate the user selection of an existing source database VM in other manners (e.g., by allowing the user to browse to a location, etc.).

Upon receiving selection of the various profiles for creating a new source database VM or receiving selection of an existing source database VM, at operation **320**, the database creation system **235** or the database registration system **240** presents one or more user interfaces, via the dashboard **210**, for requesting parameters (e.g., configurational details) for the database being created/registered. For example, the database creation system **235** or the database registration system **240** may request a database name and a description of the database being created or registered to distinguish that database from other databases within the database system **200**. The database creation system **235** or the database registration system **240** may also request a database password to restrict access to the database to only authorized users, a database size to determine how much storage space is needed for storing that base, and/or any additional or other parameters that may be considered necessary or desirable in creating/registering the database. Further, the parameters that are requested may vary based upon whether a database is being created or whether an existing database is being registered. For example, if an existing database is being registered, the database registration system **240** may automatically determine the size of the database. In some embodiments, certain default values may be pre-selected for the user and the user may be allowed to change those values. Thus, at the operation **320**, the database creation system **235**

US 11,860,818 B2

19

20

or the database registration system **240** receives selection of parameters from the user, via the dashboard **210**, for either creating a new database or registering an existing database.

At operation **325**, the database creation system **235** or the database registration system **240** presents one or more user interfaces, via the dashboard **210**, to request selection of parameters for creating an instance of a database protection system (e.g., the database protection system **225**) for the database being created or registered by the process **300**. The instance of the database protection system is configured to protect the database being created or registered by the process **300**. To create the instance of the database protection system, the database creation system **235** or the database registration system **240** may request a name and description for the instance of the database protection system **225**, a level of a Service Level Agreement ("SLA"), and a protection schedule to define rules based on which the instance of the database protection system **225** operates.

An SLA is an agreement between a service provider (e.g., the owner of the database system **200**) and the user (e.g., the owner of the database) that outlines, among other things, the protection scope of the database. The protection scope defines for how long data from the database being created or registered is retained. Thus, the protection scope defines the database retention policy. In some embodiments, the SLA may define various protection parameters such as continuous, daily, weekly, monthly, quarterly, or yearly protection parameters for determining the protection scope of the database being created/registered. In other embodiments, the SLA may define other or additional protection parameters.

Each database for which an instance of the database protection **225** is created may be protected by capturing snapshots and/or transactional logs. The number of snapshots and transactional logs to be captured on each day may be defined by the user in the protection schedule. As used herein, a "day" may be any 24-hour period (e.g., from midnight to Noon). In some embodiments, the protection schedule may define default values to define the frequency of capturing snapshots and transactional logs, which the user may modify. Thus, based upon the frequency of capturing snapshots and transactional logs defined in the protection schedule, the instance of the database protection system **225** may be configured to capture one or more snapshots and one or more transactional logs each day. Generally speaking, the number of transactional logs that are captured each day may be higher than the number of snapshots that are captured on that day. Since it is impractical and expensive to indefinitely store the captured snapshots and the transactional logs, the protection parameters in the SLA define the duration for how long those snapshots and transactional logs are stored.

For example, the continuous protection parameter within the SLA defines the duration in days for which all captured snapshots and transactional logs are retained. For example, if the continuous protection parameter is defined as 30 days, the instance of the database protection system **225** is configured to retain all snapshots and transactional logs that are captured within the last 30 days. By retaining all snapshots and the transactional logs, the user may replicate any or substantially any state of the database (down to a second or even a fraction of a second).

The SLA may also define a daily protection parameter, which defines the duration in days for which a daily snapshot is stored. For example, if the daily protection parameter is 90 days, the instance of the database protection system **225** is configured to store a daily snapshot for 90 days. The protection schedule may define the time of day to identify

the snapshot that is designated as the daily snapshot. For example, if the user specifies that the snapshot captured at 11:00 AM every day is the daily snapshot and the SLA defines the daily protection parameter for 90 days, the instance of the database protection system **225** may be configured to store a daily snapshot that was captured at or closest to 11:00 AM and store the daily snapshot for 90 days.

Similarly, the SLA may define weekly, monthly, and quarterly protection parameters. A weekly protection parameter in the SLA may define the duration in weeks for which a weekly snapshot is stored. The protection schedule may define the day of the week to identify which snapshot is designated as the weekly snapshot. For example, if the user defines in the protection schedule that the snapshot captured on Monday is to be designated as the weekly snapshot, and the weekly protection parameter in the SLA specifies a duration of 8 weeks, the instance of the database protection system **225** may store the snapshot captured every week on Monday for 8 weeks. If multiple snapshots are captured each day, the protection schedule may also define which snapshot captured on the designated day of the week (e.g., Monday) serves as the weekly snapshot. In some embodiments, the time defined in the protection schedule for capturing a daily snapshot may be used. For example, if the protection schedule defines that the snapshot captured at 11:00 AM is the daily snapshot, and the weekly snapshot is to be captured on Monday, the instance of the database protection system **225** may store the snapshot captured at or closest to 11:00 AM every Monday as the weekly snapshot. In other embodiments, another time period may be used.

Likewise, a monthly protection parameter in the SLA may define a duration in months for which a monthly snapshot is to be stored. The user may specify the date within the protection schedule for identifying which snapshot corresponds to the monthly snapshot. For example, the user may specify storing the snapshot captured on the 20th of every month as the monthly snapshot in the protection schedule, and the monthly protection parameter may specify a duration of 12 months for storing the monthly snapshot. Thus, the instance of the database protection system **225** stores a monthly snapshot captured on the 20th of every month and stores that monthly snapshot for 12 months. A quarterly protection parameter in the SLA may define a duration in quarters for which a quarterly snapshot is to be stored and the user may specify in the protection schedule which months correspond to the various quarters. For example, the user may specify January, April, July, and October as the quarters and the quarterly protection parameter may specify storing the quarterly snapshots for 20 quarters. Thus, the instance of the database protection system **225** may designate a snapshot captured on the first day of January, April, July, and October (e.g., January 1, April 1, July 1, and October 1) as the quarterly snapshot and store the quarterly snapshot for 20 quarters.

Thus, for each protection parameter that is defined in the SLA, a corresponding value may be requested from the user in the protection schedule to identify which snapshot corresponds to that protection parameter. It is to be understood that the various protection parameters and their respective schedules mentioned above are only examples and may vary from one embodiment to another as desired. Further, when the duration specified by a protection parameter expires, any snapshots or transactional logs that are expired (e.g., past their duration) may be deleted. As an example, if a snapshot is to be stored for 30 days, on the 31st day, that snapshot may be deleted. Thus, each snapshot and transactional log is

21                                    22

managed based on the SLA and protection schedule independent from other snapshots and transactional logs.

Additionally, to simplify user selection, in some embodiments, various levels of SLA may be pre-defined within the database provisioning system **220**. Each level of the SLA may have default values of the various protection parameters. For example, in some embodiments, the various levels of SLA may be GOLD, SILVER, BRONZE and the various protection parameters for these levels may be as follows:

| Name | Continuous | Daily | Weekly | Monthly | Quarterly |
|------|-----------|-------|--------|---------|-----------|
| GOLD | 30 Days | 90 Days | 16 Weeks | 12 Months | 75 Quarters |
| SILVER | 14 Days | 60 Days | 12 Weeks | 12 Months | 0 Quarters |
| BRONZE | 7 Days | 30 Days | 8 Weeks | 6 Months | 0 Quarters |

It is to be understood that the nomenclature of the GOLD, SILVER, BRONZE levels of the SLA is only an example and the levels may be given different names in other embodiments. Further, although three levels of the SLA are described herein, in other embodiments, greater or fewer than three SLA levels may be used. Additionally, the values of the protection parameters in each level of the SLA may vary from one embodiment to another. The database creation system **235** or the database registration system **240** may present the various pre-defined SLA levels to the user at the operation **325** to select from. In some embodiments, the database creation system **235** or the database registration system **240** may allow the user to modify the values of one or more protection parameters in the pre-defined SLA levels. For example, if the user desires to select the GOLD level, but would like continuous protection for 45 days instead of the default value of 30 days shown in the table above, the user may modify the continuous protection parameter of the GOLD level. Thus, the pre-defined SLA levels provide the convenience and flexibility of tailoring the various protection parameters to suit the user's needs. Alternatively, the database creation system **235** or the database registration system **240** may allow the user to create a new SLA at the operation **325**.

To create a new SLA, upon receiving input from the user at the operation **325** indicating creation of a new SLA, the database creation system **235** or the database registration system **240** may present one or more user interfaces to the user requesting certain information. For example, the database creation system **235** or the database registration system **240** may request an SLA name, description, and values for the continuous, daily, weekly, monthly, and quarterly protection parameters. The database creation system **235** or the database registration system **240** may request other or additional details as well. Upon receiving the various inputs from the user for creating the new SLA, the database creation system **235** or the database registration system **240** may create the new SLA and allow the user to select that SLA at the operation **325**.

Therefore, at the operation **325**, the database creation system **235** or the database registration system **240** receives selection of the SLA and the protection schedule for creating an instance of the database protection system **225** for the database being created/registered. At operation **330**, upon receiving the various user selections at the operations **310-325**, the database creation system **235** or the database registration system **240** creates a new database or registers the existing database with the database system **200**. To create/register the database, the database creation system **235** or the database registration system **240** initiates a series of operations. For example, the database creation system **235** or the database registration system **240** may create a source database VM (or designate an existing source database VM), convert the database size into a number of virtual disks that are needed to house the database, create a database profile having a database name, description, network information, etc., attach the software and parameters of the database engine type with the database, create an instance of the database protection system, associate the SLA and schedule with the database protection system, designate storage for storing snapshots and transactional logs, etc. Once the database is created/registered, database management services may be applied to the database.

In some embodiments, the database creation system **235** or the database registration system **240** may request other or additional information for creating/registering the database. For example, the database creation system **235** or the database registration system **240** may request which cluster or clusters the user desires to create/register the database, which node or nodes on a cluster the user desires to create the source database VM, etc. Thus, the database system **200** provides an easy, convenient, and flexible mechanism to create a new database or register an existing database using a user friendly and intuitive user interface. Instead of requiring multiple days to create/register a database, using the user interface of the present disclosure, the database may be created/registered within minutes. Once created/registered, additional database management services may be implemented on those databases.

Turning now to FIGS. **4A-5E**, example user interfaces for creating and registering a database are shown, in accordance with some embodiments of the present disclosure. FIGS. **4A-4G** show example user interfaces for creating a database, while FIGS. **5A-5E** show example user interfaces for registering a database. FIGS. **4A-5E** are discussed in conjunction with FIGS. **1-3**. Referring to FIGS. **4A-4G**, FIG. **4A** shows an example dashboard **400**. The dashboard **400** is similar to the dashboard **210**. The dashboard **400** becomes accessible to the user upon installing the database system **200** and allows the user to manage and monitor activities across multiple databases that are created/registered within the database system. In some embodiments, the user may be required to be authenticated before being able to access the dashboard **400**.

The dashboard **400** may include a toolbar **405** and a body **410**. The toolbar **405** is configured to switch between various control functions of the database system **200**. In some embodiments, the toolbar **410** includes a main menu **415**, an alerts menu **420**, and a user view menu **425**. The main menu **415** may be configured as a drop-down list that enables the user selected within the user view menu **425** to select and activate a control function. For example, when the control function "dashboard" is selected in the main menu **415**, the dashboard **400** may be configured to display a "home page" **430** in the body **410** of the dashboard. As the control function selected in the main menu **415** is changed, the page (or at least portions thereof) that is displayed in the body **410** of the dashboard **400** may change to reflect the control function that is activated. The alerts menu **420** allows the user to view and monitor any alerts that are occurring within the database system. An "alert" may be indicative of an error or issue in the database system that needs user attention. In some embodiments, alerts may be color coded to identify the criticality of the alert. The user view menu **425** determines which features are accessible to a particular user. For example, if the user selected in the user view menu **425** is an administrator, certain features that are

generally not available to a non-administrator user may be activated. It is to be understood that the toolbar **405** is only an example and may vary from one embodiment to another.

The homepage **430** displayed within the body **410** provides a summary or a "quick-glance" view of all the databases (e.g., source databases) that are managed by the database system **200**. The homepage **430** may be divided into one or more components or cells. For example, the homepage **430** may include a database list cell **435**A that lists all of the source databases stored in the source database VMs of the database system **200** and provides a summary of each of those source databases (e.g., name of the source database, database engine type, size of the database, name of the instance of the database protection system, number of cloned databases created from the source database, etc.). A summary cell **435**B lists the total number of source databases created or registered on the source database VMs combined (e.g., the total number of databases listed in the database list cell **435**A), the total number of cloned databases created from those total number of source databases, data usage values of the source and/or the cloned databases, etc. A clone cell **435**C provides history on the cloning of the databases (e.g., number of clones created in a given time period, whether the cloning was successful or not, etc.). A version cell **435**D provides information on the cluster on which the source databases resides and the version of the software implemented by the database system. An alerts cell **435**E provides additional details on the various alerts being generated by the databases listed within the database list cell **4335**A.

It is to be understood that the various components or cells of the homepage **430** shown in FIG. **4**A are examples and features thereof may vary from one embodiment to another. For example, the number of components or cells that are shown on the homepage **430** may vary from one embodiment to another. Likewise, the details that are displayed within each component or cell may vary from one embodiment to another. The orientation, placement, size, and other design aspects of each component or cell may vary from one embodiment to another. In some embodiments, the configuration of the homepage **430** and/or the configuration of each component/cell may be defined by the user by using a settings menu option of the dashboard **400**. By virtue of the dashboard **400**, the user may get a quick glance summary of the various source databases that are managed by the database system **200**, as well as a quick summary of the configuration and specifics of each source database. Via the dashboard **400**, the user may also decide to perform various database management services on the source databases.

For example, to initiate a database provisioning service, the user authorized to request the database provisioning service may select a "databases" option from the main menu **415** to display a database page **440** (shown in FIG. **4**B) in the body **410** of the dashboard. If the user selected in the user view menu **425** is not permitted to request the database provisioning service, the "databases" option may be inactivated or not shown in the main menu **415**. The database page **440** may display a database menu **445**A from which the user may view additional information and/or perform additional operations. The database page **440** may also include a database detail component **445**B to display additional details corresponding to the option selected from the database menu **445**A. For example, as shown in FIG. **4**B. upon selecting the "Sources" option from the database menu **445**, a list of the source databases associated with the database system **200** may be displayed within the database detail component **445**B. The user may select any one of the source databases

to view additional details of that source database and/or perform permitted operations on that source database.

The database page **440** may also allow the user to create a new database or register an existing database. For example, the user may select a create button **445**C on the database page **440** to send a user request to the database engine **205** to start the process **300** for creating a new database. Likewise, the user may select a register button **445**D to initiate a registration process and sending a user request to the database engine **205**.

Upon selecting the create button **445**C, the database engine **205**, and particularly the database creation system **235** of the database engine may present a user interface **450**, shown in FIG. **4**C. The user interface **450** identifies the various steps of creating the new database and highlights the current step. For example, the user interface **450** has the "Engine" step highlighted. By virtue of identifying the various steps of creating the new database, the dashboard **400** keeps the user informed as to which step the database creation process is on and which steps are coming up next. The user interface **450** may also present one or more database engine types that are supported by the database system **200**. The user may select one of the database engine types to highlight the selection. For example, the PostgreSQL database engine type is shown selected in the user interface **450**. The user may select the "Next" button to send the selected database engine type selection to the database creation system **235**, which in response, presents a user interface **455** of FIG. **4**D.

The user interface **455** identifies that the database creation process is at the "Server" step for creating a new source database VM or identifying an existing source database VM. The user interface **455** may, thus, allow a user to select an option **455**A to create a new source database VM or an option **455**B to use an existing source database VM. In the user interface **455** of FIG. **4**D, the option **455**A for creating a new source database VM is shown selected. Thus, the user interface **455** requests user selection of one or more profiles for creating a new source database VM. For example, the user interface **455** may request a name **455**C for the source database VM, a software profile **455**D, a compute profile **455**E, a network profile **455**F, a description **455**G for the source database VM, and security options **455**H for the source database VM. The user interface **455** may also request a parameter profile for the source database VM. In other embodiments, the user interface **455** may request additional or other information for creating a new source database VM.

Although not shown, if the user selects the option **455**B for using an existing source database VM, the user interface **455** may display options for allowing the user to identify an existing source database VM. Upon selecting the "Next" button, the various user selections of the user interface **455** are sent to the database creation system **235**, which then presents a user interface **460** of FIG. **4**E to the user on the dashboard **400**.

The user interface **460** identifies that the database creation process is at the "Database" step at which various parameters for creating a database on the source database VM are received from the user. The user interface **460** also requests the user to provide a name **460**A and description **460**B for the database being created, a password **460**C and **460**D to restrict access to the database, a size **460**E of the database to be created, a database parameter profile **460**F to be applied to the database and the source database VM, a listener port **460**G for the database engine type selected in the user interface **450**, and any other details (e.g., details **460**H) that

Case 5:24-cv-01729  Document 1-4  Filed 03/20/24  Page 56 of 65

25
26

may be needed or considered desirable to have in creating the database. When the user is satisfied with the selections on the user interface 460, the user may select a "Next" button to send the selections to the database creation system 235. The database creation system 235 may then present a user interface 465 of FIG. 4F.

The user interface 465 identifies that the database creation process is at the last step of creating the "Time Machine." The user interface 465 is configured to request selection of SLA and protection schedule from the user for creating an instance of the database protection system 225. The user interface 465, thus, requests a name 465A and description for the instance of the database protection system 225, an SLA level 465C, and a protection schedule 465D. Within the protection schedule 465D, the user interface 465 requests the user to provide a number of snapshots 465E desired each day, a number of transactional logs 465F desired each day, and time periods 465G for identifying which snapshot to designate as the daily snapshot, 465H for identifying which snapshot to designate as the weekly snapshot, 465I for identifying which snapshot to designate as the monthly snapshot, and 465J for identifying which snapshot to designate as the quarterly snapshot. Upon providing the various parameters in the user interface 465, the user may select a "Next" button to send the selections to the database creation system 235 and start the database creation. The database creation system 235 may display a status of the database creation in a user interface 470 of FIG. 4G.

Upon creating the database, the newly created database may be displayed within the database list cell 435A, within the database page 440, and anywhere else where source databases are listed. The database creation system 235 may also update the various calculations and numbers in the dashboard 400 that provide some statistic of the source databases (e.g., the summary cell 435B). It is to be understood that the configurations of the various user interfaces of FIGS. 4A-4G may vary from one embodiment to another. For example, the various selections may be displayed as drop-lists, as radio buttons, or in other ways. Similarly, some fields may be pre-filled with default values and allowed to be changed by the user if desired. The placement of the various fields, the size, orientation, and other design aspects of those fields may be varied as well. Additionally, some fields may be considered mandatory, while other fields may be designated as mandatory to be filled in by the user. The dashboard 400 thus provides an easy mechanism for creating a new database in a simple, user friendly, and intuitive user interface.

Turning now to FIGS. 5A-5E, example user interfaces for registering an existing database are shown, in accordance with some embodiments of the present disclosure. Similar to the database creation process, the database registration process is initiated from a dashboard 500. The dashboard 500 is similar to the dashboards 210 and 400. The dashboard 500 includes a database page 505, which is similar to the database page 440. To register an existing database, the user may select a register button 510 and select "Next." Upon selecting "Next," the database registration system 240 may be activated, which starts the database registration process by displaying a user interface 515 of FIG. 5B. From the user interface 515, the user may select the desired database engine type and select "Next." Upon selecting "Next," the user's selection of the database engine type is sent to the database registration system 240, which then displays a user interface 520 of FIG. 5C.

By way of the user interface 520, the database registration system 240 requests the user for creating a new source

database VM or selecting an existing source database VM. Likewise, by way of user interface 525 of FIG. 5D, the database registration system 240 requests the user for providing various parameters of the existing database, and by way of user interface 530, the database registration system requests the user to define the SLA and protection schedule. Upon receiving all of the parameters from the user, the database registration system 240 registers the database. Similar to the user interface 470, the database registration system may display the registration status in a user interface. Upon registration, the database becomes a source database that resides on a source database VM and on which other database management services may be applied.

Referring now to FIG. 6, an example block diagram of a database system 600 is shown, in accordance with some embodiments of the present disclosure. The database system 600 is similar to the database system 200. Therefore, the components of the database system 600 that are already discussed with respect to the database system 200 are not discussed again. The database system 600 includes a database engine 605 that is associated with a dashboard 610 via an API 615. The database engine 605 is also associated with a database storage system 620 for storing one or more databases managed by the database system 600. The database engine 605 is similar to the database engine 205, the dashboard 610 is similar to the dashboard 210, the API 615 is similar to the API 230, and the database storage system 620 is similar to the database storage system 215. The database engine 605 includes a database protection system 625 that is configured to protect databases that are associated with the database system 600. The database protection system 625 is similar to the database protection system 225. Although not shown, the database engine 605 also includes a database provisioning system similar to the database provisioning system 220.

As discussed above, an instance of the database protection system 625 may be created for each source database when that source database is created or registered within the database system 600. Thus, the database protection system 625 may include multiple instances of the database protection system—one for each source database. For example, the database protection system 625 may include database protection system instance 630A-630N (collectively referred to herein as database protection system instances 630). In other embodiments, each instance of the database protection system (e.g., the database protection system instances 630A-630N) may be configured to protect more than one source database. Each of the database protection system instances 630A-6930N may respectively include a clone management system 635A-635N (collectively referred to herein as clone management systems 635) and a snapshot/log capturing system 640A-640N (collectively referred to herein as snapshot/log capturing systems 640).

Each of the database protection system instances 630 may be associated with a source database stored within a source database storage 645. The source database storage 645 is similar to the source database storage 255. Thus for example, the database protection system instance 630A may be associated with a source database 650A stored within the source database storage 645, the database protection system instance 630B may be associated with a source database 650B of the source database storage, the database protection system instance 630N may be associated with a source database 650N, and so on. Thus, the clone management system 635A and the snapshot/log capturing system 640A of the database protection system instance 630A may be configured to protect the source database 650A, the clone

management system 635B and the snapshot/log capturing system 640B may be configured to protect the source database 650B, the clone management system 635N and the snapshot/log capturing system 640N may be configured to protect the source database 650N, and so on. By virtue of having the database protection system instances 630 for each of the source databases 650A-650N (collectively referred to herein as the source databases 650), the protection of each of those databases may be customized and tailored to suit the user's needs.

To protect the source databases 650, the database protection system instances 630 may create a clone of those source databases. The clones of the source databases 650 (e.g., cloned databases) may be stored within a target database storage 655. The target database storage 655 is similar to the target database storage 260. For each source database (e.g., the source databases 650) that is stored within the source database storage 645, one or more clones of that source database may be created and stored within the target database storage 655. For example, when a clone of the source database 650A is created, a cloned database 660A is created and stored within the target database storage 655. Similarly, clones of the source databases 650B and 650N may be created as cloned databases 660B and 660N, respectively, and stored within the target database storage 655. The cloned databases 660A-660N are collectively referred to herein as the cloned databases 660. Although each of the source databases 650 in the source database storage 645 has been shown as having a corresponding instance of the cloned databases 660 in the target database storage 655, it is to be understood that in some embodiments, clones of only some of the source databases stored in the source database storage may be made. The source databases 650 that have not been cloned may not have a cloned database within the target database storage 655.

Further, similar to the source databases 650, which reside on a database VM (e.g., the source database VMs), the cloned databases 660 also reside on a database VM. The database VMs on which the cloned databases 660 reside are referred to herein as target database VM. Each of the cloned databases 660 may reside entirely on one target database VM or may span across multiple target database VMs. In some embodiments, the source database VMs and the target database VMs may be created on the same node or different nodes of the same cluster or across multiple clusters.

Thus, the database protection system instances 630, and particularly the clone management systems 635 of the database protection system instances creates the cloned databases 660 from the source databases 650 stored within the source database storage 645, and stores the cloned databases within the target database storage 655. The cloned databases 660 may be of a variety of types. As discussed above, each of the source databases 650 are created or registered on a source database VM. Thus, each of the cloned databases 660 may include a clone of the source database VM only (e.g., to create the target database VM) or may include the clone of the source database VM plus the database that resides on that source database VM. For example, the cloned database 660A of the source database 650A may include a clone of the source database VM on which the source database 650A resides or a clone of that source database VM plus the database 650A. When both the source database VM and the source database 650A are cloned, the cloned database 660A may include a target database VM created on the target database storage 655 with a similar or different configuration as the source database VM and the clone of the source database stored on the target

database VM. When only the source database VM is cloned, a target database VM is created for that source database VM and stored on the target database storage 655. The target database VM may be used at a later point to store the clone of the source database that resides on the associated source database VM. Thus, the cloned databases 660 may include the source database VM only, the source database VM plus the source database, or the source database only (which is to be stored on a previously created target database VM).

The cloned databases 660 may be considered operationally same (or substantially similar) to the source databases 650. Each of the cloned databases 660 may be refreshed/ updated to incorporate any changes that may have occurred in the source databases 650 since the cloned databases were created. In some embodiments, the operations that are performed on the source databases 650 may be performed on the cloned databases 660 as well. Thus, in some embodiments, instead of using the source databases 650, the cloned databases 660 may be used for performing operations (e.g., analyzing data). The cloned databases 660 may be created from snapshots and transactional logs captured from the source databases 650. The cloned databases 660 are generally created upon receiving a user request. The user may request to clone a particular one of the source databases 650 to a point in time or to a specific snapshot. For example, the user may request a cloned database of a particular one of the source databases 650 as that source database existed at 11:00 AM on a particular date. Alternatively, the user may specifically identify a snapshot and request a cloned database of the source databases 650 based on that snapshot. Creating a cloned database (e.g., the cloned databases 600) involves replicating a state of the source databases 650. The "state" of the source databases 650 may include the configuration of the source database, the user data stored within the source database, metadata stored within the source database, and any other information associated with the source database. In other words, a cloned database may be an exact or substantially exact copy of the source database.

Thus, upon receiving a user request to create a cloned database (e.g., the cloned database 660A) from a source database (e.g., the source database 650A), the clone management system (e.g., the clone management system 635A) associated with the source database may retrieve snapshots and transactional logs of the source database from a repository where the snapshots and transactional logs are stored. If the user request is to clone the source database to a point in time, the clone management system (e.g., the clone management system 635A) may retrieve all snapshots and transactional logs captured of the source database at that point in time and create a cloned database (e.g., the cloned database 660A) from those snapshots and transactional logs. The cloned database (e.g., the cloned database 660A) represents the state of the source database at the requested point in time. If the user request is to clone the source database based on a particular available snapshot, the clone management system (e.g., the clone management system 635A) may retrieve that particular snapshot and create a cloned database (e.g., the cloned database 660A) from that particular snapshot. The cloned database (e.g., the cloned database 660A) represents the state of the source database (e.g., the source database 650A) at the time the requested snapshot was captured. Thus, the clone management systems 635 are configured to create the cloned databases 660. The clone management systems 635 are also configured to refresh the cloned databases 660, as well as manage/perform any operations performed on the cloned databases.

Case 5:24-cv-01729 Document 1-4 Filed 03/20/24 Page 58 of 65

29

30

Referring now to FIGS. 7A-7F in conjunction with FIGS. 6 and 4A, example user screenshots illustrating the cloning of a source database are shown, in accordance with some embodiments of the present disclosure. To clone a source database, the user may start from dashboard **700** of FIG. 7A. The dashboard **700** is similar to the dashboard **400**. To create a clone of a source database, the user may select the option "time machines" from main menu **705**. Upon selecting the option "time machines" from the main menu **705**, the user may select a particular source database to be cloned. Alternatively, in some embodiments, the user may first select the source database to be cloned and then select the option "time machines" from the main menu **705**. Upon selecting the source database to be cloned, the database protection system instance associated with the source database is activated. Further, the database protection system instance displays, in a body **710** of the dashboard **700**, a summary section **715**. The summary section **715** may display one or more configurational features of the source database such as the database engine type (e.g., type in FIG. 7A), how long ago the source database was created (e.g., age), the last time the source database was updated (e.g., last update), the next period for capturing a transactional log (e.g., next log catch up), name of the source database (e.g., name), the number of clones previously made of the source database (e.g., clones), the SLA level of the source database (e.g., SLA), and the protection schedule (e.g., schedule). In other embodiments, other or additional details may be provided in the summary section **715**.

The database protection system instance may also display within the body **410** a menu section **720** that provides options of operations that the user may perform on the source database. For example, the user may select a clone option **725**A to create a new clone of the source database. The user may elect to manually capture transactional logs or snapshots by interacting with log catch up option **725**B and snapshot option **725**C, respectively. Similarly, the user may perform other operations by selecting another one of options **725**D. Depending upon the options that the user is authorized to make, some of the options **725**A-**725**D may be inactivated. Further, although specific options are shown in FIG. 7A, the number and types of options may vary from one embodiment to another. The database protection system instance may also display a calendar **730** visually representing the SLA associated with the source database. For example, the calendar **730** may include a color coded legend to represent the duration for the continuous, daily, weekly, monthly, and quarterly protection parameters for a selected number of months. For example, the calendar **730** of FIG. 7A shows five months (May-September) with dates highlighted based upon the protection parameter that applies to that date.

For example, by looking at the calendar **730**, the user may quickly determine that August 20-September 19 fall under the continuous protection parameter, July 21-August 19 fall under the daily protection parameter, and July 5, 12, and 19 are days when the weekly protection parameter applies. The calendar **730** may also show the dates when manual snapshots and/or transactional logs were captured of the source database (e.g., on June 7, July 13, August 19). Further, upon selecting a particular date, the user may view additional details of available snapshots and transactional logs for that date from which a clone may be created. For example, in FIG. 7A, August 21 is shown as selected. Thus, in a display portion **735**, a time scale shows the available snapshots/transactional logs. Since August 21 falls under the continuous protection parameter, the user may select any time on the

time scale to create a clone of the source database. If for example July 25 is selected by the user, the display portion **735** may highlight the time on the time scale at which the daily snapshot was captured (as identified from the protection schedule) and which the user may be able to select to create a clone from. Thus, the body **710** of the dashboard **700** provides a user friendly, visual, and intuitive interface for easily and quickly determining how the source database is protected and the level of protection that is available to that source database on any given day.

To clone the source database, the user may select the clone option **725**A. Upon selecting the clone option **725**A, the database protection system instance and particularly the clone management system of the source database initiates the cloning process. The cloning process may include three distinct operations: a time operation to identify whether the user desires to create the clone based on an available snapshot or to a point in time, a server operation to either create a new target database VM to house the clone of the source database or select a previously created target database VM, and a database operation to create the clone of the source database on the target database VM. Selecting the clone option **725**A triggers the time operation by displaying a user interface **740** shown in FIG. 7B.

The user interface **740** solicits a clone name **740**A, a date from a calendar **740**B from which the clone is desired, and one of a point in time option **740**C or snapshot option **740**D. If the user desires to clone the source database to a point in time, the user may select the point in time option **740**C and if the user desires to create the clone from an available snapshot, the user may select the snapshot option **740**D. Upon providing the information requested in the user interface **740**, the user may interact with (e.g., click on) a next button **740**E, which opens user interface **745** of FIG. 7C. The dialog box **745** is shown for a point in time selection. Thus, the user interface **745** may solicit the exact time from which the clone is to be created. The user interface **745** may display the times that are available for the user to select for the point in time option. Specifically, the user interface **745** may display a time scale **745**A, which may include an activated slot from which the user may pick a time and an inactivated slot that is unavailable to the user. For example, the time scale **745**A shows an activated slot **745**B and an inactivated slot **745**C. The user may pick (e.g., by interacting with the time scale **745**A or by entering the time in box **745**D) a time from the activated slot **745**B for creating the clone. For example, if the user selects 5:00 from the activated slot **745**B, the corresponding clone management system is configured to create a clone based on the state of the source database at **5:00**.

It is to be understood that the activated slot **745**B corresponds to the protection parameter of the SLA and the protection schedule. For example, if the date that the user selected on the calendar **740**B falls under the daily protection parameter and the protection schedule indicates that the daily snapshot is captured at 11:00 AM, in some embodiments, the user may be able to only select 11:00 AM for the clone. In other embodiments, the user may still be allowed to select times other than 11:00 AM as well. However, since only a daily snapshot is available for that date, the clone may be based on the daily snapshot of 11:00 AM.

If the user selects the snapshot option **740**D in FIG. 7B, the user interface **745** may look somewhat different and may present options to allow the user to select one or more available snapshots to create a clone from. Upon selecting the point in time or the available snapshot, the user may interact with a next button **745**E to display user interface **750**

of FIG. 7D. The user interface **750** allows the user to either create a new target database VM **750**A on the target database storage (e.g., the target database storage **655**) or select an existing target database VM **750**B. To create a new target database VM, the database protection system instance may solicit the target database VM name and one or more profiles (e.g., software profile, compute profile, network profile, database parameter profile), and any other desired or required information from the user. In some embodiments, one or more profiles may be same as that of the source database VM, while in other embodiments, the one or more profiles may vary from those of the source database VM. If the user selects the existing target database VM **750**B, the user interface **750** may display a list of previously created target database VMs for the source database. In some embodiments, multiple target database VMs may be created for a particular source database. Upon providing the target database VM information, the user may interact with a next button **750**C to display a user interface **755** of FIG. 7E.

In the user interface **755**, the user may specify details of the cloned database. For example, the database protection system instance may solicit a name **755**A of the cloned database, a password **755**B if desired, and any other information that is desired or needed. Upon interacting with a clone button **755**C, the database protection system instance creates the clone of the source database based upon the inputs received from the user in FIGS. 7A-7D. Interacting with the clone button **755**C may display a user interface **760** of FIG. 7F, which shows the status of the clone. The database protection system instance may retrieve the snapshot(s) and/or the transactional logs and create the clone therefrom. For the point in time option, the database protection system instance may use both snapshots and transactional logs to create the cloned database, while for the available snapshot option, the database protection system instance may use only the available snapshot. The database protection system instance may also create a new target database VM (if a new target database VM is selected by the user). Once the cloned database is created, the cloned database may be displayed within the dashboard **700**. Thus, the dashboard **700** provides an easy and convenient mechanism to clone source databases.

Turning now to FIG. 8 and referring to FIG. 8 in conjunction with FIGS. 6 and 7A-7F, an example flowchart outlining operations of a process **800** is shown, in accordance with some embodiments of the present disclosure. The process **800** may include additional, other, or different operations depending on the embodiment. The process **800** may be used to create a cloned database from a source database. The process **800** may be implemented by the clone management systems **635** of the database protection system instances **630**. The process **800** starts at operation **805** with the database protection system instances **630** receiving a user request for creating a clone. As discussed in FIG. 7A, the user may request creation of a clone of a source database via the dashboard **700**. Upon receiving the user request, the database protection system instances **630** corresponding to the source database being clones is activated. The activated one of the database protection system instances **630** receives selection from the user of creating the clone from either a point in time or from an available snapshot. If the user selects the point in time option, the process **800** proceeds to operation **810**. At the operation **810**, the activated one of the database protection system instances **630** presents user interface, via the dashboard **700**, to the user to receive selection of a specific time at which the clone is to be created. The clone is created based on the state of the source database at that specific time. At operation **815**, the activated one of the database protection system instances **630** retrieves the snapshot corresponding to that specific time or the snapshot that is available closest to that specific time.

At operation **820**, the activated one of the database protection system instances **630** retrieves any transactional logs that may be needed. For example, if the snapshot that is retrieved at the operation **815** is captured at the specific time selected by the user at the operation **810**, then the source database may be cloned from the snapshot of the operation **815**. However, if the snapshot of the operation **815** is created before or after the specific time selected by the user, then one or more transactional logs may exist between the time the snapshot is captured and the specific time. For example, if the specific time is 11:00 AM and the closest snapshot to 11:00 AM is from 10:00 AM, the database protection system instance **630** may determine if there are transactional logs available between 10:00 AM and 11:00 AM. The database protection system instance **630** may retrieve any transactional logs that may be available. If no transactional logs are available between 10:00 AM and 11:00 AM, the database protection system instance **630** may create the clone from the snapshot of 10:00 AM. Thus, at the operation **820**, the activated one of the database protection system instances **630** determines if a transactional log is needed or exists, and retrieves those transactional log(s).

Additionally, at operation **825**, the activated one of the database protection system instance **630** receives selection for a target database VM from the user. As indicated above, the user may either create a new target database VM or use an existing target database VM for storing the cloned database. If the activated one of the database protection system instances **630** receives selection for creating a new target database VM from the user, the database protection system instance may solicit information (e.g., name, profiles, etc.) from the user to create the target database VM. The target database VM may be associated with the target database storage. Alternatively, if the user desires to use an existing target database VM, the activated one of the database protection system instance **630** may present a list of existing target database VMs created previously for the source database. The user may select one of the existing target database VMs from the list. At operation **830**, the activated one of the database protection system instances **630** creates the cloned database from the snapshot of the operation **815** and any transactional logs of the operation **820**. The database protection system instances **630** stores the cloned database, at operation **835**, on the target database VM, and the process **800** ends at operation **840**.

If at the operation **805**, the user selects the option of creating a clone from an available snapshot, the process **800** proceeds to operation **845**. At the operation **845**, the activated one of the database protection system instances **630** solicits the user to select the snapshot from which the clone is to be created. Upon receiving the user's selection of the available snapshot, at operation **850**, the activated one of the database protection system instance **630** retrieves that snapshot. Before, after, or along with retrieving the snapshot, at the operation **825**, the database protection system instance **630** may either create a new target database VM or identify an existing target database VM to use. At the operations **830** and **835**, the database protection system instance **630** creates the clone of the source database and stores the cloned database on the target database VM. Again, the process **800** ends at the operation **840**.

Returning back to FIG. 6, the cloned databases **660** of the source databases **650** are created from snapshots and trans-

actional logs. Thus, to be able to create the cloned databases **660**, snapshots and transactional logs are needed of the source databases **650**. The snapshots and transactional logs may be captured via the snapshot/log capturing systems **640**. The snapshot/log capturing systems **640** may be configured with the protection schedule and the SLA that are defined by the user when the source databases **650** are created or registered with the database system **600**. The protection schedule defines, among other things, the frequency of capturing snapshots and transactional logs each day. Thus, based upon the protection schedule, the snapshot/log capturing systems **640** may instruct a data manager of the source databases **650** to capture snapshots and transactional logs automatically. As discussed above, an instance of a data manager may be associated with each source database that is created on the source database storage **645**. For example, the source database **650**A may be associated with a database manager **665**A, the source database **650**B may be associated with a data manager **665**B, and the source database **650**N may be associated with a database manager **665**N. The database managers **665**A-**665**N are collectively referred to herein as database managers **665**. Although not shown, in some embodiments, the cloned databases **660** may each be associate with a database manager as well.

The database managers **665** are configured to capture the snapshots and the transactional logs upon instruction from the snapshot/log capturing systems **640**. The database managers **665** may include an agent that captures the snapshots and the transactional logs based on the protection schedule received from the snapshot/log capturing systems **640**. Thus, the database manager **665**A may include an agent **670**A, the database manager **665**B may include an agent **670**B, and the database manager **665**N may include an agent **670**N. The agents **670**A-**670**N are collectively referred to herein as agents **670**. Each of the agents **670** is an autonomous software program that is configured for performing one or more specific and approved operations. For example, each of the agents **670** may be configured to capture snapshots and transactional logs based upon the protection schedule, and store the captured snapshots and transactional logs in a repository associated therewith. The clone management systems **635** may retrieve the snapshots and transactional logs from the repositories when creating a clone of the source databases **650**. For example, the agent **670**A may be configured to store the captured snapshots and transactional logs in a repository **675**A that is configured for the source database **650**A, the agent **670**B may be configured to store the captured snapshots and transactional logs in a repository **675**B that is configured for the source database **650**B, and the agent **670**N may be configured to store the captured snapshots and transactional logs in a repository **675**N that is configured for the source database **650**N. The repositories **675**A-**675**N are collectively referred to herein as repositories **675**.

For example, if the protection schedule specifies capturing 2 snapshot every day and capturing a transactional log every 2 hours for the source database **650**A, the agent **670**A may capture 2 snapshots of the source database **650**A and a transactional log every 2 hours such that in a 24-hour period, the agent captures 2 snapshots and 12 transactional logs. Further, if the continuous protection parameter in the SLA specifies a continuous protection of 30 days, the agent **670**A may be configured to save all snapshots and transactional logs captured in the previous 30 days (not including the current day). Thereafter, the agent **670**A may purge (e.g., delete) some of the snapshots and transactional logs based upon the protection parameters defined in the SLA level. For

example, if the SLA level specifies a daily protection parameter of 30 days after the duration of the continuous protection parameter expires, the agent **670**A may be configured to delete all but one snapshot that were captured before the previous 30 days, as well as delete all the transaction logs captured before the previous 30 days. The snapshot that is saved as the daily snapshot may be the snapshot that is closest to the daily snapshot time specified in the protection schedule. For example, if the time specified in the protection schedule is 11:00 AM for the daily snapshot, the snapshot that is captured at 11:00 AM or closest to 11:00 AM is saved and all other snapshots captured on that day are deleted. Thus, the agent **670**A is configured to capture and manage snapshots and transactional logs.

Referring to FIGS. **9**A-**9**G in conjunction with FIG. **6**, an example flow diagram outlining operations of how an agent (e.g., the agents **670**) of a database (e.g., the source databases **650**) may capture, store, and purge snapshots and transactional logs based upon the protection schedule and protection parameters defined in the SLA level is shown, in accordance with some embodiments of the present disclosure. Simply for purposes of explanation, FIGS. **9**A-**9**G show the flow for an SLA that requires a continuous protection of 7 days and a daily protection thereafter for 7 days. Thus, the SLA defines the continuous protection parameter as 7 days and the daily protection parameter as 7 days. Further, FIGS. **9**A-**9**G are based on a protection schedule that specifies capturing 1 snapshot every day and 3 transactional logs every day. It is to be understood that the SLA definitions and the protection schedule above is only an example and not intended to be limiting in any way.

FIG. **9**A shows the contents of a database **900** on a first day of the continuous 7 days. Since the protection schedule specifies capturing 1 snapshot every day, on the first day, the agent associated with the database **900** captures a snapshot **905**. The time of the day at which the snapshot **905** is captured may either be defined in the protection schedule or may be pre-defined within the agent capturing the snapshot. Additionally, as shown in FIG. **9**B, on the first day, the agent associated with the database **900** also captures 3 transactional logs (e.g., one transactional log every 8 hours) **910**. On the second day, as shown in FIG. **9**C, the agent associated with the database **900** captures another snapshot **915** and 3 transactional logs **920** shown in FIG. **9**D. The agent associated with the database **900** continues to capture snapshots and transactional logs for 7 days to satisfy the continuous protection parameter and provide continuous protection for 7 days as defined in the SLA level. Thus, as shown in FIG. **9**D, by the end of the seventh day, the agent associated with the database **900** has captured the snapshots **900**, **915**, snapshots **925**A-**925**E, the transactional logs **910**, **920**, and **930**A-**930**E. On the eighth and following days, the agent associated with the database **900** continues to capture snapshots (e.g., snapshot **935**) and 3 transactional logs **940** shown in FIG. **9**E.

However, since the SLA requires 7 days of continuous protection, after the 7 days, the continuous protection is not required and the agent may purge some of the captured snapshots and transactional logs, again based on the definitions in the SLA. As indicated above, the SLA of FIGS. **9**A-**9**G defines a daily protection parameter of 7 days for daily protection after the expiration of the 7 days of continuous protection. Thus, on the ninth day, the snapshot **905** captured on the first day is greater than 7 days old. Since only one snapshot is captured every day, the agent associated with the database **900** maintains the snapshot as the daily snapshot. If multiple snapshots are captured each day, the

US 11,860,818 B2

35

agent associated with the database **900** may delete all snapshots except one. Further, since the daily protection parameter provides guarantee of a daily snapshot, the agent may delete all of the transactional logs that were captured that day. Therefore, as shown in FIGS. 9E and 9F, on the ninth day, the snapshot **905** may continue to be stored as the daily snapshot but the transactional logs **910** may be deleted. Further, on the ninth day, the agent associated with the database **900** captures another snapshot **945** to continue to provide a continuous protection for the past 7 days.

Similarly, on each day, from days 10-14, the agent associated with the database **900** continues to delete the transactional logs that are older than 7 days, and capture a new snapshot and 3 transactional logs (e.g., snapshots **950A-950E** and transactional logs **955A-955E** shown in FIG. 9G). Thus, the agent associated with the database **900** continues to capture snapshots and transactional logs based upon the SLA level and the protection schedule, and deletes some of the snapshots and transactional logs that are no longer required to satisfy the SLA level.

Snapshots of a source database may be captured by creating a snapshot of the source database VM and a snapshot of the source database itself. Specifically, a snapshot may be an image/copy of the location of the storage files associated with the virtual disks of the source database and an image/copy of the location of the configuration files associated with the source database VM. The virtual disk(s) on which the source database is stored may be composed of or divided into one or more memory blocks. The snapshot/log capturing systems **640** may capture images or copies of the memory blocks for capturing snapshots. A copy of the memory blocks may be made by identifying the memory pointer (e.g., location) assigned to each memory block and copying the memory pointer to a repository (e.g., the repositories **675**). During a first snapshot of the memory blocks, the contents of all the memory blocks may be copied to the repositories **675**. After the first snapshot is captured, transactional logs may be captured based upon the protection schedule to record all transactions or changes in the source database after the capture of the first snapshot. Capturing a transactional log may be referred to herein as a log catch up operation.

For example, say the protection schedule defines capturing 2 snapshots each day and 2 transactional logs between the 2 snapshot captures. If the source database includes 1000 memory blocks, the first snapshot creates copies of all the 1000 memory blocks. Capturing a snapshot involves pausing the source database such that no user operations are performed while the source database is being snapshotted, creating copies of the memory blocks (and other information such as the configuration file of the source database VM, etc.), and unpausing the source database. Since snapshots temporarily halt operation of the source database, taking frequent snapshots of the source database is not practical or desirable. However, to accurately capture the state of the source database in between two snapshot captures and allow creation of cloned databases to satisfy the SLA (e.g., the continuous protection parameter), transactional logs may be captured between two snapshot captures. The frequency of capturing transactional logs may be higher than the frequency of capturing the snapshots. Thus, for example and continuing the example above, if after capturing the first snapshot, 4 out of the 1000 memory blocks of the source database have changed (e.g., due to data being updated, new data being added, etc.), the agents **670** create a first transactional log based upon the protection schedule. The first transactional log may reflect that the 4 blocks have changed

36

since the last snapshot capture. Specifically, the first transactional log may include memory pointers to the 4 memory blocks that have changed. Thus, instead of copying all of the 1000 memory blocks, the first transactional log only copies the changes since the last snapshot capture, thereby saving space and time. Similarly, based upon the protection schedule, the agents **670** may capture a second transactional log after the first transactional log. The second transactional log may determine which memory blocks have changes since the first snapshot capture.

For example, if the agents **670** determine that 6 memory blocks have changed since the first snapshot capture, the second transactional log may include memory pointers back to the first snapshot indicating which 6 of the memory blocks have changed. The 6 memory blocks that changed at the time of capturing the second transactional log may or may not include the 4 memory blocks that changed at the time of capturing the first transactional log. Thus, each transactional log that is captured identifies the memory blocks that have changed since the previous snapshot capture and include memory pointers to those changed memory blocks. When the source database is cloned, say to a state when the second transactional log is captured, the associated one of the clone management systems **635** may recreate the source database from the first snapshot and the second transactional log. Specifically, the associated one of the clone management systems **635** may determine (e.g., from the memory pointers in the second transactional log) which particular memory blocks have changed from the first snapshot. In the example above, the second transactional log includes memory pointers of the 6 memory blocks that have changed since the first snapshot capture. Thus, the agents **670** may create the cloned based on the 994 memory blocks from the first snapshot that have not changed plus the 6 memory blocks in the second transactional log that have changed. Thus, the cloned database reflects an accurate state of the source database at the time of the second transactional log capture.

Further, and continuing with the example above of capturing 2 snapshots and 2 transactional logs each day, the agents **670** may capture a second snapshot based upon the protection schedule. In some embodiments, the second snapshot may be a copy of all the memory blocks (e.g., all 1000 memory blocks in the example above) again and transactional logs that are captured after the second snapshot may identify changes in the memory blocks relative to the second snapshot. Thus, any changes made between the capture of the first snapshot and the capture of the second snapshot are reflected in the second snapshot. In other embodiments, the second snapshot may also be an incremental snapshot that reflects only which memory blocks have changed since the first snapshot capture. Thus, the second snapshot in such cases may take less time to create, as well as less space to store. The subsequent transactional logs may continue to make pointers to the first snapshot to reflect the memory blocks that change.

Advantageously, the snapshot and transactional log capturing efficiently only copies changes in the memory blocks. Furthermore, all transactions are recorded using transaction logs such that when a clone is created, the source database may be recovered based on both the snapshots and the transaction logs to any desired state. Further, since capturing a transactional log does not require pausing the source database, the transactional logs may be captured in background while the source database is operating, and the transactional logs may be captured at a greater frequency than the snapshots. To capture a transactional log, the agents **670** maintain a small staging disk. The staging disk may be

US 11,860,818 B2

37                                          38

part of the repositories **675** or may be separately provisioned from those repositories. The staging disk may be dedicated or shared amongst the various source databases **650** and may be used to temporarily store the transactional logs. The agents **670** may sweep (e.g., collects) the transactional logs from the source database to the staging disk based upon the protection schedule. From the staging disk, the agents **670** may start the log catch up operation to move the transactional logs from the staging disk to the repositories **675**. Thus, based upon a combination of snapshots and transactional logs, the state of the source database may be effectively and accurately replicated. While the snapshots and transactional logs may be automatically captured based upon the protection schedule, in some embodiments, the database engine **605** may allow the users to manually capture snapshots and transactional logs. Such an operation may be particularly useful if the user desires a state that falls between the capture of two snapshots and transactional logs.

Referring still to FIG. **6**, the database storage system **620** may also include an external database manager **680**. The source databases **650** that are created within the database system **600** are already configured to be snapshotted. However, databases that were created outside of the database system **600** and registered with the database system may not have been configured to be snapshotted. Thus, such databases need to be reconfigured to be able be snapshotted and protected by the database system **600**. The reconfiguration may be part of the registration process or performed after those databases have been registered. To reconfigure the externally created databases, a process **1000** of FIG. **10** may be used. Referring to FIG. **10** in conjunction with FIG. **6**, a flowchart outlining the operations of the process **100** is shown, in accordance with some embodiments of the present disclosure. The process **1000** may include other, additional, or fewer operations depending upon the particular embodiment. The process **1000** may be implemented by the database engine **605**.

The process **1000** starts at operation **1005** and at operation **1010**, a complete back up of the external database is made by the external database manager **680**. The complete backup includes a complete copy of the external database. In other words, the actual data of the database is copied when creating a back-up. Knowledge about the structure of the underlying storage (e.g., the virtual disks) of a database is not needed when a back-up is created. In contrast, snapshotting requires knowledge of the underlying storage (e.g., virtual disks) since no actual copy of the data is made. Rather, when a snapshot is captured, a copy of the location of the virtual disk where the data is stored is made. Thus, to configure the external database for capturing snapshots and transactional logs, the external database is backed up to a storage disk (e.g., virtual disk), the structure of which is known to the database engine **605**. The back-up copy may be considered the source database for purposes of protection and may be part of the source database storage **645**. Further, an instance of a database manager may be associated with the back-up copy to create clones from the back-up copy.

In some embodiments, the operation **1010** may be performed as part of the registration process when the external database is registered with the database system **600**. In other embodiments, the operation **1010** may be performed after the registration process. Since the back-up of the external database is to a known structure of the storage disk, snapshots and transactional logs may be created from the back-up copy. Thus, at operation **1015**, snapshots and transactional logs may be captured of the external database from the back-up copy. The process of capturing snapshots and

transactional logs from the back-up copy is the same as that of a database created internally within the database system **600**. The snapshots and transactional logs may be stored within the repositories **675** and clones may be created from those snapshots or a combination of snapshots and transactional logs.

Thus, at operation **1020**, upon receiving a user request to create a clone of the external database, the database manager associated with the back-up copy of the external database may create a cloned database from the back-up copy. The clone creation process is same as discussed above. The cloned database may be stored within the target database storage **655**. In some embodiments, the user may desire to store the external database outside of the database system **600** or on a system that is not compatible with the database system. Thus, at operation **1025**, a user may request storing the cloned database to an external location. The database engine **605** and particularly the external database manager **680** may reconfigure the cloned database to a form that is compatible with the external location and at operation **1030**, send the reconfigured database to the external location. The database engine **605** may continue to make snapshots and transactional logs of the back-up copy of the operation **1010** based upon the SLA and protection schedule defined for the external database during the registration process. When the user request of the operation **1020** is received, the database engine **605** may create the clone of the external database, reconfigure the cloned database, and send it to the external location. The process **1000** ends at operation **1035**.

Thus, the database system of the present disclosure is a versatile system for creating and managing databases. A variety of operations may be performed on the databases associated with the database system using a user friendly and intuitive user interface.

It is to be understood that any examples used herein are simply for purposes of explanation and are not intended to be limiting in any way. It is also to be understood that any examples used herein are simply for purposes of explanation and are not intended to be limiting in any way. Further, although the present disclosure has been discussed with respect to memory usage, in other embodiments, the teachings of the present disclosure may be applied to adjust other resources, such as power, processing capacity, etc.

The herein described subject matter sometimes illustrates different components contained within, or connected with, different other components. It is to be understood that such depicted architectures are merely exemplary, and that in fact many other architectures can be implemented which achieve the same functionality. In a conceptual sense, any arrangement of components to achieve the same functionality is effectively "associated" such that the desired functionality is achieved. Hence, any two components herein combined to achieve a particular functionality can be seen as "associated with" each other such that the desired functionality is achieved, irrespective of architectures or intermedial components. Likewise, any two components so associated can also be viewed as being "operably connected," or "operably coupled," to each other to achieve the desired functionality, and any two components capable of being so associated can also be viewed as being "operably couplable," to each other to achieve the desired functionality. Specific examples of operably couplable include but are not limited to physically mateable and/or physically interacting components and/or wirelessly interactable and/or wirelessly interacting components and/or logically interacting and/or logically interactable components.

39

40

With respect to the use of substantially any plural and/or singular terms herein, those having skill in the art can translate from the plural to the singular and/or from the singular to the plural as is appropriate to the context and/or application. The various singular/plural permutations may be expressly set forth herein for sake of clarity.

It will be understood by those within the art that, in general, terms used herein, and especially in the appended claims (e.g., bodies of the appended claims) are generally intended as "open" terms (e.g., the term "including" should be interpreted as "including but not limited to," the term "having" should be interpreted as "having at least," the term "includes" should be interpreted as "includes but is not limited to," etc.). It will be further understood by those within the art that if a specific number of an introduced claim recitation is intended, such an intent will be explicitly recited in the claim, and in the absence of such recitation no such intent is present. For example, as an aid to understanding, the following appended claims may contain usage of the introductory phrases "at least one" and "one or more" to introduce claim recitations. However, the use of such phrases should not be construed to imply that the introduction of a claim recitation by the indefinite articles "a" or "an" limits any particular claim containing such introduced claim recitation to inventions containing only one such recitation, even when the same claim includes the introductory phrases "one or more" or "at least one" and indefinite articles such as "a" or "an" (e.g., "a" and/or "an" should typically be interpreted to mean "at least one" or "one or more"); the same holds true for the use of definite articles used to introduce claim recitations. In addition, even if a specific number of an introduced claim recitation is explicitly recited, those skilled in the art will recognize that such recitation should typically be interpreted to mean at least the recited number (e.g., the bare recitation of "two recitations," without other modifiers, typically means at least two recitations, or two or more recitations). Furthermore, in those instances where a convention analogous to "at least one of A, B, and C, etc." is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (e.g., "a system having at least one of A, B, and C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, etc.). In those instances where a convention analogous to "at least one of A, B, or C, etc." is used, in general such a construction is intended in the sense one having skill in the art would understand the convention (e.g., "a system having at least one of A, B, or C" would include but not be limited to systems that have A alone, B alone, C alone, A and B together, A and C together, B and C together, and/or A, B, and C together, etc.). It will be further understood by those within the art that virtually any disjunctive word and/or phrase presenting two or more alternative terms, whether in the description, claims, or drawings, should be understood to contemplate the possibilities of including one of the terms, either of the terms, or both terms. For example, the phrase "A or B" will be understood to include the possibilities of "A" or "B" or "A and B." Further, unless otherwise noted, the use of the words "approximate," "about," "around," "substantially," etc., mean plus or minus ten percent.

The foregoing description of illustrative embodiments has been presented for purposes of illustration and of description. It is not intended to be exhaustive or limiting with respect to the precise form disclosed, and modifications and variations are possible in light of the above teachings or may be acquired from practice of the disclosed embodiments. It is intended that the scope of the invention be defined by the claims appended hereto and their equivalents.

What is claimed is:

**1**. A non-transitory computer-readable media comprising computer-readable instructions stored thereon for provisioning a database, wherein the computer-readable instructions when executed by a processor cause the processor to:

receive a first input of a database name for the database;

receive a second input of a database engine for the database;

receive a third input indicative of a location where the database is to be provisioned;

receive a fourth input comprising a selection of a level of a Service Level Agreement (SLA) from a plurality of levels of the SLA to protect the database after provisioning;

receive a fifth input of a protection schedule comprising a first frequency of capturing a snapshot of the database after provisioning and at least one time period for capturing the snapshot;

present at least one user interface to receive the first input, the second input, the third input, the fourth input, and the fifth input;

determine an amount of storage for the database; and

create the database at the location based on the first input, the second input, the third input, the fourth input, the fifth input, and the amount of storage.

**2**. The non-transitory computer-readable media of claim **1**, wherein the location where the database is to be provisioned comprises a hyperconverged infrastructure system.

**3**. The non-transitory computer-readable media of claim **1**, wherein the location where the database is to be provisioned comprises a cloud.

**4**. The non-transitory computer-readable media of claim **1**, wherein the amount of storage for the database is determined based on a sixth input indicative of a size of the database to be provisioned.

**5**. The non-transitory computer-readable media of claim **1**, wherein the processor further executes computer-readable instructions to capture one or more snapshots from the database that is created based on the first frequency, the at least one time period, and the SLA.

**6**. The non-transitory computer-readable media of claim **1**, wherein the processor further executes computer-readable instructions to:

one or more transactional logs from the database that is created based on the SLA and a second frequency for capturing a transactional log.

**7**. The non-transitory computer-readable media of claim **1**, wherein the processor further executes computer-readable instructions to receive a sixth input of a compute profile indicative of a number of vCPUs and memory for provisioning the database.

**8**. A system comprising:

a memory having computer-readable instructions stored thereon to provision a database; and

a processor that executes the computer-readable instructions to:

receive a first input of a database name for the database;

receive a second input of a database engine for the database;

receive a third input indicative of a location where the database is to be provisioned;

receive a fourth input comprising a selection of a level of a Service Level Agreement (SLA) from a plurality of levels of the SLA to protect the database after provisioning;

receive a fifth input of a protection schedule comprising a first frequency of capturing a snapshot of the database after provisioning and at least one time period for capturing the snapshot;

present at least one user interface to receive the first input, the second input, the third input, the fourth input, and the fifth input;

determine an amount of storage for the database; and

create the database at the location based on the first input, the second input, the third input, the fourth input, the fifth input, and the amount of storage.

9. The system of claim 8, wherein the location where the database is to be provisioned comprises a hyperconverged infrastructure system.

10. The system of claim 8, wherein the location where the database is to be provisioned comprises a cloud.

11. The system of claim 8, wherein the amount of storage for the database is determined based on a sixth input indicative of a size of the database to be provisioned.

12. The system of claim 8, wherein the processor further executes computer-readable instructions to capture one or more snapshots from the database that is created based on the first frequency, the at least one period, and the SLA.

13. The system of claim 8, wherein the processor further executes computer-readable instructions to:

capture one or more transactional logs from the database that is created based on the SLA and a second frequency for capturing a transactional logs.

14. The system of claim 8, wherein the processor further executes computer-readable instructions to receive a sixth input of a compute profile indicative of a number of vCPUs and memory for provisioning the database.

15. A method comprising:

receiving, by a processor executing computer-readable instructions to provision a database, a first input of a database name for the database;

receiving, by the processor, a second input of a database engine for the database;

receiving, by the processor, a third input indicative of a location where the database is to be provisioned;

receiving, by the processor, a fourth input comprising a selection of a level of a Service Level Agreement (SLA) from a plurality of levels of the SLA to protect the database after provisioning;

receiving, by the processor, a fifth input of a protection schedule comprising a first frequency of capturing a snapshot of the database after provisioning and at least one time period for capturing the snapshot;

presenting, by the processor, at least one user interface to receive the first input, the second input, the third input, the fourth input, and the fifth input;

determining, by the processor, an amount of storage for the database; and

creating, by the processor, the database at the location based on the first input, the second input, the third input, the fourth input, the fifth input, and the amount of storage.

16. The method of claim 15, further comprising provisioning the database on a hyperconverged infrastructure system.

17. The method of claim 15, further comprising provisioning the database on a cloud.

18. The method of claim 15, further comprising receiving, by the processor, a sixth input indicative of a size of the database to be provisioned, wherein the amount of storage for the database is determined based on the size.

19. The method of claim 15, further comprising capturing, by the processor, one or more snapshots from the database that is created based on the first frequency, the at least one period, and the SLA.

20. The method of claim 15, further comprising:

capturing, by the processor, one or more transactional logs from the database that is created based on the SLA and a second frequency for capturing a transactional log.

21. The method of claim 15, further comprising receiving, by the processor, a sixth input of a compute profile indicative of a number of vCPUs and memory for provisioning the database.

22. The non-transitory computer-readable media of claim 1, wherein the database is associated with a direct attached storage and a network attached storage.

23. The non-transitory computer-readable media of claim 1, wherein the database is associated with either a direct attached storage or a network attached storage.

24. The system of claim 8, wherein the database is associated with a direct attached storage and a network attached storage.

25. The system of claim 8, wherein the database is associated with either a direct attached storage or a network attached storage.

26. The method of claim 15, wherein the database is associated with a direct attached storage and a network attached storage.

27. The method of claim 15, wherein the database is associated with either a direct attached storage or a network attached storage.

28. The non-transitory computer-readable media of claim 1, wherein the processor further executes computer-readable instructions to receive a sixth input of a database description for the database.

29. The non-transitory computer-readable media of claim 1, wherein each of the plurality of levels of the SLA defines one or more of a first duration for a continuous protection of the database, a second duration of protecting the database using a daily snapshot, a third duration of protecting the database using a weekly snapshot, a fourth duration of protecting the database using a monthly snapshot, and a fifth duration of protecting the database using a quarterly snapshot.

30. The non-transitory computer-readable media of claim 29, wherein the at least one time period comprises one or more of a time of day for capturing the daily snapshot, a day of a week for capturing the weekly snapshot, a day of a month for capturing a monthly snapshot, or a group of months for capturing a quarterly snapshot.

31. The system of claim 8, wherein the processor further executes computer-readable instructions to receive a sixth input of a database description for the database.

32. The system of claim 8, wherein each of the plurality of levels of the SLA defines one or more of a first duration for a continuous protection of the database, a second duration of protecting the database using a daily snapshot, a third duration of protecting the database using a weekly snapshot, a fourth duration of protecting the database using a monthly snapshot, and a fifth duration of protecting the database using a quarterly snapshot.

33. The system of claim 32, wherein the at least one time period comprises one or more of a time of day for capturing the daily snapshot, a day of a week for capturing the weekly

US 11,860,818 B2

snapshot, a day of a month for capturing a monthly snapshot, or a group of months for capturing a quarterly snapshot.

**34**. The method of claim **15**, further comprising receiving, by the processor, a sixth input of a database description for the database.

**35**. The method of claim **15**, wherein each of the plurality of levels of the SLA defines one or more of a first duration for a continuous protection of the database, a second duration of protecting the database using a daily snapshot, a third duration of protecting the database using a weekly snapshot, a fourth duration of protecting the database using a monthly snapshot, and a fifth duration of protecting the database using a quarterly snapshot.

**36**. The method of claim **35**, wherein the at least one time period comprises one or more of a time of day for capturing the daily snapshot, a day of a week for capturing the weekly snapshot, a day of a month for capturing a monthly snapshot, or a group of months for capturing a quarterly snapshot.

\* \* \* \* \*