# Exhibit 5

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## TXu 2-410-887

**Effective Date of Registration:**
February 02, 2024
**Registration Decision Date:**
February 05, 2024

---

## Title
_____

Title of Work:   ERA version 2.1.1.2

## Completion/Publication
_____

Year of Completion:   2021

## Author
_____

- **Author:**   Achala Bhati
  **Author Created:**   computer program
  **Work made for hire:**   No
  **Domiciled in:**   India

- **Author:**   Gaurav Peswani
  **Author Created:**   computer program
  **Work made for hire:**   No
  **Domiciled in:**   India

- **Author:**   Harjit Singh
  **Author Created:**   computer program
  **Work made for hire:**   No
  **Domiciled in:**   India

- **Author:**   Jagadeesh Dittakavi
  **Author Created:**   computer program
  **Work made for hire:**   No
  **Domiciled in:**   India

- **Author:**   Jagan Reddy
  **Author Created:**   computer program
  **Work made for hire:**   No
  **Domiciled in:**   India

- **Author:**   Jas Mehta

**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Jitendra Mishra
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Maneesh Rawat
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Mudit Agrawal
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Neha Gangadhar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Niranjan P. Neelakanta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Aditya Sinha
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Nishanth Janugani
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Pradhan Das Krishnamurthy
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Prakash Mahapatra
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Prakhar Bindal
  **Author Created:** computer program
  **Work made for hire:** No



              **Domiciled in:**  India

-     **Author:**  Raghavendra Aacharya
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Sagar Sontakke
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Sakthivel Subburaja
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Sandeep Sudheendra
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Shivang Badola
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Shravan Dhawan
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Adityan G.
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Shurya Kumar N.S.
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Sriya Muppidi
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

-     **Author:**  Sujatha Sivaramakrishnan
  **Author Created:**  computer program
  **Work made for hire:**  No
  **Domiciled in:**  India

- **Author:** Sujit Menon
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Sundeep Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Suseendran Babu Natarajan
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Tarun Mehta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Thontesh Hirehalli Renukarya
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Vishnu Kamavaram
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Aashish Singh
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Akshay Chandak
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Kunwar Singh
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Savleen Bedi
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Sudheer Bantu
  **Author Created:** computer program



|  | **Work made for hire:** | No |
|  | **Domiciled in:** | India |

- **Author:** Nutanix, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Amit Sharma
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Amogh Shankar Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Ashwin Chandrappa
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Deep Chowdhury
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Deepti Kottamasu
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

## Copyright Claimant

**Copyright Claimant:** Nutanix, Inc.
1740 Technology Drive, Suite 150, San Jose, CA, 95110, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** computer program

**New material included in claim:** computer program

## Rights and Permissions

**Organization Name:** Nutanix, Inc.
**Name:** James E. Parsons
**Email:** jim.parsons@nutanix.com
**Address:** 1740 Technology Drive, Suite 150
Attn: Legal Department

San Jose, CA 95110 United States

## Certification

|  |  |
|---:|:---|
| **Name:** | Eric Hammersley |
| **Date:** | February 02, 2024 |
| **Applicant's Tracking Number:** | 24370.21 |

**Correspondence:** Yes