# Exhibit 6

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# TXu 2-410-892

**Effective Date of Registration:**
February 02, 2024
**Registration Decision Date:**
February 05, 2024

---

## Title

| | |
|---|---|
| **Title of Work:** | ERA version 2.5.2.2 |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |

## Author

| | |
|---|---|
| • **Author:** | Bojan Janjic |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | Serbia |
| | |
| • **Author:** | Abhishek Trivedi |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |
| | |
| • **Author:** | Sundeep Gupta |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |
| | |
| • **Author:** | Suseendranbabu N |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |
| | |
| • **Author:** | Tarun Mehta |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |
| | |
| • **Author:** | Tejal Karnavat |

**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Thontesh Hirehalli Renukarya
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Tinku Kumar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Twinkle Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Vaibhaw Pandey
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Vishnu Kamavaram
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Vitthal Yellambalse
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Achala Bhati
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Deepthi Bollepalli
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Karthik A.
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Perugu Mahendra
  **Author Created:** computer program
  **Work made for hire:** No



|  |  |
|---|---|
| **Domiciled in:** | India |

- **Author:** Kasiralla Pavan Kumar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Panyam Raviteja
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Shalaka Kharul
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Sushma K.B.
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Nutanix, Inc.
  **Author Created:** computer program
  **Work made for hire:** Yes
  **Domiciled in:** United States

- **Author:** Adil Gul Rather
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Aditya Sinha
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Ajay Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Akshay Chandak
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Akshay Pawale
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Altaf Mahmood
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Aman Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Amit Sharma
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Dragan Milovancevic
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** Serbia

- **Author:** Amogh Shankar Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Anil Sahu
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Anjani Bhiravabhatla
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Anurag Kumar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Aparajita Raychaudhury
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Ashish Dhar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Ashutosh Kumar
  **Author Created:** computer program



**Work made for hire:** No
**Domiciled in:** India

- **Author:** Ashwin Chandrappa
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Balram Parmar
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Bheemasen Ashreet
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Filip Mandic
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** Serbia

- **Author:** Chandra Mouli M.
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Charuhas Vidwans
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Chetan Hanumantha
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Chirag Dawra
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Debayan Bandyopadhyay
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Deep Chowdhury
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Deepak Joshi
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Deepti Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Deepti Kottamasu
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Dinank Vashistha
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Srdjan Miljevic
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** Serbia

- **Author:** Divya Prabhu
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Divya S.
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Ganesh Shivaprakash
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Gaurav Peswani
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Geet Sahitya Dulam
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Harjit Singh



**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Hrishikesh Gore
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Ishaan Singh Rawal
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Jagadeesh Dittakavi
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Jagan Reddy
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Uros Ogrizovic
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** Serbia

- **Author:** Jayanth Parameshwar Hegde
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Jayashree Prabhu
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Jitendra Mishra
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Kalit Inani
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Kanav Kanav
  **Author Created:** computer program
  **Work made for hire:** No

|  | **Domiciled in:** | India |

- **Author:** Krishnakant Pandey
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Kunwar Singh
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Kushagra Mohan
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Kushal Dey
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Manas Swargiary
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Aashish Singh
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Maneesh Rawat
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Manish Regar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Manish Sinha
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Manuj Narang
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India



- **Author:** Mayilsamy T.
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Mithila Singh
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Mridul Gupta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Mudit Agrawal
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Nandish Chheda
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Neha Gangadhar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Abhijeet Swain
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Nilesh Vaishnav
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Niranjan P Neelakanta
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Nishanth Janugani
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Partha Mahanta
  **Author Created:** computer program

**Work made for hire:** No
**Domiciled in:** India

- **Author:** Piyush Behera
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Pradhan Das Krishnamurthy
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Prakash Mahapatra
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Prakhar Bindal
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Pritish Moharir
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Raghavendra Nadidare (Aacharya)
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Abhijit Gharami
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Rahul Khandelwal
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Ravikiran Pothugunta
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India

- **Author:** Ravindra Panchotiya
**Author Created:** computer program
**Work made for hire:** No
**Domiciled in:** India



- **Author:** Sagar Sontakke
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Sahil Garg
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Sakthivel Subburaja
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Sandeep Sudheendra
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Santhosh S.
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Saravana Selvaraj
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Shivam Poddar
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Abhishek Jaiswal
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Shivang Badola
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Shravan Dhawan
  **Author Created:** computer program
  **Work made for hire:** No
  **Domiciled in:** India

- **Author:** Shurya Kumar  N.S.

| | |
|---|---|
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

- | | |
|---|---|
| **Author:** | Srikanth C.G. |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

- | | |
|---|---|
| **Author:** | Sriya Muppidi |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

- | | |
|---|---|
| **Author:** | Subhash C. |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

- | | |
|---|---|
| **Author:** | Sudheer Bantu |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

- | | |
|---|---|
| **Author:** | Sudhir Singh Shekhawat |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

- | | |
|---|---|
| **Author:** | Sujatha Sivaramakrishnan |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

- | | |
|---|---|
| **Author:** | Sujit Menon |
| **Author Created:** | computer program |
| **Work made for hire:** | No |
| **Domiciled in:** | India |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Nutanix, Inc. |
| | 1740 Technology Drive, Suite 150, San Jose, CA, 95110, United States |
| **Transfer statement:** | By written agreement |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | computer program |
| **New material included in claim:** | computer program |

## Rights and Permissions



**Organization Name:** Nutanix, Inc.
**Name:** James E. Parsons
**Email:** jim.parsons@nutanix.com
**Address:** 1740 Technology Drive, Suite 150
San Jose, CA 95110 United States

## Certification

**Name:** Eric Hammersley
**Date:** February 02, 2024
**Applicant's Tracking Number:** 24370.21

**Correspondence:** Yes